RECEIVED

JUL 07 2025

RICHARD W. NAGEL, CLERK OF COURT
COLUMBUS, OHIO

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**_____ DIVISION**

Eddie Van Oliver III Joshua Michael Oliver

(Enter Above the Name of the Plaintiff in this Action)

vs.

State of Ohio    Cardinal Health Hospital    State of North Carolina

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

City of Columbus

Aron Terry

Deidra Webster

Jessica Terry

Mark Yarboro

2:25 C V 748

JUDGE MORRISON

MAGISTRATE JUDGE DEAVERS

**COMPLAINT**

I.  Parties to the action:

Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where the court may contact you and mail documents to you.  A telephone number is required.

Eddie Van Oliver  III

Name - Full Name Please - PRINT

2302 Middlehurst Dr.

Street Address

Columbus, Ohio 43219

City, State and Zip Code

6149534085        3802659340

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint.  This form is invalid unless each Defendant appears with full address for proper service.

1. State of Ohio  Cardinal Health Hospital
   _____
   Name - Full Name Please

   City of Columbus
   _____
   Address: Street, City, State and Zip Code

2. Aron Terry (Who stated he was a Chaplin)
   _____

   Deidra Webster
   _____

3. Jessica Terry
   _____

   State of North Carolina
   _____

4. _____

   _____

5. _____

   _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II.  Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title _21_ United States Code, Section ~~1035~~ _13_ _860a_
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

The State Police did not execute the law on the scene of the fraudulent marriage

Mike Dewine, Governor of the State of Ohio provided an executive order that suggest as follows

A State of emergency is declared for the entire state to protect the well-being of the citizens of the Ohio

From the dangerous effects of Covid-19, to justify the authorization of personnel of State departments

and agencies as are necessary, to coordinate the State response to Covid-19, and assist in

protecting the lives, safety, and health of the citizens of Ohio.

After consultation with the appropriate medical experts, the Department of Health shall create and

require the use of diagnostic and treatment guidelines and provide those guidelines to health care

providers, institutions and providers.

The Local Police did not execute the law on the scene of the fraudulent marriage.

City of Columbus Legislation Report File Number: 1821-2020. The title suggest to require, bars

night clubs, and restaurants in the city of Columbus to limit times of operation for onsite consumption

of food, beer, wine and liquor to reduce and prevent the spread of Covid-19 through airborne and

respiratory droplet transmissions; and to declare and emergency.Whereas, on March 12,2020,

Former Ohio Department of health Director Amy Action signed and order prohibiting mass gatherings

In the State of Ohio; Whereas, On March 13, 2020, President Donald J. Trump declared a

National Emergency, invoking the Stafford Act and allowing the Federal emergency Management

Agency to coordinate disaster response and aid state and local governments in addressing

The Covid-19 Pandemic.

Mark Yarboro Marriage frauded Kim Yarboro and left her in North Carolina. He knew that is

was from North Carolina. However, sufficient evidence was shown that Mark Yarboro cheated

on Kim Yarboro. There was a letter that was found I am unaware of where the woman is at this specified

There was a letter that suggested that Mark Yarboro cheated on her and that she was

devastated from what he did.

Trina Watkins and Kim Yarboro have had private conversations. It was mentioned that "she knew

-3-

how to hide bodies".    This statement was made after I was malpractice and after my body was burned.

The burning of my body was in the district of the fraternity Omega Psi Phi.   There was purple district lights That showed within the radius of Fairfax County in Virginia. This is the same Fraternity of Mark Yarboro.

The Pentagon has mentioned that there is an active UAP (Unidentified Anomalous Phenomenon). This is relevant to the biblical names Joshua Oliver, Mark Yarboro, and Marucs (who is my younger cousin)

If there is a body of a woman that was romantic with Mark found, it may be within that county or in Norfolk.

As of now I cannot concur that there is of such. There has been no evidence of one found due to the Marriage fraud that took place in Virginia.   Trina Watkin may have had a concealed weapon, and now it Kirsten Hilliard may have one. It is unclear whether or not it belongs originally to Kim Yarboro or not.

