| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 8/11/2015 | 1stLARBn, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal B. A. Gutierrez was convicted by a military judge alone of larceny.  The military judge sentenced the accused to 7 months confinement, forfeiture of $900 pay per month for 7 months, reduction to E-1, and a bad conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 8/12/2015 | 8th Comm, II MEF HQ, II MEF | At a Special Court-Martial at Camp Lejeune, North Carolina, Chief Hospital Corpsman S. E. Hunt was convicted by a military judge alone of larceny and wrongful use of a controlled substance.  The military judge sentenced the accused to reduction to E-5.  The pre-trial agreement had no effect on the sentence. |
| 8/13/2015 | VMM-262, MAG 36, 1st MAW | At a Special Court-Martial in Okinawa, Japan, Lance Corporal J. D. Cobb was convicted by a military judge alone of assault consummated by a battery.  The military judge sentenced the accused to 90 days confinement, forfeiture of $1,000 pay per month for 6 months, reduction to E-1, 90 days hard labor without confinement, and a reprimand.  The pre-trial agreement had no effect of the sentence. |
| 8/14/2015 | CLR-35, 3d MLG | At a Special Court-Martial in Okinawa, Japan, Private First Class J. V. Flannery was convicted by a military judge alone of violation of a lawful general order and indecent language.  The military judge sentenced the accused to 60 days confinement, forfeiture of $1,000 pay per month for 12 months, reduction to E-1, a reprimand, and a bad conduct discharge.  The pre-trial agreement had no effect of the sentence. |
| 8/15/2015 | MARFORSOUTH | At a Special Court-Martial at Marine Corps Recruit Depot Parris Island, South Carolina, Captain A. T. Miller was convicted by a military judge alone of dereliction of duty and conduct unbecoming an officer. The military judge sentenced the accused to a reprimand. There was no pretrial agreement in this case. |
| 8/19/2015 | MAG-13, 3d MAW | At a General Court-Martial in Yuma, Arizona, Sergeant A. K. Tremblay was convicted by officer and enlisted members of dereliction of duty and false official statement.  The members sentenced the accused to forfeiture of $1,027 pay per month for 3 months, reduction to E-3, 60 days restriction, and 90 days of hard labor. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 8/19/2015 | H&S Bn, SOI-W, TRNG CMD | At a Special Court-Martial at Camp Pendleton, California, Private J. B. Woodruff was convicted by military judge alone of unauthorized absence and larceny.  The military judge sentenced the accused to 8 months confinement, forfeiture of $1,031 pay per month for 8 months, and a bad conduct discharge.  Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 8/20/2015 | CLR-25, 2d MLG | At a General Court-Martial at Camp Lejeune, North Carolina, a Lance Corporal was acquitted by officer and enlisted members of attempted larceny, conspiracy to damage non-military property, conspiracy to obstruct justice, willfully damaging non-military property, obstruction of justice, and violation of a general article. |
| 8/21/2015 | HMLA-269 | At a General Court-Martial at Camp Lejeune, North Carolina, Private First Class M. Moseley was convicted by a military judge alone of abusive sexual contact, assault consummated by a battery, and unlawful entry. The military judge sentenced the accused to 24 months confinement, total forfeitures of all pay and allowances, reduction to E-1, and a bad conduct discharge.  The pretrial agreement had no effect on the sentence. |
| 8/25/2015 | CLR-35, 3d MLG | At a General Court-Martial in Okinawa, Japan, Gunnery Sergeant C. M. Henegar was convicted by a military judge alone of attempted sexual assault of a child, attempted distribution of a controlled substance, and attempted sexual abuse of a child.  The military judge sentenced the accused to 48 months confinement, reduction to E-3, a reprimand, and a bad conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 8/25/2015 | 2d Bn, 10th Mar Regt, 2d Mar Div | At a Special Court-Martial at Camp Lejeune, North Carolina, a Gunnery Sergeant was acquitted by a military judge alone of wrongful use of a controlled substance. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 8/25/2015 | MAG-31, 2d MAW | At a Special Court-Martial at Marine Corps Recruit Depot Parris Island, South Carolina, Lance Corporal N. M. Villarreal was convicted by a military judge alone of failure to obey a lawful general order, failure to obey a lawful written order, assault consummated by battery, and animal cruelty.  The military judge sentenced the accused to 12 months confinement, forfeiture of $1,000 pay per month for 12 months, reduction to E-1, and a bad conduct discharge.  The pretrial agreement had no effect on the sentence.  The pretrial agreement caused the case to be referred to a Special Court-Martial, as opposed to a General Court-Martial. |
| 8/25/2015 | MAG-39, 3d MAW | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal S. Quintero was convicted by military judge alone of wrongful use of a controlled substance.  The military judge sentenced the accused to 4 months confinement, forfeiture of $900 pay per month for 4 months, reduction to E-1, and a bad conduct discharge.  Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 45 days. |
| 8/26/2015 | HQTRS REGT, 3d MLG | At a General Court-Martial in Okinawa, Japan, Lance Corporal J. B. Colon was convicted by a military judge alone of attempted sexual assault of a child and attempted sexual abuse of a child.  The military judge sentenced the accused to 24 months confinement, total forfeiture of all pay and allowances, reduction to E-1, a reprimand, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |
| 8/27/2015 | CLR-3, 3d MLG | At a Special Court-Martial in Okinawa, Japan, Staff Sergeant E. R. Moran was convicted by a military judge alone of dereliction of duty and adultery.  The military judge sentenced the accused to 90 days confinement, reduction to E-5, a reprimand, and a bad conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to disapprove the reprimand, and to defer and waive automatic forfeitures for up to six months for the benefit of the accused's dependents. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 8/28/2015 | MACG-38, 3d MAW | At a Special Court-Martial in San Diego, California, Staff Sergeant J. S. Hall was convicted by a military judge alone of unauthorized absence and wrongful use of a controlled substance. The military judge sentenced the accused to 5 months confinement, reduction to E-1, and a bad conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend the punitive discharge and all confinement in excess of 120 days. |
| 8/31/2015 | 3rd AABN, 1st MARDIV | At a General Court-Martial at 29 Palms, California, Lance Corporal J. D. Wypych was convicted by a military judge alone of conspiracy, wrongful use, possession, and distribution of a controlled substance. The military judge sentenced the accused to 40 months confinement, total forfeitures of all pay and allowances, reduction to E-1, and a bad conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 22 months. |
| 9/1/2015 | 7thCommBn, III MHG, III MEF | At a General Court-Martial at Okinawa, Japan, Lance Corporal A. Uriostegui was convicted by a military judge alone of attempted sexual assault of a child, attempted sexual abuse of a child, attempt to receive child pornography, and indecent exposure. The military judge sentenced the accused to 24 months confinement, total forfeiture of all pay and allowances, reduction to E-1, a reprimand, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to commute the dishonorable discharge to the bad conduct-discharge, to suspend all confinement in excess of 18 months, and to disapprove the reprimand. |
| 9/2/2015 | 1stBn, 5thMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Corporal J. A. Brumbelow, was convicted by military judge alone of failure to obey a lawful order, drunken operation of a vehicle, and wrongful appropriation. The military judge sentenced the accused to 5 months confinement, forfeiture of $1,000 per month for 5 months, reduction to E-2, and a bad-conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to disapprove all confinement in excess of 120 days. |

101

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 9/2/2015 | MWSS-272, MAG-26, 2dMAW | At a General Court-Martial at Camp Lejeune, North Carolina, Corporal A. J. Atterbury was convicted by a military judge alone of violating a written order or regulation, drunken or reckless operation of a vehicle, disposing of military property, wrongful distribution of a controlled substance, larceny, conspiracy to commit larceny, and receipt of stolen property. The military judge sentenced the accused to 36 months confinement, reduction to E-1, and a bad conduct discharge. Pursuant to the pre-trial agreement, all confinement in excess of 12 months will be suspended. |
| 9/3/2015 | 1stMaintBn, CLR-15, 1stMLG | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal V. Perez, was convicted of military judge alone of aggravated assault, failure to obey a lawful order, and impeding an investigation. The military judge sentenced the accused to 10 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 8 months. |
| 9/3/2015 | HMX-1 | At a Special Court-Martial at Quantico, Virginia, Gunnery Sergeant J. G. Hernandez was convicted by a panel of officer and enlisted members of behaving with disrespect towards a superior commissioned officer. The members sentenced the accused to be reduced to E-6. |
| 9/9/2015 | 8thCommBn, II MHG, II MEF | At a Special Court-Martial at Camp Lejeune, North Carolina, Master Gunnery Sergeant Q. M. Martin was convicted by a military judge alone of larceny. The military judge sentenced the accused to 60 days confinement and reduction to E-5. Pursuant to the pre-trial agreement, the convening authority agreed to suspend any adjudged reduction below pay grade E-7. |
| 9/10/2015 | 1stBn, 7thMar, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, Corporal A. C. Robinson was convicted by a military judge alone of larceny. The military judge sentenced the accused to 5 months confinement, forfeiture of $900.00 pay per month for 5 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 9/10/2015 | RS Raleigh, 4thMCD, ERR | At a Special Court-Martial at Parris Island, South Carolina, Staff Sergeant C. A. Walker was convicted by a military judge alone of attempting to unlawfully effect enlistment, failure to obey a lawful general order, failure to obey a lawful order, and adultery. The military judge sentenced the accused to confinement for 60 days, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of time served. The accused had served 55 days of confinement at the date of trial. |
| 9/10/2015 | SctyBn, MCB Quantico | At a General Court-Martial at Quantico, Virginia, Lance Corporal T. A. Stephens was convicted by a military judge alone of attempted sexual assault of a child and violating a lawful general order. The military judge sentenced the accused to 26 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |
| 9/11/2015 | 2d MRBn, MRR, USMCF, SOC | At a Special Court-Martial at Camp Lejeune, North Carolina, a sergeant was acquitted by a panel of officer and enlisted members of wrongful disposition of military property and larceny. |
| 9/11/2015 | MALS-11, MAG-11, 3d MAW | At a Special Court-Martial at Miramar, California, Sergeant J. M. Jamison was convicted by a military judge alone of committing acts upon a person, 14 years of age. The military judge sentenced the accused to 75 days confinement and reduction to E-2. The pre-trial agreement had no effect on the sentence. |
| 9/11/2015 | MACS-4, MACG-18, 1stMAW | At a Special Court-Martial at Okinawa, Japan, a corporal was acquitted by a panel of officer and enlisted members of disrespect and failure to obey a lawful general order. |
| 9/11/2015 | HqSvcBn, MCB Quantico | At a General Court-Martial at Quantico, Virginia, Corporal A. A. Flores-Gastelum was convicted by a military judge alone of attempted sexual abuse of a child. The military judge sentenced the accused to 1 year confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, automatic forfeitures will be deferred. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 9/16/2015 | MWHS-3, 3dMAW | At a Special Court-martial at San Diego, California, Private First Class Z. A. Guminski, was convicted by military judge alone of violating a lawful general order, wrongful use of a controlled substance, larceny, and wrongful solicitation. The military judge sentenced the accused to 9 months confinement, forfeiture of $1,031.20 per month for 9 months, reduction to E-1, and a bad-conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of time served. The accused had served 84 days of confinement at the date of trial. |
| 9/21/2015 | SctyBn, MCB Camp Pendleton | At a Special Court-Martial at Camp Pendleton, California, Private First Class M. X. Roston was convicted by a military judge alone of wrongful use of a controlled substance. The military judge sentenced the accused to confinement for 61 days, forfeiture of $1,000 per month for 3 months, reduction to E-1, and a bad-conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of time served. The accused had served 61 days of confinement at the date of trial. |
| 9/24/2015 | HqHqRon, MCAS Cherry Point | At a General Court-Martial at Cherry Point, North Carolina, Sergeant S. W. Call was convicted by a military judge alone of conspiracy to commit larceny, larceny, housebreaking, unlawful entry, and sale of military property. The military judge sentenced the accused to 36 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |
| 9/25/2015 | MALS-11, MAG-11, 3d MAW | At a General Court-Martial at San Diego, California, Lance Corporal D. G. Angiolini, was convicted by a panel of officer and enlisted members of sexual assault. The members sentenced the accused to 7 years confinement, forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 9/28/2015 | MAG-41, 4th MAW | At a Special Court-Martial at Quantico, Virginia, Sergeant C. S. Deane was convicted by a military judge alone for willful dereliction of duty, false official statement, and larceny. The military judge sentenced the accused to 165 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 9/28/2015 | HqSptBn, MCB Camp Pendleton | At a Special Court-Martial at Camp Pendleton, California, Private First Class J. D. Nickerson was convicted by a military judge alone of unauthorized absence. The military judge sentenced the accused to confinement for 180 days, reduction to E-1, and a bad-conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 9/28/2015 | HqBn, 3dMarDiv | At a General Court-Martial, at Okinawa, Japan, Corporal C. D. Crossgrove was convicted by a military judge alone of attempted sexual assault of a child, attempted sexual abuse of a child, possession of a controlled substance with intent to distribute, indecent exposure, and indecent language. The military judge sentenced the accused to 24 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 9/29/2015 | 2dBn, 2dMar, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal V. I. Aguilar, was convicted by a military judge alone of attempted sexual abuse of a child and possession of child pornography. The military judge sentenced the accused to 8 years confinement, reduction to E-1, and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 9/29/2015 | HqReg, 1stMLG | At a General Court-Martial at Camp Pendleton, California, Lance Corporal J. J. Coy was convicted by a military judge alone of assault, aggravated assault, disorderly conduct, and failure to obey a lawful order. The military judge sentenced the accused to 14 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 11 months. |
| 9/29/2015 | VMR-1, MCAS Cherry Point | At a General Court-Martial at Cherry Point, North Carolina, a sergeant was acquitted by a panel of officer and enlisted members of sexual assault. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 9/30/2015 | MACS-1, MACG-38, 3dMAW | At a General Court-Martial at San Diego, California, Chief Warrant Officer-2 W. B. Paris, was convicted by military judge alone of failure to obey a lawful general regulation, adultery, fraternization, and conduct unbecoming an officer and a gentleman. The military judge sentenced the accused to 45 days confinement and a dismissal. Pursuant to the pre-trial agreement, the convening authority has agreed to suspend all confinement in excess of 30 days. |
| 10/2/2015 | 1st Tank Bn, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, Sergeant J. V. Vandemark was convicted by a military judge alone of violation of a lawful general order, assault consummated by a battery, and drunk and disorderly conduct. The military judge sentenced the accused to 60 days confinement and reduction to E-3. The pre-trial agreement had no effect on the sentence. |
| 10/2/2015 | 3dIntelBn, III MHG, III MEF | At a Special Court-Martial at Okinawa, Japan, a master sergeant was acquitted by a panel of officer and enlisted members of unauthorized absence, failure to obey lawful order, and false official statement. |
| 10/7/2015 | 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, a petty officer third class was acquitted by a panel of officer and enlisted members of indecent exposure and assault consummated by a battery. |
| 10/7/2015 | MALS-14, MAG-14, 2dMAW | At a General Court-Martial at Cherry Point, North Carolina, Staff Sergeant D. L. Hilton was convicted by a military judge alone of sexual assault of a child, possession of child pornography, violation of a lawful general order, allowing a party to take place in private residence where minors possessed alcohol, and abusive sexual contact of a child. The military judge sentenced the accused to 25 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 10 years. |