The concealed weapon that was revealed is a black glock. I reviewed the pistols and cannot concur as such.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| CASE NO.1:23-cv-00010-PAG | Eddie Van Oliver III | vs. | David Huffman |
| 2:24-cv-00267-SDM-EPD | Eddie Van Oliver III | vs. | State of Ohio |
| 2:23-cv-04268-EAS-EPD | Eddie Van Oliver III | vs. | State of Ohio Housing Department |
| 2:23-cv-0427-ALM-KAJ | Eddie Van Oliver III | vs. | State of Virginia |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal
argument, cite no case or statutes.

Request for wavier for the city fine those those victims of fraud.

Joshua Oliver Damages needs to be returned to him - $250,000

Defamation - Best Man Eddie Van Oliver III who did not attend Physically after serving his country.

He did attended virtually.

Eddie Van Oliver III said No, to having the marriage due to Covid-19 at that specified time- $350,000

Covid-19 Endangerment for the attendees- $250,000

United Nations Address regarding marriage in Covid-19

Bankruptcy Assistance for Joshua Oliver

Personal Injury for Joshua Oliver and Family

Embezzlement Relief due to the Oliver last name.

Jessica Terry- Detox Center and counseling

Deidra Webster- Detox Center and marriage counseling

Joshua Oliver- Detox Center Counseling

I state under penalty of perjury that the foregoing is true and correct. Executed on
this 02 day of 11 , 20 24 .

Eddie Van Oliver III
Signature of Plaintiff

-4-

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION**

Eddie Van Oliver III        Joshua Oliver
_____
(Enter Above the Name of the Plaintiff in this Action)


vs.

City of Columbus, Deidra Webster , Aron Terry , Jessica Terry
_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

State of North Carolina
_____

State of Ohio
_____

Mark Yarboro
_____

_____


**COMPLAINT**


I.   Parties to the action:

   Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where
   the court may contact you and mail documents to you.  A telephone number is required.

   Eddie Van Oliver III
   _____
   Name - Full Name Please - PRINT

   2302 Middlehurst Dr.
   _____
   Street Address

   Columbus, Ohio 43219
   _____
   City, State and Zip Code

   6149534085        3802659340
   _____
   Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Deidra Webster    City of Columbus and Aron Terry  Jessica Terry
   Name - Full Name Please

   Address denied
   Address: Street, City, State and Zip Code

2. State of North Carolina

   _____

3. State of Ohio

   _____

4. Mark Yarboro

   _____

   _____

5. _____

   _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II.  Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐  Title 28 U.S.C. § 1343(3)
    [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐  Title 28 U.S.C. § 1331
    [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐  Title 28 U.S.C. § 1332(a)(1)
    [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒  Title  21  United States Code, Section   860a
    [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Served

I Eddie Van Oliver III ~~Server~~ my country in 2018- 2019 and was sabotage with Invega and NHM.

Joshua Oliver is my brother he decided to marry her as a virgin. Deidra Webster was not a chaste virgin.

We know that her previous lovers were in and out of her life. It was mentioned and confirmed that

they had dated at particular time.

In the photos it showed that Deidra Webster was not willing to reduce weight or wear appropriate dress.

We have several photos of the marriage attendees. They were damaged due to Covid-19 in

2020. In our family several losses took place in this Covid-19 season. These Americans arrived

out of there homes to see a fraudulent marriage.

Since then Joshua Oliver and Deidra Webster have had children and a new house.

Joshua Oliver is owed child support from he father and so am I. This request has been sent to the

Inspector General for child support evasion.

My mother was divorced, my father was divorced, my aunt(s) who have served were divorced.

My mother is married in a falsified marriage that results to a man who has stolen valor from our country.

Everyday my mother is in stolen valor with Lawerence Hairston place her life in danger.

~~We~~ suspect a potential divorce to take place with my brother and that it is eminent.

The supposed Chaplin suggested that I would be the one to date her daugther. My brother

Ended up sleeping with her either before or after they got married. This is serve damage

to our relationship. I have also applied to be a Chaplin and I have not heard anything back from

the Federal Government.