106

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 10/8/2015 | II MHG, II MEF | At a General Court-Martial at Camp Lejeune, North Carolina, Corporal S. Z. Pinkney was convicted by a military judge alone of wrongful use of a controlled substance, larceny, and selling or disposing of military property.  The military judge sentenced the accused to 24 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |
| 10/8/2015 | MAG-39, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal R. J. Milgrew was convicted by a panel of officer and enlisted members of wrongful use of a controlled substance and false official statement.  The members sentenced the accused to 3 months confinement, forfeiture of 2/3 pay per month for a period of 5 months, 2 months hard labor without confinement, and reduction to E-1. |
| 10/8/2015 | 4th LE Bn, FHG | At a General Court-Martial at New Orleans, Louisiana, a gunnery sergeant was acquitted by a panel or officer and enlisted members of rape, sexual assault, abusive sexual contact, indecent exposure, indecent language, indecent conduct, and false official statements. |
| 10/8/2015 | HqSptBn, MCB Camp Pendleton | At a Special Court-Martial at Camp Pendleton, California, Corporal P. A. Fuentes was convicted by a military judge alone of unauthorized absence.  The military judge sentenced the accused to 76 days confinement.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 55 days. |
| 10/8/2015 | 1stMCD, ERR | At a General Court-Martial at Parris Island, South Carolina, Sergeant J. B. Faggiole was convicted by a military judge alone of unauthorized absence, obstruction of justice, bank fraud, and larceny.  The military judge sentenced the accused to confinement for 20 months, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge.  The pre-trial agreement had no effect on the sentence. |
| 10/12/2015 | 2dIntelBn, II MHG, II MEF | At a General Court-Martial at Camp Lejeune, North Carolina, a chief warrant officer 2 was acquitted by a panel of officer members of aggravated sexual contact, abusive sexual contact, aggravated sexual assault, rape, and assault consummated by a battery. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 10/13/2015 | HqReg, 1stMLG | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal D. J. Nairns was convicted by a military judge alone of violation of lawful general orders. The military judge sentenced the accused to 90 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 10/13/2015 | HMLA-369, MAG-39, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Private F. A. Costa III was convicted by a military judge alone of unauthorized absence, violation of lawful general orders, and wrongful use of a controlled substance. The military judge sentenced the accused to 95 days confinement, and forfeiture of $1,000.00 pay per month for a period of 2 months. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 10/14/2015 | 1stCEBn, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal J. A. Campbell was convicted by a military judge alone of unauthorized absence, violation of a lawful general order, and wrongful use of a controlled substance. The military judge sentenced the accused to 150 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 100 days. |
| 10/15/2015 | HMLA-169, MAG-39, 3d MAW | At a General Court-Martial at Camp Pendleton, California, Lance Corporal A. C. Ouillette was convicted by a military judge alone of aggravated assault with a dangerous weapon or other means or force likely to produce death or grievous bodily harm. The military judge sentenced the accused to 3 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 24 months. |
| 10/15/2015 | HqSptBn, MCB Camp Pendleton | At a Special Court-Martial at Camp Pendleton, California, Private C. S. Martin was convicted by a panel of officer members of unauthorized absence and wrongful appropriation. The members sentenced the accused to 12 months confinement and a bad-conduct discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 10/16/2015 | 1stMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Sergeant C. C. Hillburn was convicted by a military judge alone of violation of a lawful general order, assault consummated by a battery, and communicating a threat. The military judge sentenced the accused to 1 year confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 6 months. |
| 10/16/2015 | HqSptBn, MCB Camp Pendleton | At a Special Court-Martial at Camp Pendleton, California, Corporal B. L. Dollison was convicted by a military judge alone of unauthorized absence. The military judge sentenced the accused to 90 days confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 10/16/2015 | MCNOSC, MARFORCYBER | At a Special Court-Martial at Quantico, Virginia, Corporal C. N. Graham was convicted by a military judge alone of wrongful use and distribution of a controlled substance. The military judge sentenced the accused to 240 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 10/19/2015 | HqHqRon, MCAS Miramar | At a Special Court-Martial at Miramar, California, Private First Class R. J. Wallick was convicted by a military judge alone of dereliction of duty, drunken operation of vehicle, and restriction breaking. The military judge sentenced the accused to 179 days confinement, forfeiture of $1,156.00 pay per month for a period of 8 months, and reduction to E-1. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 10/19/2015 | HqSvcBn, MCB Quantico | At a General Court-Martial at Quantico, Virginia, Lance Corporal J. A. Laster was convicted by a panel of officer and enlisted members of sexual abuse of a child, and indecent conduct. The members sentenced the accused to 3 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 10/20/2015 | 2dCEBn, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal R. B. Warren III was convicted by a military judge alone of larceny, wrongful sale of military property, and wrongful disposition of military property. The military judge sentenced the accused to 10 months confinement, forfeiture of 2/3 pay per months for a period of 10 months, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend confinement in excess of 21 days and adjudged forfeitures. The pre-trial agreement also required the accused to pay $1,604.08 in restitution to the victims. |
| 10/20/2015 | 1stMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Corporal T. M. Carnahan was convicted by a military judge alone of rape of a child and sexual abuse of a child. The military judge sentenced the accused to confinement for life with eligibility for parole, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 35 years and any adjudged forfeiture will be disapproved upon the convening authority's action. |
| 10/21/2015 | 12thMCD, WRR | At a Special Court-Martial at San Diego, California, Sergeant I. A. Estrada was convicted by a military judge alone of violation of a lawful general order, adultery, and obstruction of justice. The military judge sentenced the accused to 160 days confinement, reduction to E-3, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 2 months. |
| 10/28/2015 | 3dBn, 12Mar, 3dMarDiv | At a Special Court-Martial at Okinawa, Japan, Corporal D. M. Halpin was convicted by a military judge alone of assault consummated by a battery. The military judge sentenced the accused to no punishment. The pre-trial agreement had no effect on the sentence. |
| 10/29/2015 | 2dMaintBn, CLR-25, 2dMLG | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal B. D. Evans was convicted by a military judge alone of sexual assault of a child and forcible sodomy. The military judge sentenced the accused to 835 days confinement, reduction to E-1, and a dishonorable discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 10/29/2015 | 3dLAADBn, MACG-38, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Sergeant B. L. Trevino was convicted by a military judge alone of wrongful use and possession of a controlled substance, and wrongful introduction of a controlled substance onto an installation. The military judge sentenced the accused to 75 days confinement and reduction to E-3. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 45 days. |
| 10/29/2015 | HqHqRon, MCAS Cherry Point | At a General Court-Martial at Cherry Point, North Carolina, Sergeant M. W. Rodriguez was convicted by a military judge alone of larceny, housebreaking, unlawful entry, and the sale of military property. The military judge sentenced the accused ton 36 months confinement, total forfeiture of all pay and allowances, a $5,000.00 fine, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |
| 10/29/2015 | 3d LAADBn, MACG-38, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Corporal T. J. Washington Jr. was convicted by a military judge alone of transporting aliens for the purpose of private financial gain, conspiracy to encourage or introduce an alien to come to enter, or reside in the United States, conspiracy to conceal, harbor, or shield from detection such alien(s), for the purpose of private financial gain. The military judge sentenced the accused to 6 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement did not effect the sentence. |
| 10/29/2015 | 9thESBn, 3dMLG | At a General Court-Martial at Okinawa, Japan, Corporal D. Cuevas was convicted by a military judge alone of sexual assault of a child, sexual abuse of a child, adultery, and possession of child pornography. The military judge sentenced the accused to 36 months confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 10/30/2015 | HqCo, 1stMSOSB | At a General Court-Martial at Camp Pendleton, California, Petty Officer Third Class D. D. Upshaw was convicted by a panel of officer and enlisted members of abusive sexual contact, and sexual assault. The members sentenced the accused to 10 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 11/2/2015 | MACS-4, MACG-18, 1stMAW | At a Special Court-Martial at Okinawa, Japan, Sergeant J. A. Hughes was convicted by a military judge alone of disrespect towards a noncommissioned officer, violation of a lawful general order, and violation of a lawful order. The military judge sentenced the accused to 90 days confinement, reduction to E-2, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend the punitive discharge and all confinement in excess of 60 days. |
| 11/3/2015 | 4thMCD, ERR, MCRD PI | At a Special Court-Martial at Parris Island, South Carolina, Sergeant A. R. Harden was convicted by a military judge alone of violation of a lawful general orders, and disobeying a lawful order. The military judge sentenced the accused to confinement for 34 days, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of time served. The accused had served 33 days confinement on the date of trial. |
| 11/4/2015 | 2dLARBn, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal R. T. Royston was convicted by a military judge alone of larceny and selling military property. The military judge sentenced the accused to 120 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, automatic forfeitures of any pay and allowances will be deferred and waived provided a dependent's allotment is established. |
| 11/5/2015 | HMLA-267, MAG-39, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, a corporal was acquitted by a panel of officer and enlisted members of wrongful use of a controlled substance. |
| 11/6/2015 | TrngCmd, TECOM | At a General Court-Martial at Quantico, Virginia, a corporal was acquittal by a panel of officer and enlisted members of abusive sexual contact, sexual assault, adultery, and indecent acts. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 11/9/2015 | 9thCommBn, IMEF | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal E. M. Carie was convicted by a military judge alone of conspiracy, wrongful importation of a controlled substance, and distribution of a controlled substance. The military judge sentenced the accused to 6 months confinement, forfeiture of $600.00 per month for a period of 6 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 11/9/2015 | MCTBn, SOI-E, TrngCmd | At a Special Court-Martial at Camp Lejeune, North Carolina, Sergeant W. B. Samuels was convicted by a military judge alone of willful disobedience, assault consummated by a battery, and battery upon a child under the age of 16. The military judge sentenced the accused to 6 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend confinement in excess of 6 months. |
| 11/9/2015 | HqSptBn, MCIPAC | At a General Court-Martial at Okinawa, Japan, Lance Corporal J. Calixto was convicted by a military judge alone of attempted receipt of child pornography, attempted sexual abuse of a child, indecent exposure, and false official statement. The military judge sentenced the accused to 12 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 11/10/2015 | 7thESB, 1stMLG | At a General Court-Martial at Camp Pendleton, California, Lance Corporal C. H. Carrazco was convicted by a military judge alone of sexual assault. The military judge sentenced the accused to 46 months confinement, total forfeitures of all pay and allowances, reduction to E-1, and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 11/12/2015 | 1stBn, 3dMar, 3rdMarDiv | At a General Court-Martial at Kaneohe Bay, Hawaii, Corporal D. A. Gri was convicted by a panel of officer and enlisted members of violation of a lawful general order. The members sentenced the accused to no punishment. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 11/13/2015 | HqHqRon, MCAS Futenma | At a General Court-Martial at Okinawa, Japan, Lance Corporal J. M. Lopez-Stone was convicted by a military judge alone of attempted receipt of child pornography, attempted sexual assault of a child, attempted sexual abuse of a child, and indecent language. The military judge sentenced the accused to 4 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 17 months. |
| 11/13/2015 | MACG-38, 3dMAW | At a General Court-Martial at Miramar, California, Lance Corporal M. L. Evans was convicted by a panel of officer and enlisted members of abusive sexual contact. The members sentenced the accused to 6 months confinement, reduction to E-1, and a bad-conduct discharge. |
| 11/16/2015 | HqHqRon, MCAS Cherry Point | At a Special Court-Martial at Cherry Point, North Carolina, Staff Sergeant E. Celestin was convicted by a military judge alone of indecent language, fraternization, obstruction of justice, absence of place of duty, breach of peace, drunken operation of a vehicle, and assault consummated by a battery. The military judge sentenced the accused to 10 months confinement, forfeiture of $1,000.00 pay per month for a period of 10 months, and reduction to E-1. The pre-trial agreement had no effect on the sentence. |
| 11/17/2015 | HqReg, 3dMLG | At a General Court-Martial at Okinawa, Japan, Lance Corporal L. R. Bell was convicted by a military judge alone of attempted sexual assault of a child, attempted sexual abuse of a child, and indecent language. The military judge sentenced the accused to 3 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |
| 11/17/2015 | MCIS, TrngCmd | At a Special Court-Martial at Quantico, Virginia, Staff Sergeant L. R. Eastman was convicted by a military judge alone of violation of a lawful general order, dereliction of duty, and false official statements. The military judge sentenced the accused to 30 days confinement, reduction to E-3, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove confinement. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 11/18/2015 | CLB-7, CLR-1, 1stMLG | At a General Court-Martial at 29 Palms, California, Corporal F. Cantu was convicted by a panel of officer and enlisted members of assault consummated by a battery.  The members sentenced the accused to 90 days hard labor and reduction to E-3. |
| 11/18/2015 | HqBtry, 11thMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Lance Corporal I. Dzafic was convicted by a military judge alone of violation of a lawful general order, maiming, and aggravated assault with a dangerous weapon.  The military judge sentenced the accused to 15 months confinement, total forfeitures of all pay and allowances, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 11/18/2015 | 2ndRTBn, RTR, MCRD PI | At a Special Court-Martial at Parris Island, South Carolina, Sergeant J. D. Miller was convicted by a panel of officer and enlisted members of wrongful use of a controlled substance.  The members sentenced the accused to forfeiture of $375.00 pay per month for one month and a letter of reprimand. |
| 11/19/2015 | 1stBn, 2dMar, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Corporal J. A. Thomas was convicted by a military judge alone of abusive sexual contact.  The military judge sentenced the accused to 30 months confinement, reduction to E-1, and a dishonorable discharge.  The pre-trial agreement had no effect on the sentence. |
| 11/19/2015 | 2dBn, 5thMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Lance Corporal D. L. Williams III was convicted by a panel of officer and enlisted members of violation of a lawful general order, fleeing from apprehension, drunken operation of vehicle, and manslaughter.  The members sentenced the accused to 14 years confinement, total forfeitures of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 11/20/2015 | HqHqRon, MCAS Miramar | At a Special Court-Martial at Miramar, California, Sergeant M. R. Tinsley was convicted by a panel of officer members of larceny.  The members sentenced the accused to reduction to E-1 and a bad-conduct discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 11/23/2015 | CLR-15, 1stMLG | At a Special Court-Martial at Camp Pendleton, California, Corporal J. A. Carpenter was convicted by a military judge alone of assault consummated by a battery. The military judge sentenced the accused to 60 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend the punitive discharge if the accused voluntarily waived his right to an administrative separation board hearing. |
| 11/24/2015 | 3dAAVBn, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Corporal M. E. Miranda Jr. was convicted by a military judge alone of assault consummated by a battery. The military judge sentenced the accused to 6 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, automatic forfeitures of any pay and allowances will be deferred and waived provided a dependent's allotment is established. |
| 11/24/2015 | HqSptBn, MCIWest | At a Special Court-Martial at Camp Pendleton, California, Private First Class L. F. Herrera was convicted by a military judge alone of unauthorized absence. The military judge sentenced the accused to 60 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 11/25/2015 | HqReg, 1stMLG | At a General Court-Martial at Camp Pendleton, Staff Sergeant M. A. Tamburello was convicted by a panel of officer and enlisted members of sexual assault. The members sentenced the accused to 6 months confinement, reduction to E-1, and a dishonorable discharge. |
| 11/25/2015 | HqSptBn, MCIWest | At a Special Court-Martial at Camp Pendleton, California, Private C. A. Black was convicted by a military judge alone of unauthorized absence. The military judge sentenced the accused to 90 days confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 11/30/2015 | VMU-3, MAG-24, 1stMAW | At a Special Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal J. J. Garcia was convicted by a military judge alone of violation of a lawful general order, abusive sexual contact, and assault consummated by a battery.  The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 12/16/2015 | HqSptBn, MCI W-MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private First Class B. M. Klimper was convicted by a military judge alone of unauthorized absence.  The military judge sentenced the accused to 90 days confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 12/16/2015 | VMFA-121, MAG-13, 3dMAW | At a General Court-Martial at Yuma, Arizona, Corporal R. C. Woody was convicted by a panel of officer and enlisted members of assault consummated by a battery and sexual assault.  The members sentenced the accused to 54 months confinement, total forfeiture of all pay and allowances, reduction to E-1 and a dishonorable discharge. |
| 12/17/2015 | IMHG, IMEF | At a General Court-Martial at Camp Pendleton, California, Corporal M. C. Vera was convicted by a panel of officer and enlisted members of sexual assault.  The members sentenced the accused to 6 months confinement, 3 months hard labor without confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge. |
| 12/18/2015 | MWSS-273, MAG-31, 2dMAW | At a General Court-Martial at Parris Island, South Carolina, Corporal C. P. Beausoleil was convicted by a military judge alone of violation of a lawful general order, false official statement, rape, aggravated assault, unlawful entry, adultery, child endangerment, communicating a threat, and unlawfully carrying a concealed weapon.  The military judge sentenced the accused to 32 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 20 years. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 12/18/2015 | VMU-3, MAG-24, 1stMAW | At a General Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal E. C. Kendrick was convicted by a military judge alone of sexual abuse of a minor, viewing child pornography, solicitation to distribute and produce child pornography, and wrongful use of a controlled substance. The military judge sentenced the accused to 5 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |
| 12/18/2015 | HqSptBn, MCI W- MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal A. Z. Cornett was convicted by a military judge alone of unauthorized absence, attempt to escape from custody, escape from custody, and wrongful use of a controlled substance. The military judge sentenced the accused to 8 months confinement, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 180 days. |
| 12/18/2015 | 3dTSBn, CLR-3, 3dMLG | At a General Court-Martial at Okinawa, Japan, a lance corporal was acquitted by a panel of officer and enlisted members of aggravated sexual assault. |
| 12/18/2015 | AFADRet | At a General Court-Martial at Quantico, Virginia, Gunnery Sergeant D. L. Dinger (Ret.) was convicted by a military judge alone of indecent conduct, possessing, receiving, and viewing child pornography, attempting to produce child pornography, and indecent visual recording. The military judge sentenced the accused to 9 years confinement and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 96 months and waive automatic forfeitures for a period of 6 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 12/21/2015 | 2dMar, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal K. W. Turner was convicted by a military judge alone of false official statement, indecent language, obstructing justice, and communicating a threat. The military judge sentenced the accused to 3 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 15 months and to only approve a bad-conduct discharge. |
| 12/21/2015 | HqHqRon, MCAS Beaufort | At a Special Court-Martial at Parris Island, South Carolina, Private W. L. Qualls was convicted by a military judge alone of larceny, housebreaking, wrongful use of a controlled substance, unauthorized absence, and breaking into a motor vehicle. The military judge sentenced the accused to 9 months confinement, forfeiture of $1,000.00 pay per month for a period of 12 months, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority has agreed to suspend all confinement in excess of time served. The accused had served 29 days by the date of trial. |
| 12/30/2015 | MWSS-374, MAG-16, 3dMAW | At a Special Court-Martial at 29 Palms, California, Corporal C. E. Hill was convicted by a military judge alone of conspiracy to make a false official statement, false official statement, assault, and wrongful use of a controlled substance. The military judge sentenced the accused to 90 days confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 12/30/2015 | 1stReconBn, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, a sergeant was acquitted by a panel of officer and enlisted members of wrongful use of a controlled substance and violation of a lawful general order. |
| 12/30/2015 | Naval Hospital, 29 Palms | At a Special Court-Martial at 29 Palms, California, Seaman Recruit A. D. Garrett was convicted by a military judge alone of larceny. The military judge sentenced the accused to 60 days confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|------------|-----------|-------------|
| Date | Unit | Description |
| 12/31/2015 | MASS-3, MACG-38, 3dMaw | At a Special Court-Martial at Camp Pendleton, California, Private K. S. Darby was convicted by a military judge alone of wrongful use of a controlled substance.  The military judge sentenced the accused to 70 days confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 1/5/2016 | CLB-31, 31stMEU | At a Special Court-Martial at Okinawa, Japan, Corporal J. E. King was convicted by a military judge alone of aggravated assault.  The military judge sentenced the accused to forfeitures of $500.00 pay per month for a period of 9 months, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to refer the case to a Special Court-Martial vice a General Court-Martial. |
| 1/6/2016 | 3d Mar, 3dMarDiv | At a Special Court-Martial at Kaneohe Bay, Hawaii, a staff sergeant was acquitted by a panel of officer and enlisted members of assault consummated by a battery. |
| 1/6/2016 | HMLA-267, MAG-39, 3dMAW | At a General Court-Martial at Camp Pendleton, California, Lance Corporal M. L. Giacinti was convicted by a military judge alone of false official statement, wrongful use, possession, distribution, manufacture, and introduction onto an installation of the armed forces, of controlled substances, incapacitation for performance of duties through prior wrongful indulgence in drugs, and disorderly conduct.  The military judge sentenced the accused to 42 months confinement, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 36 months. |
| 1/6/2016 | 3dLARBn, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Sergeant J. W. Bartikofsky was convicted by a military judge alone of attempting to commit a lewd act upon a child and indecent language.  The military judge sentenced the accused to 7 months confinement, reduction to E-1, and a bad-conduct discharge. |
| 1/7/2016 | VMA-542, MAG-14, 2dMAW | At a Special Court-Martial at Cherry Point, North Carolina, Sergeant M. B. Minier II was convicted by a military judge alone of assault consummated by a battery, stalking, and cyber harassment.  The military judge sentenced the accused to 89 days confinement and reduction to E-3. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 1/7/2016 | MALS-16, MAG-16, 3dMAW | At a General Court-Martial at Miramar, California, Corporal T. L. Hicks was convicted by a military judge alone of violation of a lawful general order, wrongful possession, distribution, and manufacture of controlled substances, and solicitation of another to distribute a controlled substance. The military judge sentenced the accused to 20 months confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 1/8/2016 | MCSF, MARFORCOM | At a General Court-Martial at Quantico, Virginia, a corporal was acquitted by a panel of officer and enlisted members of rape and abusive sexual contact. |
| 1/8/2016 | MASS-3, MACG-38, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Corporal R. A. Patterson was convicted by a military judge alone of aggravated assault. The military judge sentenced the accused to 175 days confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 3 months. |
| 1/12/2016 | HMH-366, MAG-29, 2dMAW | At a Special Court-Martial at Cherry Point, North Carolina, Corporal B. A. Bullard was convicted by a military judge alone of assault consummated by a battery upon a child under the age of 16. The military judge sentenced the accused to confinement for 60 days, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |
| 1/12/2016 | HqSptBn, MCI-W, MCB CamPen | At a General Court-Martial at Camp Pendleton, California, Sergeant E. C. Portillo was convicted by a panel of officer and enlisted members of assault consummated by a battery. The members sentenced the accused to 60 days restriction, 60 days hard labor without confinement, and reduction to E-1. |
| 1/13/2016 | 8thMCD, WRR | At a General Court-Martial at San Diego, California, a gunnery sergeant was acquitted by a panel of officer and enlisted members of sexual assault. |
| 1/14/2016 | MWHS-3, 3dMAW | At a General Court-Martial at San Diego, California, Master Sergeant F. A. Williams was convicted by a panel of officer and enlisted members of violations of a lawful general order, false official statement, adultery, larceny, and obstructing justice. The members sentenced the accused to 6 months confinement, reduction to E-1, a reprimand, and a bad-conduct discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 1/14/2016 | HqBn, MCAGC | At a Special Court-Martial at 29 Palms, California, Lance Corporal L. C. Holmes was convicted by a military judge alone of assault consummated by a battery, and unlawful entry. The military judge sentenced the accused to 5 months confinement, forfeiture of $950.00 pay per month for a period of 5 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 1/14/2016 | CLB-7, CLR-1, 1stMLG | At a Special Court Martial at 29 Palms, California, Lance Corporal S. Arroyo was convicted by a military judge alone of assault consummated by a battery. The military judge sentenced the accused to 9 months confinement, forfeiture of $900.00 pay per month for a period of 9 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 1/15/2016 | MCSF, MARFORCOM | At a General Court-Martial at Norfolk, Virginia, Lance Corporal Z. C. Moss was convicted by a military judge alone of sexual assault of a child. The military judge sentenced the accused to 7 months confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 6 months. |
| 1/15/2016 | HMLA-369, MAG-39, 3dMAW | At a General Court-Martial at Camp Pendleton, California, Corporal S. Medinagarza was convicted by a panel of officer and enlisted members of false official statements and larceny. The members sentenced the accused to 3 months confinement, reduction to E-1, and a bad-conduct discharge. |
| 1/15/2016 | 1stBn, 5thMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Sergeant B. L. Read was convicted by a military judge alone of larceny. The military judge sentenced the accused to 5 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 1/15/2016 | MAG-13 | At a Special Court-Martial at 29 Palms, California, Lance Corporal C. A. Poole was convicted by a military judge alone of assault consummated by a battery, and drunk and disorderly conduct. The military judge sentenced the accused to 5 months confinement and reduction to E-1. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 1/15/2016 | 2dBn, 7thMar, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, Lance Corporal T. M. Stout was convicted by a military judge alone of violations of a lawful general order, assault, communicating a threat, and drunk and disorderly conduct. The military judge sentenced the accused to 3 months confinement, forfeiture of $900.00 pay per month for a period of 3 months, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 2 months. |