I am a whistleblower of the United States Government. Ever since I have blown the whistle

It has been a catastrophe for me personal after serving. Wether this ~~threw~~ threw my family affairs

or not. The Chaplin's name is Aron Terry he is one that I was mentored by in the Biblical Scholastic Studies.

I have been approved to biblical studies at a graduate here in Ohio. I have been going through

Psychological warfare I am down street from a Korean Shop or what was and in a Clintonville fungal unit.

-3-

IV.  Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| CASE NO. 1:23-cv-00010-PAG | Eddie Van Oliver III | vs. | David Huffman |
| 2:24-cv-00267-SDM-EPD | Eddie Van Oliver III | vs. | State of Ohio |
| 2:23-cv-04268-EAS-EPD | Eddie Van Oliver III | vs. | State of Ohio Housing Department |
| 2:23-cv-0427-ALM-KAJ | Eddie Van Oliver III | | State of Virginia |

V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

Joshua Oliver Damages needs to be returned to him - $250,000     Fourth Degree Fraud - $150,000

Defamation - Best Man Eddie Van Oliver III who did not attend after serving his country.

He suggested no to having the marriage due to Covid-19  at that specified time-  $350,000

Covid-19 Endangerment for the attendees- $250,000

United Nations Address regarding Marriage in Covid-19 if feasible

Bankruptcy Assistance for my Brother Joshua Oliver.

I state under penalty of perjury that the foregoing is true and correct.  Executed on
this  01  day of  29  , 20 24 .

Eddie Van Oliver III
Signature of Plaintiff

-4-

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
_____ **DIVISION**

Eddie Van Oliver III Joshua Michael Oliver
_____
(Enter Above the Name of the Plaintiff in this Action)


vs.

State of Ohio    Cardinal Health Hospital    State Of North Carolina
_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

City of Columbus
_____

Aron Terry
_____

Deidra Webster
_____

Jessica Terry
_____

Mark Yarboro

**COMPLAINT**


I.  Parties to the action:

Plaintiff:    Place your name and address on the lines below.  The address you give must be the address where the court may contact you and mail documents to you.  A telephone number is required.

Eddie Van Oliver III
_____
Name - Full Name Please - PRINT

2302 Middlehurst Dr.
_____
Street Address

Columbus, Ohio 43219
_____
City, State and Zip Code

3802659340
_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. State Of Ohio Cardinal Health Hospital State of North Carolina
   _____
   Name - Full Name Please

   City of Columbus
   _____
   Address: Street, City, State and Zip Code

2. Aron Terry (Who stated he was a Chaplin)
   _____

   Jessica Terry
   _____

3. Deidra Webster
   _____

   Mark Yarboro
   _____

4. _____

   _____

5. _____

   _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
  [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
  [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
  [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title 21 United States Code, Section 860a
  [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case.  Describe how each Defendant is involved.  Include the name of all persons involved, give dates and places.

Number each claim separately.  Use as much space as you need.  You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Mark Yarboro is the man of Kim Yarboro current house. I arrived when I was 16 years old to officially stay there and go to high school. It was not long afterward that Mark Yarboro left the house.  We were obligated to clean walls and to perform chores.

I was also working a the 610 car wash where there debree or gonk from the vehicle rim.

This is relevant due to the fact that later my skin was torched, at a third-degree burn in a Dominos.

The Dominos is relevant to Mark Yarboro and Kim Yarboro relationship.

I have several financial aid loans in Virgina. And I need work in Virginia to pay them back

However, that was not possible when Kim Yarboro moved to North Carolina.

Marcus Yarboro also suffered from the moved he has no friend that he free with out there but the women from Kim Yarboro network of friends.

The chorus relevant Mark Yarboro had a motorcycle, and later on I was called cultist

By my brother's "wife" for an in-game comic book name Hellsing in a video game.

I never was a cultist leader. In fact I have been in the bus stations with quakers and have

11 years of Protestant church. FMBZ is Mark Yarboro Fraternity brother's family church.

(First Mount Zion Baptist).