| 1/19/2016 | HqHqRon, MCAS Beaufort | At a General Court-Martial at Parris Island, South Carolina, Lance Corporal M. A. Harris was convicted by a military judge alone of aggravated arson, desertion, and attempted larceny. The military judge sentenced the accused to 8 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 72 months. |
| 1/20/2016 | MALS-13, MAG-13, 3dMAW | At a General Court-Martial at Camp Pendleton, California, Private First Class J. J. Smith was convicted by a military judge alone of failure to obey a lawful general order and assault consummated by a battery. The military judge sentenced the accused to 175 days confinement, forfeiture of $900.00 pay per month for a period of 5 months, and reduction to E-1. The pre-trial agreement had no effect on the sentence. |
| 1/20/2016 | HqSvcBn, MCB Quantico | At a Special Court-Martial at Quantico, Virginia, Private First Class S. R. Murray was convicted by a military judge alone of desertion, unauthorized absence, willfully disobeying a lawful order of a noncommissioned officer, escape from custody, and larceny. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 180 days. |
| 1/21/2016 | VMU-4, MAG-41, 4thMAW | At a General Court-Martial at Camp Pendleton, California, Private First Class M. J. Miller was convicted by a military judge alone of wrongful use of controlled substances and sexual assault of a child. The military judge sentenced the accused to 28 months confinement and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 2 years. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 1/21/2016 | HMLA-369, MAG-39, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Corporal J. W. Estey was convicted by a panel of officer and enlisted members of wrongful use of a controlled substance. The members sentenced the accused to reduction to E-3. |
| 1/22/2016 | MALS-16, MAG-16, 3dMAW | At a Special Court-Martial at San Diego, California, Lance Corporal C. E. Juarez was convicted by a military judge alone of conspiracy, wrongful use, distribution, and introduction, onto an armed forces installation, of a controlled substance, and communicating a threat. The military judge sentenced the accused to 24 months confinement, reduction to E-1, and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 1/22/2016 | 7thESB, 1stMLG | At a General Court-Martial at Camp Pendleton, California, Corporal C. P. Fierro was convicted by a military judge alone of sexual assault. The military judge sentenced the accused to 5 years confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 9 months. |
| 1/25/2016 | CLR-3, 3dMLG | At a General Court-Martial at Okinawa, Japan, Staff Sergeant J. F. Vankemseke was convicted by a military judge alone of indecent exposure, indecent language, and wrongful solicitation. The military judge sentenced the accused to 6 months confinement, a reprimand, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove the reprimand and to defer automatic forfeiture of any pay and allowances. |
| 1/26/2016 | CLB-3, CLR-3, 3dMLG | At a General Court-Martial at Okinawa, Japan, a sergeant was acquitted by a panel of officer and enlisted members of sexual assault of a child. |
| 1/26/2016 | 2dBn, 10thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Corporal S. C. Onoyeyan was convicted by a military judge alone of assault consummated by a battery and child endangerment. The military judge sentenced the accused to 90 days confinement and reduction to E-2. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 1/27/2016 | MALS-13, MAG-13, 3dMAW | At a Special Court-Martial at Yuma, Arizona, Lance Corporal T. J. Gibney was convicted by a military judge alone of wrongful use of a controlled substance. The military judge sentenced the accused to 45 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove any confinement. |
| 1/27/2016 | MALS-39, MAG-39, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Corporal R. Santiago II was convicted by a military judge alone of violations of a lawful general order, wrongful use and distribution of controlled substances, and drunk and disorderly conduct. The military judge sentenced the accused to 11 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 120 days. |
| 1/28/2016 | 8thMCD, WRR | At a Special Court-Martial at San Diego, California, Staff Sergeant D. M. Jones was convicted by a panel of officer and enlisted members of failure to obey a lawful general order. The members sentenced the accused to 1 month confinement and reduction to E-3. |
| 1/28/2016 | HqHqRon, MCAS Beaufort | At a General Court-Martial at Parris Island, South Carolina, Lance Corporal W. J. Wagers III was convicted by a military judge alone of sexual abuse of a child, sexual assault of a child, receiving child pornography, child endangerment, obstructing justice, violation of a lawful general order, dereliction of duty, and wrongful use of a controlled substance. The military judge sentenced the accused to 10 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 1/29/2016 | HqBn, 3dMarDiv | At a Special Court-Martial at Okinawa, Japan, a lance corporal was acquitted by a panel of officer and enlisted members of assault consummated by a battery and drunk and disorderly conduct. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 1/29/2016 | HMLA-267, MAG-39, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Corporal P. R. Russell was convicted by a military judge alone of violation of a lawful order, false official statements, and wrongful use and possession of a controlled substance.  The military judge sentenced the accused to 47 days confinement, forfeiture of $1,000.00 pay per month for a period of 5 months, and reduction to E-2.  The pre-trial agreement had no effect on the sentence. |
| 2/4/2016 | MWHS-3, 3dMAW | At a General Court-Martial at Miramar, California, Petty Officer Second Class P. Y. Wiredu was convicted by a panel of officer and enlisted members of sexual assault.  The members sentenced the accused to 12 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 2/9/2016 | 12thMCD, WRR | At a Special Court-Martial at San Diego, California, Staff Sergeant D. Arredondo was convicted by a panel of officer and enlisted members of violations of a lawful general order and violation of a lawful order.  The members sentenced the accused to E-3. |
| 2/9/2016 | HMLA-267, MAG-39, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Private First Class J. A. Ebey was convicted by a military judge alone of violation of a lawful general order and wrongful use and possession of controlled substances.  The military judge sentenced the accused to 75 days confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 2/10/2016 | HqSptBn, MCI-W MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private First Class E. A. Perez was convicted by a military judge alone of unauthorized absence.  The military judge sentenced the accused to 92 days confinement, forfeiture of $1,000.00 per month for a period of 3 months, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 2/10/2016 | HqBn, MCAGCC | At a Special Court-Martial at 29 Palms, California, Staff Sergeant B. A. Dease was convicted by a military judge alone of dereliction of duty, discharging a firearm through negligence, and destruction of property. The accused was sentenced to no punishment and the military judge recommended consideration of disapproval of findings of guilty. The pre-trial agreement had no effect on the sentence. |
| 2/10/2016 | MCCES, TECOM | At a Special Court-Martial at 29 Palms, California, Lance Corporal J. M. Cox was convicted by a military judge alone of false official statement and indecent language. The military judge sentenced the accused to 3 months confinement, forfeiture of $900.00 per month for a period of 3 months, and reduction to E-2. The pre-trial agreement had no effect on the sentence. |
| 2/11/2016 | 2dBn, 10th Mar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Private First Class D. J. Flanagan was convicted by a military judge alone of conspiracy to commit larceny, larceny, receipt of stolen property, and housebreaking. The military judge sentenced the accused to 11 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 8 months. |
| 2/11/2016 | VMFA-224, MAG-31, 2dMAW | At a General Court-Martial at Parris Island, South Carolina, Lance Corporal O. B. Kragelund was convicted by a military judge alone of sexual abuse of a child. The military judge sentenced the accused to 270 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 2/12/2016 | MCIS, TRNGCMD | At a Special Court-Martial at Quantico, Virginia, Staff Sergeant J. M. Trainor was convicted by a panel of officer and enlisted members of assault consummated by a battery. The members sentenced the accused to 30 days confinement and reduction to E-4. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 2/12/2016 | MWCS-38, MACG-38, 3dMAW | At a Special Court-Martial at Miramar, California, Private First Class T. M. Hamrick was convicted by a military judge alone of insubordinate conduct toward a non-commissioned officer and wrongful use of a controlled substance. The military judge sentenced the accused to 87 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove the bad-conduct discharge. |
| 2/16/2016 | IMHG, IMEF | At a General Court-Martial at Camp Pendleton, California, Corporal B. M. Kolwyck was convicted by a military judge alone of aggravated assault. The military judge sentenced the accused to 14 months confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 2/17/2016 | HqSvcBn, MCINCR MCBQ | At a Special Court-Martial at Quantico, Virginia, Lance Corporal J. J. Healy was convicted by a military judge alone of wrongful use and possession of a controlled substance. The military judge sentenced the accused to 70 days confinement, forfeiture of $1,000.00 per month for a period of four months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 2/17/2016 | MWCS-38, MACG-38, 3dMAW | At a Special Court-Martial at Miramar, California, Lance Corporal D. X. Weatherspoon was convicted by a military judge alone of violation of a lawful general order, and wrongful use and possession of controlled substances. The military judge sentenced the accused to 4 months confinement, forfeiture of $1,000.00 per month for a period of 4 months, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement. |
| 2/18/2016 | HqBn, 3dMarDiv | At a General Court-Martial at Okinawa, Japan, Lance Corporal J. S. Arthurton was convicted by a military judge alone of attempted sexual assault of a child, attempted sexual abuse of a child, and false official statement. The military judge sentenced the accused to 36 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 2/19/2016 | HqReg, 1stMLG | At a Special Court-Martial at Camp Pendleton, California, Corporal A. S. Rios was convicted by a panel of officer and enlisted members of conspiracy and larceny.  The members sentenced the accused to 2 months confinement, a fine of $1,061.37, and reduction to E-2. |
| 2/24/2016 | MWSS-374, MAG-16, 3dMAW | At a General Court-Martial at 29 Palms, California, Corporal S. Espinoza was convicted by a military judge alone of sexual assault.  The military judge sentenced the accused to 36 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 24 months. |
| 2/24/2016 | 7thMar, 1stMarDiv | At a General Court-Martial at 29 Palms, California, Lance Corporal S. Mohsin was convicted by a military judge alone of wrongful distribution and use of controlled substances.  The military judge sentenced the accused to 12 months confinement, forfeiture of $600.00 per month for a period of 12 months, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 2/24/2016 | 3dBn, 11thMar, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, Lance Corporal J. Delarosa was convicted by a military judge alone of destruction of property, wrongful use of a controlled substance, and larceny.  The military judge sentenced the accused to 1 year confinement, forfeiture of $1,000.00 per month for a period of 12 months, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 10 months. |
| 2/24/2016 | 3dBn, 11thMar, 1stMarDiv | At a General Court-Martial at 29 Palms, California, Lance Corporal B. J. Contreras was convicted by a military judge alone of unauthorized absence, destruction of property, wrongful possession with the intent to distribute and use of a controlled substance, larceny, and forgery.  The military judge sentenced the accused to 30 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 24 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|------|------|-------------|
| Date | Unit | Description |
| 2/25/2016 | CLR-1, CLB-5, 1stMLG | At a General Court-Martial at Camp Pendleton, California, a corporal was acquitted by a panel of officer and enlisted members of sexual assault. |
| 2/25/2016 | VMU-1, MAG-13, 3dMAW | At a General Court-Martial at 29 Palms, California, Lance Corporal P. M. Navas was convicted by a military judge alone of assault, aggravated assault, and drunk and disorderly conduct. The military judge sentenced the accused to 2 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |
| 3/1/2016 | 2dIntelBn, II MEF | At a Special Court-Martial at Camp Lejeune, North Carolina, Private First Class A. M. Maldonadonegrin was convicted by a military judge alone of unauthorized absence, wrongful use of a controlled substance, larceny, and dishonorable failing to pay a debt. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 3/1/2016 | 2dAABn, 2dMarDiv | At a Special Court-Martial at Marine Corps Base Camp Lejeune, North Carolina, Corporal M. H. Khan was convicted by a military judge alone of willfully disobeying a superior commissioned officer and assault consummated by a battery. The military judge sentenced the accused to 6 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 3/2/2016 | MCSF, MARFORCOM | At a Special Court-Martial at Parris Island, South Caroline, Lance Corporal B. F. Mitcham Jr. was convicted by a military judge alone of assault consummated by a battery. The military judge sentenced the accused to 60 days confinement, reduction to E-1, and a bad-conduct discharge. |
| 3/2/2016 | CLR-35, 3dMLG | At a General Court-Martial at Okinawa, Japan, Corporal C. A. Hyatt was convicted by a military judge alone of indecent exposure. The military judge sentenced the accused to 120 days confinement, a reprimand, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 3/2/2016 | HqSptBn, MCIPAC | At a General Court-Martial at Okinawa, Japan, Staff Sergeant F. A. Dellacamera III was convicted by a military judge alone of attempted sexual assault of a child, attempted sexual abuse of a child, attempt to produce child pornography, unauthorized absence, indecent exposure, and wrongful solicitation of the production and distribution of child pornography. The military judge sentenced the accused to 48 months confinement, total forfeiture of all pay and allowances, a reprimand, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 14 months and to defer automatic forfeitures. |
| 3/2/2016 | H&SBn, SOI-W, TrngCmd | At a Special Court-Martial at Camp Pendleton, California, Sergeant C. E. A. Williams Jr. was convicted by a panel of officer and enlisted members of larceny and obtaining services under false pretenses. The members sentenced the accused to forfeiture of $189.00 pay per month for 6 months and reduction to E-4. |
| 3/3/2016 | TBS, TrngCmd | At a General Court-Martial at Quantico, Virginia, a corporal was acquitted by a military judge alone of rape, sexual assault, and aggravated sexual contact. |
| 3/3/2016 | MALS-16, MAG-16, 3dMAW | At a Special Court-Martial at Miramar, California, Private C. P. Elliott was convicted by a military judge alone of violation of a lawful general order, violations of lawful orders, and wrongful use of a controlled substance. The military judge sentenced the accused to 103 days confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to waive all confinement in excess of time served. At the time of trial, the accused had served 103 days pre-trial confinement. |
| 3/3/2016 | HqSptBn, MCB CamPen, MCIW | At a Special Court-Martial at Camp Pendleton, California, Private First Class M. T. Rugo was convicted by a military judge alone of unauthorized absence. The military judge sentenced the accused to 85 days confinement and forfeiture of $1,000.00 pay per month for 6 months. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|------|------|-------------|
| Date | Unit | Description |
| 3/4/2016 | 3dMar, 3dMarDiv | At a General Court-Martial at Kaneohe Bay, Hawaii, a petty officer first class was acquitted by a military judge alone of sexual assault and assault consummated by a battery. |
| 3/8/2016 | 3dBn, 1stMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, a lance corporal was acquitted by a panel of officer and enlisted members of sexual assault. |
| 3/10/2016 | MALS-16, MAG-16, 3dMAW | At a Special Court-Martial at Miramar, California, Lance Corporal C. R. Barry was convicted by a military judge alone of violation of a lawful general order, wrongful use and distribution of a controlled substance, and wrongful manufacture of a controlled substance with intent to distribute.  The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 7 months. |
| 3/14/2016 | 9thMCD, WRR | At a General Court-Martial at San Diego, California, Sergeant M. E. Camacho was convicted by a military judge alone of violations of lawful general orders and adultery.  The military judge sentenced the accused to 75 days confinement and reduction to E-2. |
| 3/15/2016 | 3dReconBn, 3dMarDiv | At a General Court-Martial at Okinawa, Japan, Staff Sergeant R. J. Habets was convicted by a military judge alone of attempted sexual assault of a child, attempted sexual abuse of a child, attempted adultery, sexual assault of a child, and sexual abuse of a child.  The military judge sentenced the accused to 15 years and 6 months confinement, total forfeiture of all pay and allowances, a reprimand, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 24 months. |
| 3/17/2016 | MWSS-371, MAG-13, 3dMAW | At a Special Court-Martial at Yuma, Arizona, Lance Corporal E. B. Johnston was convicted by a military judge alone of unauthorized absence, wrongful use of a controlled substance, and violation of a lawful general order.  The military judge sentenced the accused to 85 days confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 45 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 3/17/2016 | 1stMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Private First Class T. E. Klingensmith was convicted by a military judge alone of violation of a lawful general order and larceny.  The military judge sentenced the accused to 5 months confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 3 months. |
| 3/17/2016 | MHG, II MEF | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal S. A. Faulks was convicted by a military judge alone of larceny and housebreaking. The military judge sentenced the accused to 10 months confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pretrial agreement, the convening authority agreed to suspend all confinement in excess of 120 days. |
| 3/17/2016 | HqBn, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Corporal K. N. Smith was convicted by a panel of officer and enlisted members of larceny.  The members sentenced the accused to reduction to E-2 and a reprimand. |
| 3/17/2016 | 1stBn, 7thMar, 1stMarDiv | At a General Court-Martial at 29 Palms, California, Lance Corporal J. J. Peterson was convicted by a military judge alone of wrongful possession of child pornography and wrongful distribution of child pornography.  The military judge sentenced the accused to 5 years confinement and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 3/18/2016 | MWSS-372, MAG-39, 3dMAW | At a General Court-Martial at Camp Pendleton, California, Lance Corporal A. H. Baladraf was convicted by a military judge alone of assault consummated by a battery, drunk and disorderly conduct, resisting apprehension, and wrongful possession of a controlled substance.  The military judge sentenced the accused to 14 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 3/23/2016 | MACS-1, MACG-38, 3dMAW | At a Special Court-Martial at Yuma, Arizona, Private First Class L. R. Lopez was convicted by a military judge alone of larceny.  The military judge sentenced the accused to 45 days confinement, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 3/23/2016 | 7thESB, 1MLG | At a Special Court-Martial at Camp Pendleton, California, Staff Sergeant B. R. Simmons was convicted by a panel of officer and enlisted members of wrongful use of controlled substances.  The members sentenced the accused to 30 days confinement and reduction to E-3. |
| 3/23/2016 | 6thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal K. T. French was convicted by a military judge alone of aggravated assault.  The military judge sentenced the accused to 45 days confinement and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 3/24/2016 | MWHS-1, 1stMAW | At a General Court-Martial at Okinawa, Japan, Lance Corporal K. J. Sanchez was convicted by a military judge alone of attempted sexual assault of a child, attempted sexual abuse of a child, violation of a lawful general order, and indecent exposure.  The military judge sentenced the accused to 48 months confinement, total forfeiture of all pay and allowances, a reprimand, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement the convening authority agreed to disapprove the reprimand and to suspend all confinement in excess of 24 months. |
| 3/24/2016 | 7thESB, 1MLG | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal K. M. Koedel was convicted by a military judge alone of larceny, obtaining services under false pretenses, and stealing mail.  The military judge sentenced the accused to 180 days confinement, a fine of $500, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to  suspend the punitive discharge, contingent upon the accused voluntarily waiving right to an administrative separation board, and to suspend all confinement in excess of 90 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 3/25/2016 | 8thMCD, WRR | At a Special Court-Martial at San Diego, California, Staff Sergeant C. F. Onyejiaka was convicted by a military judge alone of disobeying a superior commissioned officer, violations of lawful general orders, larceny, adultery, and obstructing justice. The military judge sentenced the accused to 60 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |
| 3/25/2016 | MCWL, MCCDC | At a General Court-Martial at Quantico, Virginia, Lieutenant E. C. Carthan was convicted by a military judge alone of abusive sexual contact, assault consummated by a battery, and conduct unbecoming an officer and a gentleman. The military judge sentenced the accused to 12 months confinement, total forfeiture of all pay and allowances, and a dismissal from the U.S. Navy. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 3/25/2016 | HqBn, 3dMarDiv | At a General Court-Martial at Okinawa, Japan, Lance Corporal J. A. Sarkozy was convicted by a military judge alone of indecent exposure, extortion, and indecent language. The military judge sentenced the accused to 8 months confinement, a reprimand, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove the reprimand. |
| 3/30/2016 | 2dMarRdrBn, MRR, MARFORSOC | At a Special Court-Martial at Camp Lejeune, North Carolina, Staff Sergeant D. B. Parodi was convicted by a military judge alone of possession of a controlled substance with the intent to distribute, distribution of a controlled substance, and violation of a lawful general order. The military judge sentenced the accused to 9 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 5/3/2016 | III MEF | At a General Court-Martial at Okinawa, Japan, Staff Sergeant J. W. Schmidt was convicted by a military judge of attempted sexual assault of a child, attempted sexual abuse of a child, and attempted adultery. The military judge sentenced the accused to 36 months confinement, a reprimand, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |
| 5/5/2016 | MWSS-274, MAG-29, 2dMAW | At a Special Court-Martial at MCAS New River, North Carolina, Sergeant T. D. Labar was convicted by a panel of officer and enlisted members of fraternization and adultery. The members sentenced the accused to 45 days hard labor without confinement and reduction to E-4. |
| 5/6/2016 | HqSptBn, MCI-W, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal A. D. Delagarza was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 120 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 90 days. |
| 5/9/2016 | MALS-13, MAG-13, 3dMAW | At a General Court-Martial at Yuma, Arizona, Lance Corporal C. M. Carley was convicted by a military judge of possession of child pornography. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 10 months. |
| 5/9/2016 | 7thCommBn, III MHG, III MEF | At a Special Court-Martial at Okinawa, Japan, Sergeant P. R. Dees was convicted by a military judge of abusive sexual contact. The military judge sentenced the accused to 60 days restriction, forfeiture of $1,171.00 pay per month for a period of 6 months, reduction to E-2, and a reprimand. The pre-trial agreement had no effect on the sentence. |
| 5/10/2016 | SptBn, RTR, MCRD Parris Island | At a Special Court-Martial at Parris Island, South Carolina, Staff Sergeant K. W. Billings was convicted by a panel of officer and enlisted members of wrongful possession, use, and distribution of a controlled substance, and false official statement. The members sentenced the accused to 60 days restriction and reduction to E-3. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 5/10/2016 | HqSptBn, MCI-W, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal S. W. Fuller was convicted by a military judge of unauthorized absence.  The military judge sentenced the accused to 75 days confinement, forfeiture of $900.00 pay per month for a period of 2 months, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 5/11/2016 | HqBn, 3dMarDiv | At a General Court-Martial at Okinawa, Japan, Corporal D. E. Denault was convicted by a military judge of attempted sexual assault of a child, attempted sexual abuse of a child, and solicitation to distribute child pornography.  The military judge sentenced the accused to 30 months confinement, total forfeiture of all pay and allowances, a reprimand, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 24 months. |
| 5/11/2016 | MWSS-172, MAG-36, 1stMAW | At a Special Court-Martial at Okinawa, Japan, Private I. S. Teilking was convicted by a military judge of disrespect toward a noncommissioned officer, disrespect toward a superior commissioned officer, failure to obey other lawful order, and resisting apprehension.  The military judge sentenced the accused to 180 days confinement, forfeiture of $1,044.00 pay per month for a period of 6 months, and a reprimand.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of time already served at the date of trial. |
| 5/11/2016 | 2dLARBn, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal L. Coxborba was convicted by a military judge of assault upon a person in the execution of law enforcement duties, negligent discharge of a firearm, and reckless endangerment.  The military judge sentenced the accused to 18 months confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 5/13/2016 | 2dTankBn, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Private First Class J. C. Montoyaarango was convicted by a military judge of wrongful possession of child pornography and wrongful distribution to child pornography. The military judge sentenced the accused to 5 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 5/16/2016 | 3dBn, 1stMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, a lance corporal was acquitted by a panel of officer and enlisted members of wrongful use of a controlled substance. |
| 5/19/2016 | 5thBn, 11thMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Corporal J. L. Lugodiaz was convicted by a military judge of sexual assault. The military judge sentenced the accused to 15 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 5 years. |
| 5/23/2016 | MAG-36, 1stMAW | At a Special Court-Martial at Okinawa, Japan, Lance Corporal A. Espinoza was convicted by a military judge of destruction of military property in excess of $500.00 and damage of government property in excess of $500.00, drunk and disorderly conduct, and unlawful entry. The military judge sentenced the accused to 90 days confinement, forfeiture of $1,041.00 pay per month for a period of 12 months, a reprimand, and reduction to E-1. The pre-trial agreement had no effect on the sentence. |
| 5/26/2016 | 2dBn, 10thMar, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Hospital Corpsman Third Class C. B. Meiers was convicted by a panel of officer and enlisted members of larceny and selling military property. The members sentenced the accused to 18 months confinement, a $10,000.00 fine, reduction to E-1, and a dishonorable discharge. |
| 5/27/2016 | MCICOM | At a General Court-Martial at Quantico, Virginia, Colonel T. S. Tomko was convicted by a military judge of failure to obey lawful orders, drunken operation of a vehicle, and conduct unbecoming an officer and a gentleman. The military judge sentenced the accused to 60 days confinement and a $20,000.00 fine. Pursuant to a pre-trial agreement, the convening authority agreed to suspend any fine amount exceeding $10,000.00. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 5/31/2016 | MWCS-38, MACG-38, 3dMAW | At a Special Court-Martial at Miramar, California, Private First Class J. R. Foshee was convicted by a military judge of unauthorized absence, violation of a lawful general order, drunken operation of a vehicle, wrongful use of a controlled substance, and restriction breaking. The military judge sentenced the accuse to 6 months confinement, forfeiture of $900.00 pay per month for a period of 6 months, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 4 months. |
| 6/1/2016 | 9thMCD, WRR | At a Special Court-Martial at San Diego, California, Gunnery Sergeant J. F. Culbertson was convicted by a military judge of violations of lawful general orders, adultery, wrongfully endeavoring to impede an investigation, and wrongfully endeavoring to influence testimony of a witness. The military judge sentenced the accused to reduction to E-3 and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend the punitive discharge and any reduction below E-4. |
| 6/2/2016 | MACS-1, MACG-38, 3dMAW | At a Special Court-Martial at Yuma, Arizona, Lance Corporal C. A. Barrowman was convicted by a panel of officer members of willfully disobeying a lawful order of a noncommissioned officer. The members sentenced the accused to restriction for 2 months, forfeiture of $200.00 pay per month for a period of 4 months, and reduction to E-2. |
| 6/2/2016 | H&HS, MCAS New River | At a Special Court-Martial at New River, North Carolina, Staff Sergeant J. C. Dixon was convicted by a military judge of sexual abuse of a child and violation of a lawful general order. The military judge sentenced the accused to 30 days confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 6/2/2016 | VMU-3, MAG-24, 1stMAW | At a General Court-Martial at Kaneohe Bay, Hawaii a private was acquitted by a panel of officer and enlisted members of sexual assault and abusive sexual contact. |