In Virginia I was sold out to a cult from someone of the church. I have spoke against cultist religions and faiths

Once that UAP attacks have been occurring, so I have not the sued the church.

We suspect that Cocaine maybe involved. It was reported that a family member or family friend

had a missing vehicle . After the missing vehicle I attended the marriage virtually

And my vehicle was destroyed.    The officer sgt Joshua Moser then got sued by a

Jeffery Payne. Jeffery Payne then pleaded guilty for Cocaine. Trina Watkin mother nickname

T-Pain, and had an illegal substance after Deidra webster exchange phone numbers.

St Pauls was where I went to school and it is near border of North Carolina. There were drug dealers

at the school, and it closed down. We have request for Kim Yarboro to move from North Carolina.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption | | |
|---|---|---|---|
| Case NO. 1:3 -cv-00010-PAG | Eddie Van Oliver III | vs. | David Huffman |
| 2:24-cv-00267-SDM-EPD | Eddie Van Oliver III | vs. | State of Ohio |
| 2:24-cv-04268-EAS-EPD | Eddie Van Oliver III | vs. | State of Ohio Housing Deparment |
| 2:23-cv-0427-ALM-KAJ | Eddie Van Oliver III | | State of Virginia |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Mark Yarboro- Counseling

Kim Yarboro- Counseling

Marcus Yarboro Housing in Virginia - That is where is was born.

Stolen identity theft investigation for both Marcus Yarboro and Eddie Van Oliver III

Student Loan Relief- For Virginia State University I was racially slurred on campus by Jonathan Young

I state under penalty of perjury that the foregoing is true and correct. Executed on

this __12__ day of __29_____, 20 __24__.

_____
Signature of Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

Eddie Van Oliver III      Joshua Michael Oliver

_____

(Enter Above the Name of the Plaintiff in this Action)

vs.

State of Ohio Cardinal Health Hospital  State of North Carolina

_____

(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

City of Columbus

_____

Aron Terry

_____

Deidra Webster

_____

Jessica Terry

_____

Mark Yarboro

**COMPLAINT**

I.   Parties to the action:

Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where the court may contact you and mail documents to you.  A telephone number is required.

Eddie Van Oliver III

_____

Name - Full Name Please - PRINT

2302 Middlehurst Dr.

_____

Street Address

Columbus, Ohio, 43219

_____

City, State and Zip Code

3802659340

_____

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. State of Ohio Cardinal Health Hospital
_____
Name - Full Name Please

_____
Address: Street, City, State and Zip Code

2. Aron Terry (who stated he was a Chaplin)
_____

Deidra Webster
_____

3. Jessica Terry
_____

North Carolina
_____

4. Mark Yaroboro
_____

_____

5. _____

_____

6. _____

_____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title 8 United States Code, Section 860a
[Other federal status giving the court subject matter jurisdiction.]

-2-

III.  Statement of Claim

Please write as briefly as possible the facts of your case.  Describe how each Defendant is involved.  Include the name of all persons involved, give dates and places.

Number each claim separately.  Use as much space as you need.  You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Continued

Deidra Webster -

I found Deidra Webster having 2 gallons of Peroxide in her basement.

Before her children were born. We suspect she did not have enough money

To prosper the way she would like to and communicated with Eddie Van Oliver Jr.

AKA Bo Diddley.  I suspect that this all resulted to the drug Methamphetamine.

We do not know how many manufactured work orders were made.

Jessica Terry-

We suspect that she has also smoke Methamphetamine and or Cocaine.

She has a Piper with her and her brother Rob Terry has given in to porn acting.

There were two cases that have been instigated one pertaining to West Virginia

The other case in Alabama.

I can concur that the drug activity is sufficient enough for many Americans to victims

of this high crime.

Deidra Webster- Is a Conspirator and needs ot be arrested for a high crime.

She is using the Webster cases against her husband Joshua Oliver.

She claims to have worked for Cardinal Health.

Mark Yarboro - Is aware that Marcus Yarboro was born with a lack of Oxygen and has

not spoken about the situation that is occurring in North Carolina. It has been addressed to

CIA, FBI, Pentagon, and Marine Investigation.