139

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 6/2/2016 | HqSptBn, CamPen | At a General Court-Martial at Camp Pendleton, California, Private J. Aranda was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 45 days confinement, forfeiture of $1,000.00 pay per month for a period of 1 month and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |
| 6/3/2016 | H&HS, MCAS Iwakuni | At a General Court-Martial at Okinawa, Japan, Lance Corporal C. A. Titman was convicted by a military judge of sexual assault, drunk and disorderly conduct, violations of lawful general orders, violation of a lawful order, and false official statement. The military judge sentenced the accused to 240 days confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 6/3/2016 | H&HS, MCAS Iwakuni | At a General Court-Martial at Okinawa, Japan, Lance Corporal A. J. Dibble was convicted by a military judge of sexual assault, drunk and disorderly conduct, violations of lawful general orders, violation of a lawful order, and false official statement. The military judge sentenced the accused to 350 days confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 6/3/2016 | 2dBn, 11thMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Lance Corporal G. R. Gomez was convicted by a panel of officer and enlisted members of violation of a lawful general order and sexual assault. The members sentenced the accused to 5 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 6/6/2016 | HqBn, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Gunnery Sergeant U. D. Lloyd Jr. was convicted by a military judge of failure to obey a lawful general regulation, violation of a lawful general order, and adultery. The military judge sentenced the accused to 21 days confinement and reduction to E-5. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 6/8/2016 | HqBn, 3dMarDiv | At a Special Court-Martial at Okinawa, Japan, Private First Class M. D. Foster was convicted by a military judge of wrongful appropriation, larceny, and attempted wrongful appropriation. The military judge sentenced the accused to 9 months confinement, forfeiture of $1,044.00 pay per month for a period of 12 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 6/8/2016 | MARSOC | At a Special Court-Martial at Camp Lejeune, North Carolina, Staff Sergeant E. Villarreal was convicted by a military judge of false official statement and larceny. The military judge sentenced the accused to 5 months confinement, reduction to E-4, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 6/9/2016 | 11thMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Sergeant L. H. Boone was convicted by a panel of officer and enlisted members of violation of a lawful general order. The members sentenced the accused to 45 days restriction and forfeiture of $1,742.00 pay per month for a period of 1 month. |
| 6/10/2016 | 3dBn, RTR, MCRD PI | At a Special Court-Martial at Parris Island, South Carolina, a sergeant was acquitted by a panel of officer and enlisted members of violations of a lawful general order and assault consummated by a battery. |
| 6/13/2016 | 3dBn, 1stMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, a corporal was acquitted by a panel of officer and enlisted members of violations of a lawful order and assault consummated by a battery. |
| 6/14/2016 | MWCS-48, MACG-48, 4thMAW | At a Special Court-Martial at Quantico, Virginia, Master Sergeant B. E. Salkeld was convicted by a military judge of failure to obey a lawful general regulation, violation of a lawful general order, assault consummated by a battery, and drunk and disorderly conduct. The military judge sentenced the accused to a written reprimand, a fine of $4,220.00, and reduction to E-7. The pre-trial agreement had no effect on the sentence. |
| 6/15/2016 | HqBn, MCAGCC | At a Special Court-Martial at 29 Palms, California, a gunnery sergeant was acquitted by a panel of officer and enlisted members of violation of a lawful general order. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 6/17/2016 | 3dMar, 3dMarDiv | At a Special Court-Martial at Kaneohe Bay, Hawaii, Corporal J. J. Paige was convicted by a military judge of wrongful distribution of a controlled substance. The military judge sentenced the accused to 8 months confinement, reduction to E-1, and a bad-conduct discharge. |
| 6/21/2016 | MARDET, MCIS, TrngCmd | At a Special Court-Martial at Quantico, Virginia, Private K. R. Bickham was convicted by a military judge of violation of a lawful general order, conspiracy, wrongful use of a controlled substance, and obstruction of justice. The military judge sentenced the accused to 11 months confinement, forfeiture of $1044.00 pay per month for a period of 12 months, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 6 months and the bad-conduct discharge. |
| 6/21/2016 | H&HS, MCAS Futenma | At a General Court-Martial at Okinawa, Japan, Lance Corporal J. N. Roadarmel was convicted by a military judge of wrongful possession of child pornography. The military judge sentenced the accused to 36 months confinement, total forfeiture of all pay and allowances, a reprimand, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |
| 6/21/2016 | MCCES, TrngCmd | At a Special Court-Martial at 29 Palms, California, Private First Class S. X. Turner was convicted by a military judge of assault. The military judge sentenced the accused to 5 months confinement, forfeiture of $1,000.00 pay per month for a period of 5 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 6/21/2016 | 3dLAR, 1stMarDiv | At a General Court-Martial at 29 Palms, California, Lance Corporal D. G. Brier was convicted by a military judge of sexual abuse of a child and wrongfully viewing child pornography. The military judge sentenced the accused to 11 months confinement, forfeiture of $800.00 pay per month for a period of 11 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 6/23/2016 | MASS-3, MACG-38, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal C. W. Sapp was convicted by a military judge of assault consummated by a battery. The military judge sentenced the accused to 95 days confinement and reduction to E-1. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |
| 6/24/2016 | 1stMAW | At a General Court-Martial at Okinawa, Japan, Chief Warrant Officer 2 M. L. Blair was convicted by a panel of officer members of conduct unbecoming an officer and a gentleman. The members sentenced the accused to 145 days confinement, restriction for 60 days, a reprimand, and forfeiture of $1,000.00 pay per month for a period of 10 months. |
| 6/28/2016 | MALS-13, MAG-13, 3dMAW | At a Special Court-Martial at Yuma, Arizona, Sergeant M. Ocampo was convicted by a panel of officer and enlisted members of failure to obey lawful orders. The members sentenced the accused to 45 days of restriction and 45 days of hard labor without confinement. |
| 6/28/2016 | MCESG | At a Special Court-Martial at Quantico, Virginia, Sergeant J. L. Floyd was convicted by a military judge of false official statement and unlawfully entering a dwelling. The military judge sentenced the accused to 75 days confinement and reduction to E-3. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |
| 6/29/2016 | 2dBn, RTR, MCRD PI | At a Special Court-Martial at Parris Island, South Carolina, Staff Sergeant J. T. Perez was convicted by a military judge of wrongful distribution of a controlled substance. The military judge sentenced the accused to reduction to E-3. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove reduction below E-4. |
| 6/29/2016 | MALS-16, MAG-16, 3dMAW | At a General Court-Martial at Miramar, California, Sergeant R. M. Soto was convicted by a panel of officer and enlisted members of conspiracy, wrongful possession of a controlled substance with intent to distribute, soliciting another to commit an offense, and wrongful distribution of a controlled substance. The members sentenced the accused to 3 years confinement, a $5,000.00 fine, forfeiture of $1,566.00 pay per month for a period of 3 years, reduction to E-1, and a bad-conduct discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 6/30/2016 | 1stBn, 4thMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, a lance corporal was acquitted by a panel of officer and enlisted members of violation of a lawful general order. |
| 6/30/2016 | 2dBn, 10thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Lane Corporal J. D. Holmwood was convicted by a military judge of failure to go to his appointed place of duty, willful disobedience of a superior commissioned officer, false official statement, and adultery. The military judge sentenced the accused to 90 days confinement, forfeiture of $500.00 pay per month for a period of 3 months, and reduction to E-1. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |
| 6/30/2016 | 2dLAR, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, a corporal was acquitted by a panel of officer and enlisted members of violation of a general order and abusive sexual contact. |
| 7/1/2016 | H&HS MCAS Futenma | At a General Court-Martial at Okinawa, Japan, a captain was acquitted by a panel of officer members of failure to obey a lawful order, sexual assault of a child, conduct unbecoming an officer and a gentleman, child endangerment, and obstructing justice. |
| 7/6/2016 | 2dBn, 5th Mar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, a lance corporal was acquitted by a military judge of violation of a lawful general order. |
| 7/7/2016 | H&HS MCAS New River | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal T. J. Norman was convicted by a military judge of wrongful use of a controlled substance, mail taking, and wrongful interference with an administrative proceeding. The military judge sentenced the accused to 6 months confinement, forfeiture of $1,000.00 pay per month for a period of 6 months, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 7/7/2016 | 2dBn, 5th Mar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, a lance corporal was acquitted by a military judge of violation of a lawful general order. |