Prudence Oliver- Goes to see Kim Yarboro her daughter and she was also in danger.

She has went to visit Kim Yarboro in North Carolina.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption | | |
|---|---|---|---|
| CASE NO. 1:23-cv-00010-PAG | Eddie Van Oliver III | vs. | David Huffman |
| 2:24-cv-00267-SDM-EPD | Eddie Van Oliver III | vs. | State of Ohio |
| 2:23-cv-04268-EAS-EPD | Eddie Van Oliver III | vs. | State of Ohio Housing Department |
| 2:23-cv-0427-ALM-KAJ | Eddie Van Oliver III | vs. | State of Virginia |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

DEA involvement

Divorcement of Deidra Webster and Joshua Oliver

Drug Counseling for the Defendant Party.

Kim Yarboro Report to - Quantico regarding the following

Marcus Yarboro lack of Oxygen.

Marcus Yarboro in North Carolina.

Marcus Yarboro- Should be relieved from North Carolina.

Personal Injury - Eddie Van Oliver III

Personal Injury - North Carolina Endangerment Ian Pereira

(Served in the Marine Core and last name maybe misspelled. Neo Nazi are perusing).

Personal Injury - North Carolina Endangerment Joshua Oliver

Marcus Yarboro- North Carolina Personal Injury

Personal Injury- North Carolina Prudence Oliver

Personal Injury- Joshua Gregory may have been injured in personal Injury

I state under penalty of perjury that the foregoing is true and correct. Executed on this _01_ day of _13_____, 20 _25_.

_____
Signature of Plaintiff

-4-

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION**

Eddie Van Oliver III     Joshua Michael Oliver
_____
(Enter Above the Name of the Plaintiff in this Action)

VS.

State Of Ohio     Cardinal Health Hospital
_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

City of Columbus
_____

Aron Terry
_____

Deidra Webster
_____

Jessica Terry
_____

Mark Yarboro                              **COMPLAINT**

North Carolina

I.    Parties to the action:

     Plaintiff:    Place your name and address on the lines below.  The address you give must be the address where the court may contact you and mail documents to you.  A telephone number is required.

          Eddie Van Oliver III
         _____
         Name - Full Name Please - PRINT

         2302 Middlehurst Dr.
         _____
         Street Address

         Columbus, Ohio 43219
         _____
         City, State and Zip Code

         6149534085     380-265-9340 updated in pacer.
         _____
         Telephone Number

     If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. State Of Ohio      Cardinal Health Hospital
   _____
   Name - Full Name Please

   City of Columbus
   _____
   Address: Street, City, State and Zip Code

2. Aron Terry
   _____

   Deidra Webster
   _____

3. Jessica Terry
   _____

   Mark Yarboro
   _____

4. North Carolina
   _____

   _____

5. _____

   _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
     [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
     [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
     [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title ~~18~~ 8 United States Code, Section ~~1035~~ 360a
     [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Continued Statement Of Claim

Aron Terry has suggested that is a legal Chaplin. Aron Terry agreed to become the marriage counselor.

He decided to marry Joshua Oliver to Deidra Webster. He knew that Deidra was previously involved with his son.

His sons nickname is Rob. Deidra Webster was not a Virgin. Joshua Oliver was a virgin.

So he allows Deidra Webster to robbed of his virginity and his marriage.

Aron Terry agreed to the endangerment of marrying Deidra Webster.

Joshua Oliver was malpractice when he was younger regarding his mental state.

The State of Ohio never assist him the damages of the mistake suggesting he was ADHD.

Deidra Webster work(s) or worked at Cardinal Health Hospital. She used he full faith of her health expertise

To convince everyone that attended that it was legal and safe to arrive.

Deidra Webster shows the fraud attempt to the people with a off white dress.

The dress colludes the people that attended that she appears to be a virgin.

I believe she turns her face away from the groom and then get married to him.

I believe that afterwards she displays that she is in fact a Christian.

Deidra spoke to me prior to the wedding suggesting that she would like to have the wedding.