144

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 7/8/2016 | 1stMAW | At a General Court-Martial at Okinawa, Japan, Staff Sergeant J. L. Plagmann Jr. was convicted by a military judge of violation of a lawful general order and wrongful possession of child pornography.  The military judge sentenced the accused to 4 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend forfeitures and all confinement in excess of 32 months. |
| 7/12/2016 | VMFA-112, MAG-41, 4thMAW | At a Special Court-Martial at Quantico, Virginia, Lance Corporal D. S. Small was convicted by a military judge of assault consummated by a battery, failure to obey a lawful order, and obstructing justice.  The military judge sentenced the accused to 9 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend the punitive discharge and all confinement in excess of 60 days. |
| 7/12/2016 | 1stBn, 10thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, a lance corporal was acquitted by a military judge of wrongful use of a controlled substance. |
| 7/13/2016 | VMM-162, MAG-26, 2dMAW | At a Special Court-Martial at Camp Lejeune, North Carolina, Staff Sergeant B. L. Webster was convicted by a panel of officer and enlisted members of violation of a lawful general order.  The members sentenced the accused to 15 days restriction and a reprimand. |
| 7/13/2016 | 2dBn, 5th Mar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, a corporal was acquitted by a military judge of violations of a lawful general order. |
| 7/14/2016 | VMM-164, MAG-39, 3dMAW | At a General Court-Martial at Camp Pendleton, California, a master sergeant was acquitted by a panel of officer and enlisted members of sexual assault and assault consummated by a battery. |
| 7/14/2016 | 2dBn, 5th Mar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, a corporal was acquitted by a military judge of violations of a lawful general order. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 7/19/2016 | VMFAT-101, 3dMAW | At a Special Court-Martial at Miramar, California, Corporal C. C. Narain was convicted by a panel of officer and enlisted members of wrongful use of a controlled substance.  The members sentenced the accused to 60 days restriction, forfeiture of $953.00 pay per month for a period of 4 months, and reduction to E-3. |
| 7/19/2016 | 1stCEB, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Corporal J. R. Salazar was convicted by a military judge of assault consummated by a battery upon a child and aggravated assault upon a child.  The military judge sentenced the accused to 30 months confinement, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 7/20/2016 | 1stTSB, CLR-1, 1stMLG | At a Special Court-Martial at Camp Pendleton, California, Sergeant R. Martinez was convicted by a military judge of violation of a lawful general order and adultery.  The military judge sentenced the accused to 7 days confinement, 14 days hard labor without confinement, forfeiture of $500.00 pay per month for a period of 2 months, and reduction to E-3.  The pre-trial agreement had no effect on the sentence. |
| 7/20/2016 | 2dRadBn, II MEF | At a Special Court-Martial at Camp Lejeune, North Carolina, Private First Class B. D. Warner was convicted by a military judge of wrongful use of controlled substances. The military judge sentenced the accused to 8 months confinement, forfeiture of $1,000.00 pay per month for a period of 8 months, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 120 days. |
| 7/20/2016 | 3dBn, 4thMar, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, a staff sergeant was acquitted by a panel of officer and enlisted members of wrongful use of controlled substances. |
| 7/20/2016 | 2dBn, 3dMar, 3dMarDiv | At a Special Court-Martial at Kaneohe Bay, Hawaii, a lance corporal was acquitted by a panel of officer and enlisted members of violations of a lawful general order, cruelty and maltreatment, and simple assault. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 7/22/2016 | HqSptBn, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private F. A. Costa III was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 65 days confinement, forfeiture of $900.00 pay per month for a period of 1 month, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 7/22/2016 | 2dIntelBn, IIMHG, IIMEF | At a General Court-Martial at Camp Lejeune, North Carolina, Staff Sergeant J. M. Abbott was convicted by a military judge of sexual abuse of a child and indecent exposure. The military judge sentenced the accused to 5 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 7/22/2016 | 3dBn, 6thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Corporal R. C. Mefford was convicted by a military judge of conspiracy to commit larceny, destruction of military property, destruction of personal property, larceny, burglary, and housebreaking. The military judge sentenced the accused to 12 months confinement, forfeiture of $1,000.00 pay per month for a period of 8 months, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 120 days. |
| 7/22/2016 | 1stBn, 10thMar, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, a lance corporal was acquitted by a panel of officer and enlisted members of sexual assault. |
| 7/27/2016 | CABn, 3dMarDiv | At a Special Court-Martial at Okinawa, Japan, Petty Officer Third Class J. E. Petzrick was convicted by a military judge of violation of a lawful general regulation and assault consummated by a battery. The military judge sentenced the accused to 60 days confinement and reduction to E-1. The pre-trial agreement had no effect on the sentence. |
| 7/27/2016 | VMFA-323, MAG-11, 3dMAW | At a Special Court-Martial at Miramar, California, a sergeant was acquitted by a military judge of wrongful use of a controlled substance. |
| 7/27/2016 | 2dTSBn, CLR-2, 2dMLG | At a Special Court-Martial at Camp Lejeune, North Carolina, a corporal was acquitted by a panel of officer and enlisted members of violation of a lawful general order and possession of a controlled substance. |

| Marine Corps General and Spec | | |
|---|---|---|
| Date | Unit | Description |
| 7/28/2016 | HqRgt, 3dMLG | At a General<br>B. P. Duldula<br>attempted se<br>lawful genera<br>accused to 1<br>all pay and a<br>and a dishon<br>agreement, t<br>all confineme |
| 7/28/2016 | MCIS, TrngCmd | At a General<br>Private N. J<br>of sexual ab<br>possess, dis<br>distribute,<br>into the Uni<br>introduction<br>The military<br>confinement |
| 7/28/2016 | H&HS, MCAS<br>Beaufort | At a Special<br>Carolina, Se<br>military jud<br>communicatin<br>general orde<br>accused to 2<br>a bad-conduc<br>agreement, t<br>the bad-cond<br>in excess o |
| 7/28/2016 | 3dMar, 3dMarDiv | At a Genera<br>Lance Corpo<br>judge alone<br>military ju<br>confinement<br>allowances,<br>discharge.<br>convening a<br>in excess o |
| 7/28/2016 | SESBn, MCB<br>CamPen | At a Specia<br>California,<br>convicted b<br>lawful orde<br>judge sente<br>$1,000.00 f<br>pre-trial a<br>suspend all |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 7/28/2016 | HqRgt, 3dMLG | At a General Court-Martial at Okinawa, Japan, Corporal B. P. Duldulao was convicted by a military judge of attempted sexual abuse of a child and violation of a lawful general order. The military judge sentenced the accused to 18 months confinement, total forfeiture of all pay and allowances, a reprimand, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 14 months. |
| 7/28/2016 | MCIS, TrngCmd | At a General Court-Martial at Quantico, Virginia, Private N. J. Helbert was convicted by a military judge of sexual abuse of a child, conspiracy to wrongfully possess, distribute, introduce with intent to distribute, and importation of controlled substances into the United States, wrongful use, distribution, introduction, and importation of controlled substances. The military judge sentenced the accused to 7 years confinement and a dishonorable discharge. |
| 7/28/2016 | H&HS, MCAS Beaufort | At a Special Court-Martial at Parris Island, South Carolina, Sergeant T. W. Vest was convicted by a military judge of assault consummated by a battery, communicating a threat, and violation of a lawful general order. The military judge sentenced the accused to 240 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove the bad-conduct discharge and suspend all confinement in excess of 6 months. |
| 7/28/2016 | 3dMar, 3dMarDiv | At a General Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal R. Pereyra was convicted by a military judge alone of possession of child pornography. The military judge sentenced the accused to 3 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 540 days. |
| 7/28/2016 | SESBn, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private First Class M. A. McCown was convicted by a military judge of failure to obey a lawful order and drunk and disorderly. The military judge sentenced the accused to 60 days confinement, a $1,000.00 fine, and reduction to E-1. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 7/29/2016 | HqSptBn, MCB CamPen | At a General Court-Martial at Camp Pendleton, California, Private First Class C. S. Saunders was convicted by a military judge of conspiracy to commit larceny, larceny, and impersonating with intent to defraud.  The military judge sentenced the accused to 48 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all confinement in excess of 28 months. |
| 7/29/2016 | MRR, MarForSoc | At a Special Court-Martial at Camp Lejeune, North Carolina, Corporal L. Gonzales was convicted by a military judge of wrongful distribution of a controlled substance.  The military judge sentenced the accused to 6 months confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 100 days. |
| 8/1/2016 | VMFA-225, MAG-11, 3dMAW | At a Special Court-Martial at Miramar, California, Private First Class C. B. Miller was convicted by a military judge of wrongful use and possession with the intent to distribute of a controlled substance, violation of a lawful general regulation, patronizing a prostitute, and adultery.  The military judge sentenced the accused to 185 days confinement and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 8/2/2016 | MCD FLW, TrngCmd | At a Special Court-Martial at Quantico, Virginia, a corporal was acquitted by a military judge of wrongful use of a controlled substance. |
| 8/2/2016 | 2dBn, 5thMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, a lance corporal was acquitted by a military judge of violation of a lawful general order. |
| 8/3/2016 | HqSptBn, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal M. T. Muse was convicted by a military judge of conspiracy to commit larceny and larceny.  The military judge sentenced the accused to 10 months confinement, forfeiture of $1,200.00 pay per month for a period of 12 months, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 7 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 8/3/2016 | 2dANGLICO, IIMEF | At a Special Court-Martial at Camp Lejeune, North Carolina, Sergeant Z. T. Yang was convicted by a military judge of drunken operation of a vehicle, assault upon a law enforcement officer, and assault consummated by a battery. The military judge sentenced the accused to 179 days confinement and reduction to E-3. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all confinement and any reduction in excess of one paygrade. |
| 8/4/2016 | 9thMCD, WRR | At a Special Court-Martial at San Diego, California, Gunnery Sergeant C. M. Hanzlik was convicted by a military judge of failure to obey a lawful order, violations of lawful general orders, dereliction of duties, and adultery. The military judge sentenced the accused to 45 days confinement and reduction to E-6. The pre-trial agreement had no effect on the sentence. |
| 8/4/2016 | 8thMar, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Corporal A. D. Zalud was convicted by a military judge of possession of child pornography. The military judge sentenced the accused to 22 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |
| 8/4/2016 | 1stBn, 7thMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Private A. J. Kirby was convicted by a military judge of unauthorized absence, and assault consummated by a battery. The military judge sentenced the accused to 175 days confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 8/5/2016 | HqSvcBn, MCINCR-MCB Quantico | At a General Court-Martial at Quantico, Virginia, Corporal W. E. Franklin was convicted by a military judge of possession, receipt, and viewing of child pornography, distribution of child pornography, receipt and possession of obscene material, and obstructing justice. The military judge sentenced the accused to 5 years confinement, reduction to E-1, and a dishonorable discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 36 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 8/5/2016 | MWSS-172, MAG-36, 1stMAW | At a General Court-Martial at Okinawa, Japan, Lance Corporal J. L. Grina was convicted by a panel of officer and enlisted members of attempted sexual assault of a child, attempted sexual abuse of a child, and indecent language.  The members sentenced the accused to 2 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 8/5/2016 | MMSR-6, HQMC | At a General Court-Martial at Camp Pendleton, California, First Sergeant C. F. Reynolds IV was convicted by a military judge of conspiracy, violation of a lawful general regulation, and assault consummated by a battery.  The military judge sentenced the accused to 270 days confinement and a bad-conduct discharge.  Pursuant to the pre-trial agreement, the convening authority agreed to suspend the bad-conduct discharge. |
| 8/9/2016 | HqSptBn, MCIPAC-MCB Camp Butler | At a General Court-Martial at Okinawa, Japan, Lance Corporal M. A Ruiz was convicted by a military judge of possession of child pornography, bestiality, and wrongful production of child pornography.  The military judge sentenced the accused to 6 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge.  Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 24 months. |
| 8/10/2016 | HqSvcBn, MCINCR-MCB Quantico | At a Special Court-Martial at Quantico, Virginia, Corporal B. I. Roethel was convicted by a panel of officer members of wrongful use of a controlled substance.  The members sentenced the accused to restriction for 30 days and reduction to E-3. |
| 8/11/2016 | MCSFR, MARFORCOM | At a General Court-Martial at Quantico, Virginia, Corporal J. K. Figueroa was convicted by a military judge of violation of a lawful general order, assault consummated by a battery, and reckless endangerment. The military judge sentenced the accused to 18 months confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 6 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 8/11/2016 | HqSptBn, MCIPAC-MCB Camp Butler | At a Special Court-Martial at Okinawa, Japan, a staff sergeant was acquitted by a panel of officer and enlisted members of violation of a lawful general order and assault consummated by a battery. |
| 8/11/2016 | 8thESBn, 2dMLG | At a General Court-Martial at Camp Lejeune, North Carolina, Corporal B. E. Griffith was convicted by a panel of officer and enlisted members of wrongful sale of military property. The members sentenced the accused to hard labor without confinement for a period of 3 months, restriction for a period of 1 month, a $425.00 fine, reduction to E-1, and a bad-conduct discharge. |
| 8/11/2016 | 3dBn, 11thMar, 1stMarDiv | At a General Court-Martial at 29 Palms, California, Corporal J. T. Madar was convicted by a military judge alone of aggravated assault. The military judge sentenced the accused to 11 months confinement, forfeiture of $900.00 pay per month for a period of 11 months, and reduction to E-1. The pre-trial agreement had no effect on the sentence. |
| 8/11/2016 | 3dBn, 11thMar, 1stMarDiv | At a General Court-Martial at 29 Palms, California, Sergeant E. I. Aguinaldo Jr. was convicted by a military judge of sexual assault. The military judge sentenced the accused to 5 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 8/12/2016 | VMFA AW 224, MAG-31, 2dMAW | At a Special Court-Martial at Parris Island, South Carolina, Corporal X. J. Richardson as convicted by a military judge alone of violations of lawful general orders and assault consummated by a battery. The military judge sentenced the accused to 8 months confinement, forfeiture of $1,044.00 pay per month for a period of 8 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 8/15/2016 | 4thMAW | At a Special Court-Martial at Quantico, Virginia, Gunnery Sergeant E. J. Fink was convicted by a military judge of false official statement. The military judge sentenced the accused to 90 days confinement, forfeiture of $500.00 pay per month for a period of 3 months, and reduction to E-3. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 8/16/2016 | HqSptBn, MCIW - MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private G. G. Vasser was convicted by a military judge of conspiracy and larceny. The military judge sentenced the accused to 11 months confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 8/16/2016 | HqRgt, 2dMLG | At a Special Court-Martial at Camp Lejeune, North Carolina, Sergeant B. P. Theisen was convicted by a military judge of failure to go to appointed place of duty, drunken operation of a vehicle, reckless operation of a vehicle, aggravated assault, fleeing the scene of an accident, and larceny. The military judge sentenced the accused to 179 days confinement, forfeiture of $1,000.00 pay per month for a period of 5 months, and reduction to E-1. Pursuant to the pre-trial agreement, the convening authority agreed to disapprove all forfeitures. |
| 8/17/2016 | MAG-16, 3dMAW | At a General Court-Martial at Miramar, California, Lance Corporal E. K. Brown Jr. was convicted by a military judge of sexual assault. The military judge sentenced the accused to 30 months confinement and a dishonorable discharge. |
| 8/17/2016 | VMA-231, MAG-14, 2dMAW | At a Special Court-Martial at Camp Lejeune, North Carolina, a sergeant was acquitted by a panel of officer and enlisted members of violation of a lawful general order. |
| 8/17/2016 | 6thMCD, MCRD/ERR | At a Special Court-Martial at Parris Island, South Carolina, Sergeant S. J. Maciver was convicted by a military judge of violations of lawful general orders, false official statement, and adultery. The military judge sentenced the accused to 253 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 4 months. |
| 8/18/2016 | HqSptBn, MCIW - MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private D. S. Knoffloch was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 90 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 8/19/2016 | HqSptBn, MCIW - MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Corporal G. S. Mountain was convicted by a military judge of assault consummated by a battery and communicating a threat. The military judge sentenced the accused to 140 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 8/19/2016 | 2dReconBn, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal J. D. Frazier was convicted by a military judge of assault consummated by a battery upon a child under 16. The military judge sentenced the accused to 30 days confinement, reduction to E-1, and a bad-conduct discharge. |
| 8/29/2016 | MAG-11, 3dMAW | At a Special Court-Martial at Miramar, California, Corporal G. S. Berry was convicted by a military judge alone of wrongful use, distribution, and manufacture of controlled substances and violation of a lawful general order. The military judge sentenced the accused to 340 days confinement and a bad-conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 10 months. |
| 8/29/2016 | CLB-3, CLR-3, 3dMLG | At a General Court-Martial at Kaneohe Bay, Hawaii, Staff Sergeant D. M. Dillon was convicted by a military judge alone of attempted sexual assault of a child and attempted sexual abuse of a child. The military judge sentenced the accused to 40 months confinement, reduction to E-1, and a dishonorable discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 14 months. |
| 8/29/2016 | 3dBn, 3d Mar, 3dMarDiv | At a Special Court-Marital at Kaneohe Bay, Hawaii, Corporal L. E. Gilman was convicted by a military judge alone of wrongful distribution of a controlled substance. The military judge sentenced the accused to 8 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |

154

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 8/30/2016 | WFTBn, MCRD PI | At a General Court-Martial at Parris Island, South Carolina, Sergeant M. T. Wold was convicted by a military judge alone of conspiracy, housebreaking, larceny, unlawful sale of military property, wrongful distribution of a controlled substance, dereliction of duty, and adultery. The military judge sentenced the accused to 17 months, 18 days of confinement, a $25,000.00 fine, reduction to E-1, and a bad-conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |
| 8/31/2016 | MARFOREUR | At a Special Court-Martial at Quantico, Virginia, Corporal O. L. Dubose III was convicted by a panel of officer and enlisted members of disobeying a lawful general order. The members sentenced the accused to 60 days restriction and reduction to E-2. |
| 8/31/2016 | MWSS-373, MAG-11, 3dMAW | At a Special Court-Martial at Miramar, California, Staff Sergeant T. C. Alexander was convicted by a panel of officer and enlisted members of violation of a lawful general order and dereliction of duty. The members sentenced the accused to no punishment. |
| 9/2/2016 | CLR-2, 2dMLG | At a General Court-Martial at Camp Lejeune, North Carolina, a corporal was acquitted by a panel of officer and enlisted members of sexual assault. |
| 9/2/2016 | 1stIntelBn, I MHG, IMEF | At A General Court-Martial at Camp Pendleton, California, Sergeant O. S. Lowrie was convicted by a military judge of violation of a lawful general regulation, wrongful use and distribution of controlled substances, wrongful introduction of a controlled substance, and wrongful manufacture of a controlled substance. The military judge sentenced the accused to 36 months confinement and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 2 years. |
| 9/7/2016 | HqSptBn, MCI-W | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal J. C. Smith was convicted by a military judge of conspiracy, larceny, wire fraud, and impersonation in relation to wire fraud. The military judge sentenced the accused to 250 days confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 8 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 9/8/2016 | HqRegt, 3dMLG | At a General Court-Martial at Okinawa, Japan, Lieutenant Colonel M. M. Farrell was convicted by a military judge of attempted receipt of child pornography, attempted sexual assault of a child, attempted sexual abuse of a child, attempted adultery, conduct unbecoming an officer and a gentleman, and fraternization. The military judge sentenced the accused to 60 months confinement, a reprimand, and a dismissal. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 months. |
| 9/8/2016 | 3dLARBn, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, Corporal M. A. Ziegenfuse was convicted by a military judge of attempting to commit larceny, conspiracy, larceny, and housebreaking. The military judge sentenced the accused to 11 months confinement, forfeiture of $900.00 pay per month for a period of 11 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 9/8/2016 | 1stTankBn, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, Sergeant X. Lor was convicted by a military judge of assault consummated by a battery. The military judge sentenced the accused to 60 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 9/8/2016 | 3dBn, 7thMar, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, Corporal W. T. Hegge was convicted by a military judge of assault consummated by a battery. The military judge sentenced the accused to 60 days confinement and reduction to E-2. The pre-trial agreement had no effect on the sentence. |
| 9/9/2016 | HqSptBn, MCI-W | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal J. M. Terry was convicted by a military judge of conspiracy, wire fraud, and impersonation in relation to wire fraud. The military judge sentenced the accused to 350 days confinement, total forfeiture of all pay and allowances, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 9/13/2016 | MCSF Blount Island, MCLC | At a General Court-Martial at Parris Island, South Carolina, a private first class was acquitted by a panel of officer and enlisted members of sexual assault and abusive sexual contact. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 9/15/2016 | HqSptBn, MCI-W | At a Special Court-Martial at Camp Pendleton, California, Private First Class J. E. Olmedo was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 65 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 9/20/2016 | HqSptBn, MCI-W | At a Special Court-Martial at Camp Pendleton, California, Private First Class R. M. So was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 60 days confinement, forfeiture of $900.00 pay per month for a period of 2 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 9/21/2016 | MALS-11, MAG-11, 3dMAW | At a Special Court-Martial at Miramar, California, Private C. O. Evangelista was convicted by a military judge of aggravated assault. The military judge sentenced the accused to 36 days confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 9/21/2016 | MCMWTC | At a Special Court-Martial at 29 Palms, California, Lance Corporal J. J. Harrell was convicted by a military judge of larceny. The military judge sentenced the accused to 90 days confinement, forfeiture of $1,000.00 pay per month for a period of 3 months, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 2 months. |
| 9/22/2016 | 4thMar, 3dMarDiv | At a General Court-Martial at Okinawa, Japan, Sergeant C. J. Frasure was convicted by a panel of officer members of attempted sexual abuse of a child and wrongful soliciting production and distribution of child pornography. The military judge sentenced the accused to 36 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge. |
| 9/22/2016 | HqSptBn, MCI-W | At a Special Court-Martial at Camp Pendleton, California, Private First Class E. Alvardo was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 120 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |

157

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 9/23/2016 | VMU-3, MAG-24, 1stMAW | At a Special Court-Martial at Kaneohe Bay, Hawaii, Corporal J. B. Tozer was convicted by a military judge of failure to obey lawful orders, false official statement, damaging personal property, aggravated assault, assault consummated by a battery, and animal abuse. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 9/23/2016 | 2dTankBn, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Private First Class E. Marroquin was convicted by a military judge of wrongful distribution, use, and introduction of a controlled substance. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 240 days. |
| 9/26/2016 | MALS-11, MAG-11, 3dMAW | At a General Court-Martial at Miramar, California, Private First Class S. P. Vlasak was convicted by a military judge of disrespecting a superior non-commissioned officer, assaulting a superior staff non-commissioned officer, assaulting a superior non-commissioned officer, and assault consummated by a battery. The military judge sentenced the accused to 14 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all adjudged forfeitures. |
| 9/28/2016 | 1stTankBn, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, Lance Corporal P. L. Flores was convicted by a military judge of assault consummated by a battery. The military judge sentenced the accused to 89 days confinement, forfeiture of $1,000.00 pay per month for a period of 3 months, and reduction to E-2. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 9/29/2016 | HqRegt, 2dMLG | At a Special Court-Martial at Camp Lejeune, North Carolina, Staff Sergeant J. M. Johnson II was convicted by a military judge of wrongful distribution of a controlled substance.  The military judge sentenced the accused to 6 months confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |
| 9/30/2016 | HqBn, 3dMarDiv | At a Special Court-Martial at Okinawa, Japan, a staff sergeant was acquitted by a panel of officer and enlisted members of wrongful use of a controlled substance. |
| 9/30/2016 | HqSptBn, MCI-W | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal V. Zuniga Jr. was convicted by a military judge of conspiracy and larceny. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 10/3/2016 | HqSvcBn, MCINCR-MCB Quantico | At a Special Court-Martial at Quantico, Virginia, Lance Corporal A. S. Magana was convicted by a military judge of desertion.  The military judge sentenced the accused to 5 months confinement, forfeiture of $900.00 pay per month for a period of 5 months, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of time served.  The accused previously served 26 days in pre-trial confinement. |
| 10/3/2016 | 1stBn, 10thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Corporal F. C. Brown was convicted by a military judge of unauthorized absence, failure to obey a lawful order, false official statement, and wrongful use of a controlled substance.  The military judge sentenced the accused to 110 days confinement, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 10/6/2016 | IIIMHG, IIIMEF | At a General Court-Martial at Okinawa, Japan, Corporal J. M. Stidman was convicted by a military judge alone of attempted sexual abuse of a child and solicitation of child pornography.  The military judge sentenced the accused to 24 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 10/6/2016 | HqSptBn, MCI-W | At a General Court-Martial at Camp Pendleton, California, Private E. V. Jamerson was convicted by a military judge of conspiracy, larceny, wire fraud, and impersonation in relation to wire fraud. The military judge sentenced the accused to 30 months confinement and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 10/7/2016 | HqHqRon, MCAS Yuma | At a General Court-Martial at Yuma, Arizona, Sergeant C. E. Perkins Jr. was convicted by a panel of officer and enlisted members of violation of a lawful general order and conspiracy. The members sentenced the accused to reduction to E-1 and a bad-conduct discharge. |
| 10/7/2016 | HMLA-367, MAG-24 | At a Special Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal N. J. Deanda was convicted by a military judge of attempting to commit larceny, larceny, and housebreaking. The military judge sentenced the accused to 6 months confinement and reduction to E-1. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 75 days. |
| 10/7/2016 | 6thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Staff Sergeant B. R. Allen was convicted by a military judge of violation of a lawful general order, wrongful use and possession of a controlled substance, wrongful appropriation, and larceny. The military judge sentenced the accused to 60 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |
| 10/11/2016 | HqSptBn, MCI-W | At a Special Court-Martial at Camp Pendleton, California, Private J. V. Banjany was convicted by a military judge alone of unauthorized absence. The military judge sentenced the accused to 75 days confinement, forfeiture of $900.00 pay per month for a period of 2 months, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 10/12/2016 | HqSvcBn, MCINCR-MCB Quantico | At a Special Court-Martial at Quantico, Virginia, Private A. J. Hunter was convicted by a military judge alone of aggravated assault, assault consummated by a battery, threat communicating, and restriction breaking. The military judge sentenced the accused to 9 months confinement, forfeiture of $1,000.00 pay per month for a period of 9 months, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 5 months. |
| 10/12/2016 | 3dBn, 5thMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Corporal R. W. Robertson was convicted by a panel of officer and enlisted members of wrongful use of a controlled substance. The members sentenced the accused to 80 days confinement and reduction to E-3. |
| 10/12/2016 | 2dBn, 8thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal N. E. Orr was convicted by a military judge of conspiracy to commit larceny, damage of military property, damage of personal property, burglary, housebreaking, and obstruction of justice. The military judge sentenced the accused to 10 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 4 months. |
| 10/13/2016 | BLT 2/4, 31stMEU, IIIMEF | At a General Court-Martial at Okinawa, Japan, Staff Sergeant R. M. Bleam was convicted by a military judge of attempted sexual abuse of a child. The military judge sentenced the accused to 30 months confinement, a reprimand, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 10/13/2016 | MCCES | At a Special Court-Martial at 29 Palms, California, Lance Corporal D. S. Toth was convicted by a military judge alone of attempted sexual abuse of a child. The military judge sentenced the accused to 8 months confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 6 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 10/13/2016 | 2dMaintBn, CLR-25, 2dMLG | At a General Court-Martial at Camp Lejeune, North Carolina, Corporal T. J. DesRosiers was convicted by a military judge of aggravated assault and burglary. The military judge sentenced the accused to 6 years confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |
| 10/14/2016 | HqSvcBn, MCINCR-MCB Quantico | At a Special Court-Martial at Quantico, Virginia, Private First Class A. A. Carroll was convicted by a military judge of assault consummated by a battery and restriction breaking. The military judge sentenced the accused to 4 months confinement, forfeiture of $1,000.00 pay per month for a period of 4 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 10/14/2016 | MAG-36, 1stMAW | At a General Court-Martial at Okinawa, Japan, Sergeant S. B. Maust II was convicted by a military judge of attempted sexual assault of a child and attempted sexual abuse of a child. The military judge sentenced the accused to 30 months confinement, a reprimand, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 24 months. |
| 10/14/2016 | HqHqRon, MCAS Beaufort | At a General Court-Martial at Parris Island, South Carolina, Lance Corporal R. G. Coleman Jr. was convicted by a military judge of abusive sexual contact. The military judge sentenced the accused to 20 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of time served. The accused previously served 241 days pre-trial confinement. |
| 10/14/2016 | 3dRadBn, IIIMHG, IIIMEF | At a Special Court-Martial at Kaneohe Bay, Hawaii, Corporal L. A. Lively was convicted by a military judge of aggravated assault and threat communicating. The military judge sentenced the accused to 60 days confinement and reduction to E-2. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 10/18/2016 | 8thCommBn, IIMEF | At a General Court-Martial at Camp Lejeune, North Carolina, Corporal M. P. Hoffmann was convicted by a panel of officer members of indecent liberty with a child and enticement of a child. The members sentenced the accused to 10 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 10/20/2016 | MACS-24, MACG-48, 4thMAW | At a Special Court-Martial at Quantico, Virginia, Gunnery Sergeant S. M. Finch was convicted by a panel of officer and enlisted members of violation of a lawful general order, dereliction of duty, and violation of other lawful written order. The members sentenced the accused to 126 days confinement, forfeiture of $2,515.00 pay per month for a period of 12 months, and reduction to E-6. Pursuant to a pre-trial agreement, the convening authority agreed to suspend adjudged forfeitures. |
| 10/21/2016 | BLT 2/4, 31stMEU, IIIMEF | At a Special Court-Martial at Okinawa, Japan, Lance Corporal C. J. Brown was convicted by a military judge of abusive sexual contact. The military judge sentenced the accused to 6 months confinement, forfeiture of $1,044.00 pay per month for a period of 6 months, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 10/21/2016 | HqReg, 1stMLG | At a General Court-Martial at Camp Pendleton, California, Gunnery Sergeant W. E. Wooddall was convicted by a panel of officer and enlisted members of adultery, violation of a lawful general order, wrongful use of a controlled substance, and child endangerment. The members sentenced the accused to 12 months confinement, 3 months hard labor without confinement, total forfeiture of all pay and allowances for a period of 12 months, reduction to E-1, and a bad-conduct discharge. |
| 10/21/2016 | 1stMaintBn, CLR-15, 1stMLG | At a General Court-Martial at Camp Pendleton, California, Corporal G. Gonzalez was convicted by a military judge of rape. The military judge sentenced the accused to 8 years confinement and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 78 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 10/25/2016 | NHCL | At a Special Court-Martial at Camp Lejeune, North Carolina, Petty Officer Third Class J. A. Chahine was convicted by a military judge alone of assault consummated by a battery.  The military judge sentenced the accused to 6 months confinement, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 10/25/2016 | 2dBn, 5thMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Corporal H. R. Gonzalez was convicted by a military judge of attempted sexual abuse of a child. The military judge sentenced the accused to 10 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to disapprove any adjudged forfeitures and defer automatic forfeitures. |
| 10/27/2016 | 3dBn, 7thMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, a corporal was acquitted by a panel of officer and enlisted members of sexual assault. |
| 10/28/2016 | HMLAT-303, MAG-39, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Corporal T. L. Kousonsavath was convicted by a panel of officer and enlisted members of wrongful use of a controlled substance.  The members sentenced the accused to 2 months restriction, 2 months hard labor without confinement, and reduction to E-1. |
| 10/28/2016 | HqReg, 2dMLG | At a Special Court-Martial at Camp Lejeune, North Carolina, Staff Sergeant J. V. Jones was convicted by a panel of officer and enlisted members of attempt to violate a lawful general order and violation of a lawful general order.  The members sentenced the accused to reduction to E-3. |
| 10/31/2016 | CABn, 3dMarDiv | At a General Court-Martial at Okinawa, Japan, Lance Corporal J. B. Denney was convicted by a military judge of possession of child pornography. The military judge sentenced the accused to 5 years confinement, total forfeiture of all pay and allowances, a reprimand, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 11/2/2016 | HqRgt, 3dMLG | At a Special Court-Martial at Okinawa, Japan, a lance corporal was acquitted by a military judge of abusive sexual contact, indecent language, unlawful entry, and violation of a lawful general order. |
| 11/3/2016 | HMLA 269, MAG 29, 2dMAW | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal A. G. Rowse was convicted by a panel of officer and enlisted members of failure to obey a lawful general order. The members sentenced the accused to no punishment. |
| 11/3/2016 | MCIPAC | At a General Court-Martial at Okinawa, Japan, Staff Sergeant S. M. Larrabee was convicted by a military judge of sexual assault and indecent visual recording. The military judge sentenced the accused to 8 years confinement, a reprimand, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 10 months. |
| 11/3/2016 | 2dBn, 10thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Private J. T. Childress was convicted by a military judge of willful disobedience of a superior commissioned officer, wrongful use and introduction of a controlled substance, and malingering. The military judge sentenced the accused to 60 days confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 45 days. |
| 11/8/2016 | 1stBn, 12thMar, 3dMarDiv | At a General Court-Martial at Kanoehe Bay, Hawaii, Lance Corporal S. C. Cobb was convicted by a military judge of attempted sexual assault of a child, attempted sexual abuse of a child, and dereliction of duty. The military judge sentenced the accused to 40 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all confinement in excess of 30 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 11/9/2016 | MAG-36, 1stMAW | At a General Court-Martial at Okinawa, Japan, Lance Corporal B. E. McKnight was convicted by a military judge of sexual assault of a child, receiving and viewing child pornography, and drunk and disorderly conduct. The military judge sentenced the accused to 60 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 16 months. |
| 11/10/2016 | 4thTnkBn, 4thMarDiv | At a Special Court-Martial at Miramar, California, Gunnery Sergeant A. L. Linares was convicted by a panel of officer and enlisted members of willful disobedience of a superior commissioned officer and false official statement. The members sentenced the accused to 30 days restriction and 45 days hard labor without confinement. |
| 11/14/2016 | 1stBn, 10thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Corporal D. M. Calhoun was convicted by a military judge of larceny. The military judge sentenced the accused to 6 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |
| 11/16/2016 | MALS-14, MAG-14, 2dMAW | At a General Court-Martial at Marine Corps Air Station New River, North Carolina, a sergeant was acquitted by a panel of officer and enlisted members of abusive sexual contact. |
| 11/16/2016 | 2dLEB, IIMHG, IIMEF | At a Special Court-Martial at Camp Lejeune, North Carolina, a corporal was acquitted by a panel of officer and enlisted members of abusive sexual contact, assault consummated by a battery, and drunk and disorderly conduct. |
| 11/16/2016 | 3dBn, 7thMar, 1stMarDiv | At a General Court-Martial at 29 Palms, California, Lance Corporal A. J. Miceli was convicted by a military judge of sexual assault. The military judge sentenced the accused to 4 years confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 36 months and the automatic forfeitures will be deferred and waived. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 11/17/2016 | HqSptBn, MCIWest-MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private First Class A. P. Cale was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 75 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 11/17/2016 | 3dAABn, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Private First Class S. R. Trujillo Jr. was convicted by a military judge of aggravated assault and communicating a threat. The military judge sentenced the accused to 9 months confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 11/18/2016 | MAG-49, 4thMAW | At a General Court-Martial at New Orleans, Louisiana, Corporal C. A. Ayala Jr. was convicted by a panel of officer and enlisted members of false official statement and adultery. The members sentenced the accused to 60 days restriction, 90 days hard labor without confinement, forfeiture of $750.00 pay per month for a period of 2 months, and reduction to E-1. |
| 11/18/2016 | HqSptBn, MCIPac-MCB Butler | At a General Court-Martial at Okinawa, Japan, a private first class was acquitted by a panel of officer and enlisted members of assault, sexual assault, abusive sexual contact, and attempted rape. |
| 11/21/2016 | WWBn-East, WWR | At a Special Court-Martial at Camp Lejeune, North Carolina, Staff Sergeant B. J. Harrelson was convicted by a military judge of indecent visual recording. The military judge sentenced the accused to 89 days confinement, and reduction to E-4. Pursuant to a pre-trial agreement, the convening authority agreed to suspend any reduction below the pay grade E-5. |
| 11/23/2016 | HqSptBn, MCIWest-MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Corporal J. Pierre was convicted by a military judge of disobeying a noncommissioned officer, disrespect toward a noncommissioned officer, and restriction breaking. The military judge sentenced the accused to 43 days confinement and reduction to E-3. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 11/29/2016 | 1stBn, 2dMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Staff Sergeant S. A. Fuscone was convicted by a military judge alone of indecent exposure. The military judge sentenced the accused to 60 days confinement and reduction to E-3. The pre-trial agreement had no effect on the sentence. |
| 11/30/2016 | HqSptBn, MCIWest-MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private First Class M. B. McCollum was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 74 days confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 11/30/2016 | 1stIntelBn, IMHG, IMEF | At a Special Court-Martial at Camp Pendleton, California, Staff Sergeant C. D. Johnson IV was convicted by a military judge of failure to obey a lawful order. The military judge sentenced the accused to 30 days hard labor without confinement and reduction to E-5. Pursuant to a pre-trial agreement, the convening authority agreed to suspend the reduction to E-5. |
| 12/2/2016 | 9thMCD, WRR | At a Special Court-Martial at San Diego, California, Gunnery Sergeant M. G. Watkins was convicted by a panel of officer and enlisted members of violation of a lawful general order and false official statement. The members sentenced the accused to reduction to E-3 and a bad-conduct discharge. |
| 12/2/2016 | HqSptBn, MCIWest-MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal A. B. Aguilar was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 190 days confinement and a bad-conduct discharge. |
| 12/5/2016 | 12thMCD, WRR | At a General Court-Martial at San Diego, California, Staff Sergeant M. S. Camacho was convicted by a military judge of willfully disobeying a superior commissioned officer, reckless operation of a vehicle, assault consummated by a battery, aggravated assault, communicating threats, and adultery. The military judge sentenced the accused to 5 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 12/5/2016 | 5thMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal B. A. Ipsen was convicted by a military judge of indecent language. The military judge sentenced the accused to 5 months confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 12/6/2016 | H&SBn, HQMC, HH | At a Special Court-Martial at Quantico, Virginia, Staff Sergeant K. J. Oberg was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 89 days confinement and reduction to E-3. The pre-trial agreement had no effect on the sentence. |
| 12/7/2016 | 1stSupBn, CLR-15, 1stMLG | At a Special Court-Martial at Camp Pendleton, California, a gunnery sergeant was acquitted by a panel of officer and enlisted members of violation of a lawful general order and abusive sexual contact. |
| 12/8/2016 | 3dMedBn, 3dMLG | At a General Court-Martial at Okinawa, Japan, Petty Officer Third Class M. J. Gomes was convicted by a military judge of attempted sexual assault of a child, attempted adultery, and attempted sexual abuse of a child. The military judge sentenced the accused to 30 months confinement, total forfeiture of all pay and allowances, a reprimand, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |
| 12/9/2016 | 3dMar, 3dMarDiv | At a Special Court-Martial at Kaneohe Bay, Hawaii, Sergeant K. M. Haeberle was convicted by a military judge of assault, adultery, child endangerment, violation of a lawful general order, and assault consummated by a battery. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 12/13/2016 | 2dBn, 7thMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Lance Corporal A. P. Martinez was convicted by a military judge of dereliction of duty and aggravated assault with a dangerous weapon. The military judge sentenced the accused to 15 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 12/16/2016 | 4thMCD, ERR | At a Special Court-Martial at Parris Island, South Carolina, Sergeant B. D. Schneider was convicted by a military judge of violation of a lawful general order and assault consummated by a battery.  The military judge sentenced the accused to 89 days confinement and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 12/16/2016 | FMTBn-W, TrngCmd | At a General Court-Martial at Camp Pendleton, California, Seaman Apprentice S. T. Boyles was convicted by a military judge of sexual abuse of a child, possession with intent to distribute child pornography, and distribution of child pornography. The military judge sentenced the accused to 9 years confinement, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 7 years. |
| 12/16/2016 | II MHG, IIMEF | At a Special Court-Martial at Camp Lejeune, North Carolina, Private D. K. Jackson was convicted by a military judge of wrongful use and introduction of a controlled substance. The military judge sentenced the accused to 135 days confinement and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 90 days. |
| 12/19/2016 | RTR, MCRD San Diego | At a General Court-Martial at San Diego, California, Captain B. J. Waymel was convicted by a military judge of violations of a lawful general order and conduct unbecoming an officer and a gentleman.  The military judge sentenced the accused to 120 days confinement and a dismissal. |
| 12/19/2016 | 12thMCD, WRR | At a Special Court-Martial at San Diego, California, a gunnery sergeant was acquitted by a panel of officer and enlisted members of violation of lawful general orders. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 12/19/2016 | MCAS, Kaneohe Bay | At a General Court-Martial at Kaneohe Bay, Hawaii, Corporal J. E. Colonleon was convicted by a military judge of failure to obey a lawful order, false official statement, and sexual assault.  The military judge sentenced the accused to 2 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all confinement in excess of 14 months and any adjudged forfeitures; additionally, the adjudged dishonorable discharge will be mitigated to a bad-conduct discharge. |
| 12/19/2016 | HqSptBn, MCIWest-MCB CamPen | At a General Court-Martial at Camp Pendleton, California, Corporal N. D. Hatheway was convicted by a military judge of sexual assault of a child, sexual abuse of a child, and wrongful possession of child pornography.  The military judge sentenced the accused to 35 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 20 years. |
| 12/21/2016 | HqSptBn, MCIWest-MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private First Class V. M. Villarinorojo was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 120 days confinement, forfeiture of $900.00 pay per month for a period of 4 months, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 90 days. |
| 12/21/2016 | HqSptBn, MCIWest-MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal T. Lira was convicted by a military judge of unauthorized absence.  The military judge sentenced the accused to 90 days confinement, forfeiture of $900.00 pay per month for a period of 3 months, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 12/21/2016 | I MHG, IMEF | At a Special Court-Martial at Camp Pendleton, California, Staff Sergeant T. S. Cloutier was convicted by a panel of officer and enlisted members of violation of a lawful general order. The members sentenced the accused to reduction to E-1. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 12/22/2016 | 3dRTBn, RTR, MCRD | At a Special Court-Martial at Parris Island, South Carolina, Staff Sergeant P. B. Figareau was convicted by a panel of officer and enlisted members of violation of a lawful general order. The members sentenced the accused to forfeiture of $1,055.00 pay per month for a period of 6 months and reduction to E-5. |
| 12/30/2016 | 3dDenBn, 3dMLG | At a Special Court-Martial at Okinawa, Japan, a petty officer second class was acquitted by a panel of officer and enlisted members of unauthorized absence. |
| 1/5/2017 | 2dBn, 10thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal A. P. Palang was convicted by a military judge of wrongful use, introduction, and distribution of a controlled substance.  The military judge sentenced the accused to 60 days confinement, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 1/6/2017 | HqBn, MCAGCC | At a Special Court-Martial at 29 Palms, California, Private Q. A Chesney was convicted by a military judge of larceny, aggravated assault, disorderly conduct, and willfully disobeying a commissioned officer.  The military judge sentenced the accused to 11 months confinement and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 4 months. |
| 1/6/2017 | MCCES, TrngCmd | At a Special Court-Martial at 29 Palms, California, Private First Class L. D. Martinez was convicted by a military judge of violation of a lawful general order and assault consummated by a battery.  The military judge sentenced the accused to 65 days confinement, forfeiture of $1,000.00 pay per month for a period of 2 months, and 60 days restriction.  The pre-trial agreement had no effect on the sentence. |
| 1/6/2017 | CLB-7, CLR-1, 1stMLG | At a Special Court-Martial at 29 Palms, California, Sergeant T. J. Nez was convicted by a military judge of aggravated assault and assault consummated by a battery.  The military judge sentenced the accused to 7 months confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 6 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 1/11/2017 | MWCS-38, MACG-38, 3dMAW | At a General Court-Martial at Miramar, California, Sergeant T. A. Block was convicted by a military judge of willfully disobeying a commissioned officer, assault consummated by a battery, aggravated assault, communicating a threat, and child endangerment. The military judge sentenced the accused to 5 years confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 24 months. |
| 1/11/2017 | HqBn, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Corporal I. T. Rwebyogo was convicted by a military judge of wrongful use and distribution of controlled substances and violation of a lawful general order. The military judge sentenced the accused to 9 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |
| 1/12/2017 | MACS-4, 1stMAW | At a General Court-Martial at Okinawa, Japan, Staff Sergeant J. P. Olivier was convicted by a panel of officer members of attempted sexual assault of a child and attempted sexual abuse of a child. The members sentenced the accused to 2 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 1/12/2017 | HMH-465, MAG-16, 3dMAW | At a General Court-Martial at Miramar, California, a corporal was acquitted by a panel of officer and enlisted members of attempted sexual abuse of a child, soliciting the production and distribution of child pornography, possession of child pornography, and sexual assault. |
| 1/12/2017 | 2dBn, 2dMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Private First Class A. M. Hodge was convicted by a military judge of aggravated assault. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 8 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 1/18/2017 | 1stBn, 3dMar, 3dMarDiv | At a General Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal K. J. Delaney was convicted by a military judge of false official statement, knowingly and wrongfully viewing child pornography, obstructing justice, and wrongful use of a controlled substance. The military judge sentenced the accused to 13 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all confinement in excess of 12 months and any adjudged forfeitures. The automatic forfeitures will be deferred and waived. |
| 1/18/2017 | 10thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Sergeant P. D. Pope was convicted by a military judge of willful disobedience of a commissioned officer and assault consummated by a battery. The military judge sentenced the accused to 180 days confinement and reduction to E-1. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 90 days. |
| 1/19/2017 | 3dMar, 3dMarDiv | At a Special Court-Martial at Kaneohe Bay, Hawaii, Corporal J. J. Bailey was convicted by a military judge of wrongful use of controlled substances. The military judge sentenced the accused to 9 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement beyond the date he entered a substance abuse rehabilitation program. |
| 1/19/2017 | CLR-15, 1stMLG | At a Special Court-Martial at Camp Pendleton, California, Corporal K. S. Henderson was convicted by a panel of officer and enlisted members of wrongful use of a controlled substance. The members sentenced the accused to 60 days restriction, forfeiture of $1,417.00 pay per month for a period of 2 months, and reduction to E-3. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|------|------|-------------|
| Date | Unit | Description |
| 1/23/2017 | HMH-463, MAG-24, 1stMAW | At a General Court-Martial at Kaneohe Bay, Hawaii, Sergeant J. Gutierrez Jr. was convicted by a military judge of communicating threats, pandering, adultery, and wrongful use and distribution of controlled substances. The military judge sentenced the accused to 3 years confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 24 months and defer and waive automatic forfeitures. |
| 1/25/2017 | H&SBn, MCIE-MCB Camp Lejeune | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal X. Diaz was convicted by a military judge of assault consummated by a battery and false official statement. The military judge sentenced the accused to 90 days confinement and reduction to E-1. The pre-trial agreement had no effect on the sentence. |
| 1/26/2017 | 12thMCD, WRR | At a Special Court-Martial at San Diego, California, Staff Sergeant M. N. Cole was convicted by a panel of officer and enlisted members of dereliction of duty and obstructing justice. The members sentenced the accused to 45 days hard labor without confinement and forfeiture of $500.00 pay per month for a period of 2 months. |
| 1/27/2017 | HqSptBn, MCIW-MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal Y. L. Aguirrechichil was convicted by a military judge of wrongful use of a controlled substance. The military judge sentenced the accused to 30 days confinement, forfeiture of $900.00 pay per month for a period of 1 month, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove the bad-conduct discharge. |
| 1/27/2017 | 2dMaintBn, CLR-25, 2dMLG | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal D. J. Brommel was convicted by a military judge of assault consummated by a battery and negligent discharge of a firearm. The military judge sentenced the accused to 60 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |

175

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 1/27/2017 | 1stBn, 10thMar, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal P. E. McKee II was convicted by a military judge of attempted sexual abuse of a child, attempted sexual assault of a child, and sexual assault of a child. The military judge sentenced the accused to 15 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 8 years. |
| 1/30/2017 | 1stSupBn, 1stMLG | At a General Court-Martial at Camp Pendleton, California, Lance Corporal J. A. Ahmed as convicted by a military judge of sexual assault and unauthorized absence. The military judge sentenced the accused to 10 years confinement and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 66 months. |
| 1/31/2017 | H&SBn, MCIE-MCB Camp Lejeune | At a Special Court-Martial at Camp Lejeune, North Carolina, Private C. L. Wichert was convicted by a military judge of willful disobedience of a commissioned officer, aggravated assault, and assault consummated by a battery. The military judge sentenced the accused to 12 months confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 2/1/2017 | HqBn, 3dMarDiv | At a Special Court-Martial at Okinawa, Japan, Lance Corporal E. Soria was convicted by a military judge of violation of a lawful general order. The military judge sentenced the accused to 90 days confinement, forfeiture of $1,066.00 pay per month for a period of three months, a reprimand, and reduction to E-1. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 2/1/2017 | MACS-2, MACG-28, 2dMAW | At a Special Court-Martial at Cherry Point, North Carolina, a corporal was acquitted by a military judge of wrongful use of a controlled substance. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 2/1/2017 | 1stBn, 5thMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Corporal K. N. Tran was convicted by a military judge of false official statement, larceny, obstruction of justice, and obtaining services under false pretenses. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 8 months. |
| 2/2/2017 | MATSG-22, TrngCmd | At a Special Court-Martial at Camp Pendleton, California, Corporal R. M. Riehl was convicted by a military judge of dereliction of duty and violation of a lawful general order. The military judge sentenced the accused to 60 days confinement and reduction to E-1. The pre-trial agreement had no effect on the sentence. |
| 2/2/2017 | 3dBn, 11thMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Private First Class A. L. Gonzales was convicted by a military judge of sexual abuse of a child and wrongfully viewing child pornography. The military judge sentenced the accused to 15 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |
| 2/3/2017 | HqSptBn, MCIPAC-MCB Camp Butler | At a General Court-Martial at Okinawa, Japan, Master Sergeant R. D. Stewart was convicted by a military judge of receipt of child pornography and distribution of child pornography. The military judge sentenced the accused to 6 years confinement, forfeiture of $1,000.00 pay per month for a period of 72 months, a reprimand, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 3 years and to defer all adjudged and automatic forfeitures. |
| 2/15/2017 | FLW, TrngCmd | At a Special Court-Martial at Quantico, Virginia, Staff Sergeant J. A. Goolsby was convicted by a military judge of violation of a lawful general order, false official statement, and dereliction of duty. The military judge sentenced the accused to 45 days confinement and reduction to E-3. Pursuant to a pre-trial agreement, the convening authority agreed to suspend reduction below pay grade E-4. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 2/15/2017 | NHCL, MCI-East MCBCL | At a General Court-Martial at Camp Lejeune, North Carolina, Petty Officer Third Class F. J. Balmyr was convicted by a military judge of attempted indecent visual recording, indecent visual recording, and house breaking. The military judge sentenced the accused to 2 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 2/16/2017 | HqSvcBn, MCRD San Diego | At a General Court-Martial at San Diego, California, Lance Corporal P. A. Salas III was convicted by a panel of officer and enlisted members of sexual assault. The members sentenced the accused to 4 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 2/16/2017 | 1stBn, 10thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Gunnery Sergeant M. A. Rucker was convicted by a military judge of unauthorized absence, false official statement, and adultery. The military judge sentenced the accused to 75 days confinement and reduction to E-3. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement. |
| 2/21/2017 | VMFA-211, MAG-13, 3dMAW | At a Special Court-Martial at Yuma, Arizona, Sergeant J. K. Hays was convicted by a military judge of conspiracy, sale of military property, and larceny. The military judge sentenced the accused to 140 days confinement, forfeiture of $1,000.00 pay per month for a period of 3 months, reduction to E-2, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 days. |
| 2/21/2017 | 1stBn, 12thMar, 3dMarDiv | At a Special Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal C. M. Druin was convicted by a military judge of wrongful use of a controlled substance. The military judge sentenced the accused to 150 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove the bad-conduct discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 2/21/2017 | 1stTankBn, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, Corporal E. F. Acuna was convicted by a military judge of aggravated assault. The military judge sentenced the accused to 90 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 2/22/2017 | MWSS-374, MAG-16, 3dMAW | At a General Court-Martial at 29 Palms, California, a corporal was acquitted by a panel of officer and enlisted members of assault consummated by a battery and aggravated assault. |
| 2/23/2017 | MWSS-171, MAG-12, 1stMAW | At a General Court-Martial at Okinawa, Japan, Petty Officer First Class J. S. Pascual was convicted by a military judge of attempted sexual assault of a child, attempted sexual abuse of a child, and attempted receipt of child pornography. The military judge sentenced the accused to 30 months confinement, a reprimand, reduction to E-1 and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 24 months and to defer and waive automatic forfeitures. |
| 2/23/2017 | MCCES, TrngCmd | At a Special Court-Martial at 29 Palms, California, Private First Class S. Lua was convicted by a military judge of larceny and obtaining services under false pretenses. The military judge sentenced the accused to 60 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 2/28/2017 | CLB-6, CLR-2, 2dMLG | At a General Court-Martial at Camp Lejeune, North Carolina, Private C. S. McCormick was convicted by a military judge of aggravated assault, assault consummated by a battery, interference with emergency communication and restriction breaking. The military judge sentenced the accused to 15 months confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 3/2/2017 | H&SBn, MCI-East | At a Special Court-Martial at Camp Lejeune, North Carolina, a lance corporal was acquitted by a panel of officer and enlisted members of larceny and false official statement. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 3/2/2017 | HqSvcBn, MARFORPAC | At a Special Court-Martial at Kaneohe Bay, Hawaii, Sergeant H. K. Anders III was convicted by a military judge of false official statements and larceny. The military judge sentenced the accused to 9 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 7 months. |
| 3/3/2017 | MAG-12, 1stMAW | At a General Court-Martial at Okinawa, Japan, Gunnery Sergeant M. C. Lowry was convicted by a military judge of sexual abuse of a child, sexual assault of a child, abusive sexual contact, and indecent visual recording. The military judge sentenced the accused to 40 years confinement, a reprimand, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 20 years and to defer automatic forfeitures until the convening authority's action. |
| 3/3/2017 | HqBn, MCLB Albany | At a Special Court-Martial at Parris Island, South Carolina, Corporal D. J. Mimms was convicted by a military judge alone of willfully disobeying a superior commissioned officer, dereliction of duty, false official statement, assault consummated by a battery, adultery, and obstruction of justice. The military judge sentenced the accused to 9 months, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 6 months. |
| 3/6/2017 | MACS-1, MACG-38, 3dMAW | At a Special Court-Martial at Yuma, Arizona, Sergeant M. J. Pagan was convicted by a panel of officer and enlisted members of willfully disobeying a superior commissioned officer. The members sentenced the accused to reduction to E-4. |
| 3/9/2017 | HqSptBn, MCI-West | At a Special Court-Martial at Camp Pendleton, California, Private First Class J. R. Hutfless was convicted by a military judge of unauthorized absence and missing movement. The military judge sentenced the accused to 11 months confinement and a bad-conduct discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 3/10/2017 | HqSptBn, MCI-West | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal A. A. Martinez was convicted by a military judge of wrongful use and introduction of controlled substances. The military judge sentenced the accused to reduction to E-1, 9 months confinement, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove the bad-conduct discharge. |
| 3/10/2017 | HqSptBn, MCI-West | At a Special Court-Martial at Camp Pendleton, California, Private K. Dah was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 4 months confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 90 days. |
| 3/13/2017 | CABn, 3dMarDiv | At a General Court-Martial at Okinawa, Japan, Lance Corporal J. H. Im was convicted by a military judge of attempted sexual assault of a child, attempted receipt of child pornography, attempted sexual abuse of a child, and solicitation to create and distribute child pornography. The military judge sentenced the accused to 8 years confinement, total forfeiture of all pay and allowances, a reprimand, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 months. |
| 3/13/2017 | HqSptBn, MCI-West | At a Special Court-Martial at Camp Pendleton, California, Private First Class H. A Nicolas Jr., was convicted by a military judge alone of unauthorized absence. The military judge sentenced the accused to 75 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 3/14/2017 | 2dBn, 2dMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal Z. N. Proto was convicted by a military judge of wrongful possession, distribution, and use of a controlled substance. The military judge sentenced the accused to 10 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 180 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 3/15/2017 | 1stMaintBn, CLR-15, 1stMLG | At a Special Court-Martial at Camp Pendleton, California, Corporal J. R. Johnson was convicted by a military judge of sexual abuse of a child. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 3/16/2017 | VMFA-232, MAG-11, 3dMAW | At a General Court-Martial at Miramar, California, Lance Corporal A. V. Kokuev was convicted by a panel of officer and enlisted members of willfully disobeying a superior commissioned officer and wrongful use of controlled substances. The members sentenced the accused to 240 days confinement, reduction to E-1, and a bad-conduct discharge. |
| 3/16/2017 | WWBn-E, WWR | At a Special Court-Martial at Camp Lejeune, North Carolina, Private First Class J. A. Cox was convicted by a military judge alone of wrongful use of a controlled substance. The military judge sentenced the accused to 60 days confinement, reduction to E-1, and a bad-conduct discharge. |
| 3/16/2017 | WFTBn, MCRD | At a Special Court-Martial at Camp Pendleton, California, Corporal A. S. Figueroa was convicted by a panel of officer and enlisted members of wrongful use of marijuana. The members sentenced the accused to 60 days restriction, 60 days hard labor without confinement, and reduction to E-2. |
| 3/16/2017 | 3dBn, 2dMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal J. D. Roark was convicted by a military judge alone of assault consummated by a battery, communicating a threat, willful disobedience of a superior commissioned officer, and violation of a civilian protective order. The military judge sentenced the accused to 90 days confinement, forfeiture of $1,000.00 pay per month for a period of 3 months, and reduction to E-1. The pre-trial agreement had no effect on the sentence. |
| 3/16/2017 | MALS-31, MAG-31, 2dMAW | At a Special Court-Martial at Beaufort, South Carolina, Private First Class M. R. Alatorre was convicted by a military judge of wrongful use of a controlled substance. The military judge sentenced the accused to 90 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of time served |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 3/16/2017 | 7thMar, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, Private First Class R. L. Myrick was convicted by a military judge of larceny. The military judge sentenced the accused to 120 days confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 3/21/2017 | 2dBn, 3dMar, 3dMarDiv | At a Special Court-Martial at Kaneohe Bay, Hawaii, Private First Class K. D. Blue was convicted by a military judge of violation of a lawful general order, wrongful use of a controlled substance, and failure to obey lawful orders. The military judge sentenced the accused to 8 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all confinement in excess of 3 months. |
| 3/22/2017 | 2dRadBn, MHG, IIMEF | At a Special Court-Martial at Camp Lejeune, North Carolina, Corporal C. D. Flowers was convicted by a military judge of wrongful use of a controlled substance and solicitation of another to wrongfully use a controlled substance. The military judge sentenced the accused to 4 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 3/23/2017 | 3dRTR, RTR, MCRD PI | At a General Court-Martial at Parris Island, South Carolina, Staff Sergeant R. A. Lopez was convicted by a military judge of sexual abuse of a child and indecent conduct. The military judge sentenced the accused to 3 years confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |
| 3/24/2017 | H&SBn, SOI-W, TrngCmd | At a Special Court-Martial at Camp Pendleton, California, Private M. M. Wcislo was convicted by a military judge of unauthorized absence, failure to obey a lawful order, and assault consummated by a battery. The military judge sentenced the accused to 60 days confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove the bad-conduct discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 3/24/2017 | 8thCommBn, IIMEF | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal N. C. Long was convicted by a panel of officer and enlisted members of disrespect toward a superior commissioned officer, insubordinate conduct toward a noncommissioned officer, drunk and disorderly, disobeying a superior commissioned officer, false official statement, and assault on a noncommissioned officer.  The members sentenced the accused to 1 year confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 3/24/2017 | 2dLARBn, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal P. L. Deweese was convicted by a military judge of sexual abuse of a child.  The military judge sentenced the accused to 18 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |
| 3/27/2017 | HqSptBn, MCI-West | At a General Court-Martial at Camp Pendleton, California, Staff Sergeant B. R. Watkins was convicted by a panel of officer and enlisted members of failure to obey lawful orders, sexual abuse of a child, and obstruction of justice.  The members sentenced the accused to 5 years confinement, reduction to E-1, and a dishonorable discharge. |
| 3/28/2017 | MMTTS-204, MAG-26, 2dMAW | At a Special Court-Martial at New River, North Carolina, Lance Corporal X. A. Torres was convicted by a military judge alone of selling or disposing of military property, housebreaking, and larceny.  The military judge sentenced the accused to 11 months confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement. |
| 3/29/2017 | HMX-One | At a Special Court-Martial at Quantico, Virginia, Staff Sergeant C. M. Schallig was convicted by a panel of officer and enlisted members of failure to obey a lawful order.  The members sentenced the accused to reduction to E-4. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 3/29/2017 | VMFAT-101, MAG-11, 3dMAW | At a General Court-Martial at Miramar, California, Corporal T. B. Hodges was convicted by a military judge of wrongful use of controlled substances and wrongful distribution of a controlled substance. The military judge sentenced the accused to 36 months confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 10 months. |
| 3/29/2017 | HqHqRon, MCAS Iwakuni | At a General Court-Martial at Iwakuni, Japan, Lance Corporal R. A. Alcantar was convicted by a military judge of attempted sexual assault, attempted sexual abuse, and attempted receipt of child pornography. The military judge sentenced the accused to 30 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 3/29/2017 | MCD Fort Sill, TrngCmd | At a General Court-Martial at 29 Palms, California, a lance corporal was acquitted by a panel of officer and enlisted members of violation of a lawful general order and abusive sexual contact. |
| 3/29/2017 | HqSptBn, MCI-West | At a Special Court-Martial at Camp Pendleton, California, a sergeant was acquitted by a panel of officer and enlisted members of false official statements, assault consummated by a battery, and drunk and disorderly conduct. |
| 3/29/2017 | HqRgt, 2dMLG | At a Special Court-Martial at Camp Lejeune, North Carolina, Corporal J. T. Childs was convicted by a military judge of violation of a lawful general order and assault consummated by a battery. The military judge sentenced the accused to 90 days confinement and reduction to E-1. The pre-trial agreement had no effect on the sentence. |
| 3/30/2017 | HqCo, MCESG | At a General Court-Martial at Quantico, Virginia, a sergeant was acquitted by a panel of officer and enlisted members of sexual assault. |
| 3/30/2017 | HqSptBn, MCI-West | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal G. A. Lopez was convicted by a panel of officer and enlisted members of disrespect toward a superior commissioned officer. The members sentenced the accused to 15 days confinement, 30 days restriction, 30 days hard labor without confinement, and reduction to E-2. |