I told her no and she had it anyway with what I believe to be a a new best man.

I believe that the marriage fraud is a attempt to prove that my brother is ADHD.

I believe she is violating health practices and suggesting to volunteer.

Diedra Webster also pulled out a big loan prior to Joshua Oliver obtaining his Bachelor of Science

Deiadra Webster allowed Joshua Oliver to have sexual relations with Jessica Terry

This was prior to or after the there marriage. Jessica Terry is a woman I dated previously, and related to

Aron Terry.She most recently graduated from a Big Ten College Ohio State University.

I have not sued Jessica Terry for romance fraud but I suspect it. This is a defilement of the name Joshua

and is a public offense to the Christian communities (Jewish, Islamic, Catholic Faith, and Protestant Faith)

I also have a friend whom I went to school with Joshua Gregory. I see this as possible defamation to his name.

and defamation to me as the best man. Deidra Webster suggested she was on speed drug along time ago.

-3-

There is a connection to the case pertaining to my father and this one. My father admitted that he spoke her. This is prior to the Peroxide at the bottom of her basement. Trina Watkins Mother smoked an illegal substance and had Deidra Websters phone number prior to living in Ohio. There is a DEA report on the incident that took place at her house. There was enough Peroxide to poison fish at a lake. She openly admitted she was addicted to speed. My father also mentioned that he had a dog named speed when he was younger. I do not know the ingredient to speed. AS of now we are unsure whether or not the peroxide was for a cocaine operation or speed drug operation.

IV.  Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption | |
|---|---|---|
| 2:23-cv-4268-EAS-EPD | Eddie Van Oliver III | vs. State of Ohio Housing Department |
| 2:23-cv-04267-ALM-KAJ | Eddie Van Oliver III | vs. State of Virginia |
| 2:24-cv-00267-SMD-EPD | Eddie Van Oliver III | vs. State of Ohio |
| 1:23 CV 10 | Eddie Van Oliver III | David Huffman |

V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

Joshua Oliver Education paid for

Divorcement for fraudulent marriage and embezzlement attempt.

City of Columbus Covid-19 Waiver for family and plaintiff at time of incident.

Protection orders and affordable housing for Josuha and Children. He has to leave that house.

Request for an investigation as to why Trina Watkins Delibrately ignored Eddie Van Oliver III

When he said not to take the phone number of Deidra Webster.

I state under penalty of perjury that the foregoing is true and correct.  Executed on
this ___02___ day of _____13_____, 20_24__.

Eddie Van Oliver III
Signature of Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**_____ DIVISION**

Eddie Van Oliver III      Joshua Michael Oliver
_____
(Enter Above the Name of the Plaintiff in this Action)

vs.

State Of Ohio      Cardinal Health Hospital
_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

City of Columbus
_____

Aron Terry
_____

Deidra Webster
_____

Jessica Terry
_____

Mark Yarboro                      **COMPLAINT**

North Carolina

I.   Parties to the action:

     Plaintiff:   Place your name and address on the lines below.  The address you give must be the address where
             the court may contact you and mail documents to you.  A telephone number is required.

           Eddie Van Oliver III
           _____
           Name - Full Name Please - PRINT

           2302 Middlehurst Dr.
           _____
           Street Address

           Columbus, Ohio 43219
           _____
           City, State and Zip Code

           6149534085      380-265-9340 updated in pacer.
           _____
           Telephone Number

     If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
     page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
     form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint.  This form is invalid unless each Defendant appears with full address for proper service.

1.  State Of Ohio        Cardinal Health Hospital

    _____
    Name - Full Name Please

    City of Columbus
    _____
    Address: Street, City, State and Zip Code

2.  Aron Terry
    _____

    Deidra Webster
    _____

3.  Jessica Terry
    _____

    Mark Yarboro
    _____

4.  North Carolina
    _____

    _____

5.  _____

    _____

6.  _____

    _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II.  Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐  Title 28 U.S.C. § 1343(3)
    [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐  Title 28 U.S.C. § 1331
    [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐  Title 28 U.S.C. § 1332(a)(1)
    [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒  Title ___~~18~~ 8___ United States Code, Section ___~~1035~~ 860a___
    [Other federal status giving the court subject matter jurisdiction.]