185

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 3/30/2017 | HMLA-169, MAG-39, 3dMAW | At a Special Court-Martial at Camp Pendleton, California, Private First Class M. F. Williams was convicted by a military judge of violation of a lawful general order and wrongful use of controlled substances.  The military judge sentenced the accused to 80 days confinement and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to disapprove the bad-conduct discharge. |
| 3/31/2017 | 3dLEBn, III MHG, IIIMEF | At a General Court-Martial at Okinawa, Japan, a corporal was acquitted by a panel of officer and enlisted members of attempted rape and abusive sexual contact. |
| 4/3/2017 | HqSptBn, MCIWest, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private R. Garza Jr. was convicted by a military judge of unauthorized absence.  The military judge sentenced the accused to 6 months confinement and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 90 days. |
| 4/4/2017 | MWHS-1, 1stMAW | At a General Court-Martial at Okinawa, Japan, Corporal F. R. Jimenez-Le was convicted by a military judge of wrongful use, distribution, and manufacture of a controlled substance and conspiracy to manufacture and distribute a controlled substance.  The military judge sentenced the accused to 90 days confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 4/4/2017 | 1stBn, 12thMar, 3dMarDiv | At a General Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal B. A. Duran was convicted by a military judge of conspiracy, failure to obey a lawful order, wrongful use of a controlled substance, and possession of child pornography.  The military judge sentenced the accused to 15 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to commute the dishonorable discharge to a bad-conduct discharge and to disapprove all confinement in excess of 12 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 4/5/2017 | 4thReconBn, 4thMarDiv | At a Special Court-Martial at Quantico, Virginia, Corporal J. S. Gravelle was convicted by a military judge of assault consummated by a battery. The military judge sentenced the accused to 30 days confinement and reduction to E-2. The pre-trial agreement had no effect on the sentence. |
| 4/5/2017 | HqSptBn, MCIWest, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private First Class L. Cadena was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 90 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 4/5/2017 | 2dBn, 8thMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal C. D. Vaughter was convicted by a military judge of larceny and destruction of personal property. The military judge sentenced the accused to 345 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 6 months. |
| 4/5/2017 | MAG-31, 2dMAW | At a Special Court-Martial at Parris Island, South Carolina, Private L. D. Anderson was convicted by a military judge of wrongful use of controlled substances. The military judge sentenced the accused to 5 months confinement, forfeiture of $800.00 pay per month for a period of 3 months, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 77 days. |
| 4/6/2017 | 3dIntelBn, IIIMHG, IIIMEF | At a General Court-Martial at Okinawa, Japan, Lance Corporal N. J. Dillard was convicted by a military judge of communicating indecent language and violation of a lawful general order. The military judge sentenced the accused to 30 days confinement, total forfeiture of all pay and allowances, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 4/6/2017 | MCLOG, MCAGCC | At a General Court-Martial at 29 Palms, California, a major was acquitted by a panel of officer members of attempted sexual abuse of a child, sexual abuse of a child, and indecent assault. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 4/12/2017 | 1stMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Private First Class C. R. Harder was convicted by a military judge of violation of a lawful general order and possession and distribution of controlled substances. The military judge sentenced the accused to 300 days confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 4/13/2017 | 9thMCD, WRR | At a Special Court-Martial at San Diego, California, Staff Sergeant M. A. Lesh was convicted by a military judge of violation of a lawful general order, reckless operation of a vehicle, drunk on duty, assault consummated by a battery, and drunk and disorderly conduct. The military judge sentenced the accused to 8 months confinement, reduction to E-1 ,and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all confinement. |
| 4/13/2017 | MCICOM | At a General Court-Martial at Quantico, Virginia, Major M. A. Thompson was convicted by a military judge of false official statements and conduct unbecoming an officer and a gentleman. The military judge sentenced the accused to 90 days confinement and a dismissal. Pursuant to the pre-trial agreement, the convening authority agreed to suspend the punitive discharge. |
| 4/13/2017 | MALS-12, MAG-12, 1stMAW | At a General Court-Martial at Okinawa, Japan, Staff Sergeant C. E. Jennings was convicted by a panel of officer members of attempted sexual assault of a child, attempted lewd acts, attempts to receive and view child pornography, attempted sexual abuse of a child, and solicitation of the production of child pornography. The members sentenced the accused to 3 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 4/13/2017 | HqSptBn, MCIWest, MCB CamPen | At a General Court-Martial at Camp Pendleton, California, Corporal A. C. King was convicted by a military judge of false official statements, sexual assault, and house breaking. The military judge sentenced the accused to 41 months confinement and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 36 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 4/14/2017 | 7thCommBn, IIIMHG, IIIMEF | At a General Court-Martial at Okinawa, Japan, Corporal A. D. Harris was convicted by a military judge of false official statement and sexual assault. The military judge sentenced the accused to 12 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 24 months. |
| 4/14/2017 | MARFORPAC | At a Special Court-Martial at Kaneohe Bay, Hawaii, a sergeant was acquitted by a panel of officer and enlisted members of child endangerment. |
| 4/14/2017 | HqSptBn, MCIWest, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal C. L. Tanner was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 87 days confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 4/17/2017 | 2dBn, 1stMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Private First Class R. E. Montano was convicted by a military judge of failure to obey a lawful order, impaired operation of a vehicle, and wrongful use of a controlled substance. The military judge sentenced the accused to 9 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove the punitive discharge. |
| 4/18/2017 | HqSvcBn, MCRD San Diego | At a Special Court-Martial at San Diego, California, a sergeant was acquitted by a panel of officer and enlisted members of violations of a lawful general order. |
| 4/18/2017 | MBW | At a General Court-Martial at Quantico, Virginia, Seaman J. W. Parks was convicted by a military judge of housebreaking, sexual assault, false official statement, and larceny. The military judge sentenced the accused to 6 years confinement, total forfeitures of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 48 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 4/19/2017 | HqBn, 3dMarDiv | At a General Court-Martial at Okinawa, Japan, Private First Class R. J. Washington was convicted by a panel of officer and enlisted members of sexual assault. The members sentenced the accused to 4 years confinement, forfeiture of $1,499.00 pay per month for a period of 4 years, reduction to E-1, and a dishonorable discharge. |
| 4/20/2017 | HMH-462, MAG-16, 3dMAW | At a General Court-Martial at Miramar, California, Corporal J. D. Newlan was convicted by a military judge of assault consummated by a battery and adultery. The military judge sentenced the accused to 9 months confinement and reduction to E-1. |
| 4/21/2017 | VMA-211, MAG-13, 3dMAW | At a General Court-Martial at Yuma, Arizona, Lance Corporal P. T. Carr was convicted by a military judge of failure to obey a lawful order, false official statement, and aggravated assault with a dangerous weapon. The military judge sentenced the accused to 24 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 105 days. |
| 4/24/2017 | VMM-165, MAG-16, 3dMAW | At a General Court-Martial at Miramar, California, Corporal J. S. Perez was convicted by a military judge of attempted distribution of a controlled substance, conspiracy, and attempted manufacturing of a controlled substance. The military judge sentenced the accused to 13 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 4/24/2017 | MALS-16, MAG-16, 3dMAW | At a General Court-Martial at Miramar, California, Corporal K. M. Black was convicted by a military judge of conspiracy and wrongful use and distribution of controlled substances. The military judge sentenced the accused to 300 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 4/24/2017 | 3dMar, 3dMarDiv | At a General Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal M. R. Sukke was convicted by a military judge of sexual assault on a child and wrongful production of child pornography. The military judge sentenced the accused to 25 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all confinement in excess of 18 years. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 4/25/2017 | HqBn, MCBH | At a Special Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal R. E. Sides was convicted by a military judge of attempting to commit larceny, conspiracy, and larceny.  The military judge sentenced the accused to 90 days confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all confinement in excess of 60 days. |
| 4/25/2017 | HqBtry, 11thMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal A. Mena was convicted by a military judge of violation of a lawful general order and assault consummated by a battery.  The military judge sentenced the accused to 8 months confinement and a bad-conduct discharge.  The pre-trial agreement did not effect the sentence. |
| 4/28/2017 | 1stMRSB, MARSOF | At a Special Court-Martial at Camp Pendleton, California, a staff sergeant was acquitted by a panel of officer and enlisted members of wrongful use of controlled substances. |
| 5/1/2017 | 1stMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Corporal K. K. B. Caines was convicted by a military judge of wrongful use of a controlled substance.  The military judge sentenced the accused to 4 months confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 90 days. |
| 5/1/2017 | HqRgt, 2dMLG | At a General Court-Martial at Camp Lejeune, North Carolina, Corporal C. M. Caple was convicted by a military judge of attempted sexual abuse of a child and attempted sexual assault of a child.  The military judge sentenced the accused to 4 years confinement, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 5/2/2017 | MAG-14, 2dMAW | At a Special Court-Martial at Cherry Point, North Carolina, Lance Corporal D. D. Luke Jr. was convicted by a military judge of wrongfully using an interstate electronic communication system to post images of private areas and personal information of another. The military judge sentenced the accused to 12 months confinement, forfeiture of 2/3 pay per month for a period of 3 months, a $5,000.00 fine, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 120 days and to disapprove the punitive discharge. |
| 5/2/2017 | HqBn, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Private J. A. Laciskey was convicted by a military judge of larceny, attempted larceny, aggravated assault, and assault consummated by a battery. The military judge sentenced the accused to 180 days confinement and forfeiture of $1,066.00 per month for a period of 6 months. The pre-trial agreement had no effect on the sentence. |
| 5/4/2017 | 12thMCD, WRR | At a Special Court-Martial at San Diego, California, a staff sergeant was acquitted by a panel of officer and enlisted members of assault consummated by a battery and communicating a threat. |
| 5/8/2017 | IIMHG, IIMEF | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal L. J. Grasty was convicted by a military judge of conspiracy to commit larceny, damaging military property, larceny, housebreaking, and unlawful entry. The military judge sentenced the accused to 90 months confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 months. |
| 5/9/2017 | 1stRadBn, IMHG, IMEF | At a General Court-Martial at Camp Pendleton, California, Private First Class D. L. Caples was convicted by a military judge alone of wrongful use and distribution of controlled substances. The military judge sentenced the accused to 30 months confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months and to only approve a bad-conduct discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 5/9/2017 | 2dTnkBn, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Private First Class Q. A. Antonakakis was convicted by a military judge of assault consummated by a battery upon a child under the age of 16 and aggravated assault in which grievous bodily harm was intentionally inflicted upon a child under the age of 16. The military judge sentenced the accused to 24 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |
| 5/9/2017 | SESBn, MCI-W, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, a corporal was acquitted by a military judge of violation of a lawful general order. |
| 5/10/2017 | 2dBn, 3dMar, 3dMarDiv | At a General Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal Z. T. Andersen was convicted by a military judge of sexual assault of a child. The military judge sentenced the accused to 12 months confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 5/10/2017 | 2dBn, 6thMar, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Staff Sergeant J. W. Cinader was convicted by a military judge of attempted indecent visual recording, fleeing apprehension, attempted indecent viewing, possession of child pornography, and indecent visual recordings. The military judge sentenced the accused to 14 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 10 years. |
| 5/11/2017 | RS Raleigh, 4thMCD, ERR | At a Special Court-Martial at Parris Island, South Carolina, Gunnery Sergeant C. D. Wallstedt was convicted by a military judge of violation of a lawful general order. The military judge sentenced the accused to 5 months confinement and reduction to E-3. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 5/12/2017 | MACS-4, MACG-18, 1stMAW | At a General Court-Martial at Okinawa, Japan, Gunnery Sergeant M. M. Masga was convicted by a panel of officer and enlisted members of wrongful possession and viewing of child pornography. The members sentenced the accused to 2 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 5/12/2017 | MWSS-373, MAG-11, 3dMAW | At a General Court-Martial at Miramar, California, a corporal was acquitted by a panel of officer and enlisted members of sexual assault. |
| 5/15/2017 | 3dBn, 6thMar, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal W. A. Loftus was convicted by a military judge of aggravated assault in which grievous bodily harm is intentionally inflicted upon a child under the age of 16. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 5/16/2017 | 1stBn, 12thMar, 3dMarDiv | At a Special Court-Martial at Kaneohe Bay, Hawaii, Private First Class J. L. Smith was convicted by a military judge of failure to obey a lawful order, wrongful use of controlled substances, and larceny. The military judge sentenced the accused to 120 days confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all confinement in excess of 60 days and the punitive discharge. |
| 5/17/2017 | 3dIntelBn, IIIMHG, IIIMEF | At a General Court-Martial at Okinawa, Japan, a sergeant was acquitted by a panel of officer and enlisted members of sexual assault and adultery. |
| 5/17/2017 | HqRgt, 2dMLG | At a General Court-Martial at Camp Lejeune, North Carolina, Gunnery Sergeant N. G. Townley was convicted by a military judge of wrongful use of controlled substances, violation of a lawful general order, and assault consummated by a battery. The military judge sentenced the accused to 14 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 5/17/2017 | MCCES, TrngCmd | At a Special Court-Martial at 29 Palms, California, Private First Class T. W. Cook was convicted by a military judge of larceny. The military judge sentenced the accused to 6 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 5/18/2017 | 9thCommBn, IMHG, IMEF | At a General Court-Martial at Camp Pendleton, California, Staff Sergeant D. A. Brewer was convicted by a military judge of abusive sexual contact, indecent acts with a child, and aggravated sexual contact with a child.  The military judge sentenced the accused to 34 years confinement, reduction to E-1, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 20 years. |
| 5/19/2017 | MAG-12, 1stMAW | At a Special Court-Martial at Okinawa, Japan, Private A. M. Reid was convicted by a military judge of assault consummated by a battery.  The military judge sentenced the accused to 90 days confinement, forfeiture of $1,066.00 pay per month for a period of 3 months, and a bad-conduct discharge.  The pre-trial agreement had no effect on the sentence. |
| 5/22/2017 | HqBn, MCBH | At a Special Court-Martial at Kaneohe Bay, Hawaii, Master Sergeant E. M. Garcia was convicted by a military judge alone of false official statement, assault consummated by a battery, adultery, and violation of a lawful general order.  The military judge sentenced the accused to 60 days confinement and reduction to E-7.  The pre-trial agreement had no effect on the sentence. |
| 5/22/2017 | HqSptBn, MCI-W, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private B. T. Perkins was convicted by a military judge of unauthorized absence.  The military judge sentenced the accused to 6 months confinement and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 90 days. |
| 5/23/2017 | 2dBn, 2dMar, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Private M. C. Mullinax was convicted by a military judge of wrongful distribution, use, and introduction of controlled substances, larceny, housebreaking, violation of a lawful general order, and unauthorized absence.  The military judge sentenced the accused to 33 months confinement, total forfeiture of all pay and allowances, and a dishonorable discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 5/24/2017 | H&SBn, MCRD PI | At a Special Court-Martial at Quantico, Virginia, a sergeant was acquitted by a panel of officer and enlisted members of violation of a lawful general order, maltreatment, and false official statements. |
| 5/25/2017 | 2dBn, 1stMar, 1stMarDiv | At a General Court-Martial at Camp Pendleton, California, Private First Class D. M. Lloyd was convicted by a military judge of violation of a lawful general order, and wrongful possession and introduction of a controlled substance.  The military judge sentenced the accused to 20 months confinement and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 18 months. |
| 5/31/2017 | HqSptBn, MCI-W, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private First Class B. I. Alvarez was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 4 months confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 90 days. |
| 6/1/2017 | HqBn, 2dMarDiv | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal K. J. Diaz was convicted by a military judge of wrongful distribution, possession, and use of controlled substances, and violation of a lawful general order.  The military judge sentenced the accused to 36 months confinement, a reprimand, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 14 months. |
| 6/1/2017 | 7thMar, 1stMarDiv | At a General Court-Martial at 29 Palms, California, Lance Corporal B. S. Hernandez was convicted by a military judge of aggravated assault with a dangerous weapon.  The military judge sentenced the accused to 7 years confinement, reduction to E-1, and a bad-conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months and to defer automatic forfeitures. |