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Continued Statement Of Claim

Aron Terry has suggested that is a legal Chaplin. Aron Terry agreed to become the marriage counselor.

He decided to marry Joshua Oliver to Deidra Webster. He knew that Deidra was previously involved with his son.

His sons nickname is Rob. Deidra Webster was not a Virgin. Joshua Oliver was a virgin.

So he allows Deidra Webster to robbed of his virginity and his marriage.

Aron Terry agreed to the endangerment of marrying Deidra Webster.

Joshua Oliver was malpractice when he was younger regarding his mental state.

The State of Ohio never assist him the damages of the mistake suggesting he was ADHD.

Deidra Webster work(s) or worked at Cardinal Health Hospital. She used he full faith of her health expertise

To convince everyone that attended that it was legal and safe to arrive.

Deidra Webster shows the fraud attempt to the people with a off white dress.

The dress colludes the people that attended that she appears to be a virgin.

I believe she turns her face away from the groom and then get married to him.

I believe that afterwards she displays that she is in fact a Christian.

Deidra spoke to me prior to the wedding suggesting that she would like to have the wedding.

I told her no and she had it anyway with what I believe to be a a new best man.

I believe that the marriage fraud is a attempt to prove that my brother is ADHD.

I believe she is violating health practices and suggesting to volunteer.

Diedra Webster also pulled out a big loan prior to Joshua Oliver obtaining his Bachelor of Science

Deiadra Webster allowed Joshua Oliver to have sexual relations with Jessica Terry

This was prior to or after the there marriage. Jessica Terry is a woman I dated previously, and related to

Aron Terry.She most recently graduated from a Big Ten College Ohio State University.

I have not sued Jessica Terry for romance fraud but I suspect it. This is a defilement of the name Joshua

and is a public offense to the Christian communities (Jewish, Islamic, Catholic Faith, and Protestant Faith)

I also have a friend whom I went to school with Joshua Gregory. I see this as possible defamation to his name.

and defamation to me as the best man. Deidra Webster suggested she was on speed drug along time ago.

-3-

There is a connection to the case pertaining to my father and this one. My father admitted that he spoke her. This is prior to the Peroxide at the bottom of her basement. Trina Watkins Mother smoked an illegal substance and had Deidra Websters phone number prior to living in Ohio. There is a DEA report on the incident that took place at her house. There was enough Peroxide to poison fish at a lake. She openly admitted she was addicted to speed. My father also mentioned that he had a dog named speed when he was younger. I do not know the ingredient to speed. AS of now we are unsure whether or not the peroxide was for a cocaine operation or speed drug operation.

IV.  Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | |
| --- | --- | --- |
| 2:23-cv-4268-EAS-EPD | Eddie Van Oliver III | vs. State of Ohio Housing Department |
| 2:23-cv-04267-ALM-KAJ | Eddie Van Oliver III | vs. State of Virginia |
| 2:24-cv-00267-SMD-EPD | Eddie Van Oliver III | vs. State of Ohio |
| 1:23 CV 10 | Eddie Van Oliver III | David Huffman |

V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal
argument, cite no case or statutes.

Joshua Oliver Education paid for

Divorcement for fraudulent marriage and embezzlement attempt.

City of Columbus Covid-19 Waiver for family and plaintiff at time of incident.

Protection orders and affordable housing for Josuha and Children. He has to leave that house.

Request for an investigation as to why Trina Watkins Delibrately ignored Eddie Van Oliver III

When he said not to take the phone number of Deidra Webster.

I state under penalty of perjury that the foregoing is true and correct.  Executed on
this _02_ day of _13_____, 20_24_.

Eddie Van Oliver III
Signature of Plaintiff

-4-

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**_____ DIVISION**

Eddie Van Oliver III    Joshua Michael Oliver
_____
(Enter Above the Name of the Plaintiff in this Action)


vs.

State of Ohio Cardinal Health Hospital  State of North Carolina
_____
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

City of Columbus
_____

Aron Terry
_____

Deidra Webster
_____

Jessica Terry
_____

Mark Yarboro                    **COMPLAINT**


I.    Parties to the action:

Plaintiff:    Place your name and address on the lines below.  The address you give must be the address where
the court may contact you and mail documents to you.  A telephone number is required.

Eddie Van Oliver III
_____
Name - Full Name Please - PRINT

2302 Middlehurst Dr.
_____
Street Address

Columbus, Ohio, 43219
_____
City, State and Zip Code

3802659340
_____
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this
page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this
form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. State of Ohio Cardinal Health Hospital
   _____
   Name - Full Name Please

   _____
   Address: Street, City, State and Zip Code

2. Aron Terry (who stated he was a Chaplin)
   _____
   Deidra Webster
   _____

3. Jessica Terry
   _____
   North Carolina
   _____

4. Mark Yaroboro
   _____

   _____

5. _____

   _____

6. _____

   _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title 3 United States Code, Section 360a
   [Other federal status giving the court subject matter jurisdiction.]

-2-

III.  Statement of Claim

Please write as briefly as possible the facts of your case.  Describe how each Defendant is involved.  Include the name of all persons involved, give dates and places.

Number each claim separately.  Use as much space as you need.  You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

Continued

Deidra Webster -

I found Deidra Webster having 2 gallons of Peroxide in her basement.

Before her children were born. We suspect she did not have enough money

To prosper the way she would like to and communicated with Eddie Van Oliver Jr.

AKA Bo Diddley.  I suspect that this all resulted to the drug Methamphetamine.

We do not know how many manufactured work orders were made.

Jessica Terry-

We suspect that she has also smoke Methamphetamine and or Cocaine.

She has a Piper with her and her brother Rob Terry has given in to porn acting.

There were two cases that have been instigated one pertaining to West Virginia

The other case in Alabama.

I can concur that the drug activity is sufficient enough for many Americans to victims

of this high crime.

Deidra Webster- Is a Conspirator and needs ot be arrested for a high crime.

She is using the Webster cases against her husband Joshua Oliver.

She claims to have worked for Cardinal Health.

Mark Yarboro - Is aware that Marcus Yarboro was born with a lack of Oxygen and has

not spoken about the situation that is occurring in North Carolina. It has been addressed to

CIA, FBI, Pentagon, and Marine Investigation.

Prudence Oliver- Goes to see Kim Yarboro her daughter and she was also in danger.

She has went to visit Kim Yarboro in North Carolina.

IV.  Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption | | |
|---|---|---|---|
| CASE NO. 1:23-cv-00010-PAG | Eddie Van Oliver III | vs. | David Huffman |
| 2:24-cv-00267-SDM-EPD | Eddie Van Oliver III | vs. | State of Ohio |
| 2:23-cv-04268-EAS-EPD | Eddie Van Oliver III | vs. | State of Ohio Housing Department |
| 2:23-cv-0427-ALM-KAJ | Eddie Van Oliver III | vs. | State of Virginia |

V.  Relief

In this section please state (write) briefly exactly what you want the court to do for you.  Make no legal argument, cite no case or statutes.

DEA involvement

Divorcement of Deidra Webster and Joshua Oliver

Drug Counseling for the Defendant Party.

Kim Yarboro Report to - Quantico regarding the following

Marcus Yarboro lack of Oxygen.

Marcus Yarboro in North Carolina.

Marcus Yarboro- Should be relieved from North Carolina.

Personal Injury - Eddie Van Oliver III

Personal Injury - North Carolina Endangerment Ian Pereira

(Served in the Marine Core and last name maybe misspelled. Neo Nazi are perusing).

Personal Injury - North Carolina Endangerment Joshua Oliver

Marcus Yarboro- North Carolina Personal Injury

Personal Injury- North Carolina Prudence Oliver

Personal Injury- Joshua Gregory may have been injured in personal Injury

I state under penalty of perjury that the foregoing is true and correct.  Executed on
this  01  day of  13  , 20 25 .

_____
Signature of Plaintiff