| | Marine Corps General and Special Court-Martial Dispositions: | |
|---|---|---|
| Date | Unit | Description |
| 6/2/2017 | HqSptBn, MCIW, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private C. O. Abuyen was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to 4 months confinement and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 90 days. |
| 6/5/2017 | 7thMar, 1stMarDiv | At a Special Court-Martial at 29 Palms, California, Lance Corporal E. D. Mullner was convicted by a military judge of violations of a lawful general order and assault consummated by a battery. The military judge sentenced the accused to 12 months confinement, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 4 months. |
| 6/6/2017 | HqHqRon, MCAS Iwakuni | At a General Court-Martial at Iwakuni, Japan, Sergeant A. S. Booth was convicted by a military judge of soliciting another to distribute child pornography, possession of child pornography, and attempts to distribute child pornography. The military judge sentenced the accused to 5 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 30 months. |
| 6/6/2017 | 5thMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal A. D. Starks was convicted by a military judge of wrongful use of a controlled substance. The military judge sentenced the accused to 60 days confinement and a reprimand. |
| 6/6/2017 | MCCES, TrngCmdq | At a Special Court-Martial at 29 Palms, California, Private First Class Z. C. Keath was convicted by a military judge of soliciting another to produce and distribute child pornography, possession of child pornography, and indecent language. The military judge sentenced the accused to 6 months confinement and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 6/9/2017 | HqSvcBn, MCRD San Diego | At a Special Court-Martial at San Diego, California, a sergeant was acquitted by a panel of officer and enlisted members of violating of a lawful general order. |

197

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 6/9/2017 | HqSptBn, MCIW, MCB CamPen | At a General Court-Martial at Camp Pendleton, California, Gunnery Sergeant L. A. Gonzalezsalazar was convicted by a military judge of sexual assault, indecent broadcasting, and adultery. The military judge sentenced the accused to 17 years confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 months. |
| 6/13/2017 | MWSS-371, MAG-13, 3dMAW | At a Special Court-Martial at Yuma, Arizona, Sergeant K. T. Blake was convicted by a military judge of drunken operation of a vehicle, child endangerment, drunk and disorderly, unauthorized absence, and incapacitation. The military judge sentenced the accused to 80 days confinement and reduction to E-3. The pre-trial agreement had no effect on the sentence. |
| 6/13/2017 | 1stDenBn | At a Special Court-Martial at Camp Pendleton, California, Seaman J. I. Bautista was convicted by a military judge of assault consummated by a battery upon a child under 16. The military judge sentenced the accused to 45 days confinement and reduction to E-2. The pre-trial agreement had no effect on the sentence. |
| 6/13/2017 | 7thMar, 1stMarDiv | At a General Court-Martial at 29 Palms, California, Lance Corporal P. A. Chamorro was convicted by a military judge of possession of child pornography. The military judge sentenced the accused to 7 years confinement, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 48 months. |
| 6/15/2017 | TSB, TrngCmd | At a Special Court-Martial at Quantico, Virginia, Lance Corporal T. R. Ramirez was convicted by a military judge of child endangerment, willfully disobeying a superior commissioned officer, and violation of a lawful general order. The military judge sentenced the accused to 30 days confinement and reduction to E-2. The pre-trial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 6/15/2017 | HqSptBn, SOI-East, TrngCmd | At a Special Court-Martial at Camp Lejeune, North Carolina, Private First Class T. E. Salkins was convicted by a military judge of unauthorized abnsece and wrongful use of a controlled substance. The military judge sentenced the accused to 180 days confinement, a $5,000.00 fine, reduction to E-1, and a bad-conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of time served. At the time of sentenced, the accused had served 122 days confinement. |
| 6/16/2017 | HqSvcBn, MARFORPAC | At a General Court-Martial at Kaneohe Bay, Hawaii, Staff Sergeant M. L. Crawford was convicted by a military judge of conspiracy to commit larceny, wrongful use of a controlled substance, execution of a scheme to defraud a financial institution, and removing a public record. The military judge sentenced the accused to 3 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to a pre-trial agreement, the convening authority agreed to disapprove all confinement in excess of 120 days. |
| 6/16/2017 | 1stMaintBn, CLR-15, 1stMLG | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal X. K. Johnson was convicted by a military judge of aggravated assault. The military judge sentenced the accused to 8 months confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 6/19/2017 | HqSptBn, MCIW, MCB CamPen | At a Special Court-Martial at Camp Pendleton, California, Private First Class P. D. Navas was convicted by a military judge of unauthorized absence. The military judge sentenced the accused to reduction to E-1. The pre-trial agreement had no effect on the sentence. |
| 6/19/2017 | 2d Bn/3d Marines, 3d MarDiv | At a General Court-Martial, at Kaneohe Bay, Hawaii, a military judge convicted Lance Corporal W. S. Green, USMC, of failure to obey lawful orders, sexual assault, and aggravated assault. The military judge sentenced the accused to 7 years confinement, reduction to E-1, forfeitures of all pay and allowances, and a Dishonorable Discharge. Pursuant to the pre-trial agreement, all confinement in excess of 29 months will be disapproved. |

199

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 6/20/2017 | HMLA-269, MAG-29, 2dMAW | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal B. M. Nettles was convicted by a military judge of false official statement and assault consummated by a battery. The military judge sentenced the accused to a reprimand, forfeiture of $896.00 pay per month for a period of 1 month, and reduction to E-2. The pre-trial agreement had no effect on the sentence. |
| 6/20/2017 | CLB-5, CLR-1, 1stMLG | At a Special Court-Martial at Camp Pendleton, California, a corporal was acquitted by a panel of officer and enlisted members of wrongful use of a controlled substance. |
| 6/23/2017 | MALS-14, MAG-14, 2dMAW | At a General Court-Martial at Camp Lejeune, North Carolina, Corporal N. S. Baas was convicted by a panel of officer and enlisted members of false official statement, rape of a child, production of child pornography, distribution of child pornography, and conspiracy to commit rape of a child. The members sentenced the accused to 15 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. |
| 6/26/2017 | 10thMar, 2d MarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Lance Corporal J. E. Henry was convicted by a military judge of indecent exposures. The military judge sentenced the accused to 180 days confinement, reduction to E-1, and a bad-conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 6/27/2017 | 3dMRB, MRR, MARSOC | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal K. J. McCasland was convicted by a military judge of conspiracy to commit larceny, damaging military property, larceny by false pretense, housebreaking, and unlawful entry. The military judge sentenced the accused to 44 months confinement, reduction to E-1, and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |
| 6/28/2017 | MCCES, TrngCmdq | At a Special Court-Martial at 29 Palms, California, a sergeant was acquitted by a panel of enlisted members of violation of lawful general orders. |
| 6/28/2017 | HqSptBn, MCI West, MCB CampPen, CA | At a special court-martial at Camp Pendleton, California, Sergeant Z. K. York was convicted by a military judge of assault and impeding an investigation. The military judge sentenced the accused to reduction to E-1 and 30 days confinement. The pretrial agreement had no effect on the sentence. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 6/29/2017 | 2d Radio Bn, II MEF | At a General Court-Martial at Camp Lejeune, North Carolina, Lance Corporal E. Rivera was convicted by a military judge of sexual abuse of a child, rape of a child, attempted rape of a child, and adultery. The military judge sentenced the accused to 28 years confinement, total forfeiture of all pay and allowances, reduction to E-1, and a dishonorable discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 25 years. |
| 6/30/2017 | VMX-1, MCAS, Yuma, AZ | At a general court-martial at Yuma, Arizona, Sergeant J. P. Panatta was convicted by a military judge of sexually assaulting a child, sexual assault, assault, child endangerment, and photographing and recording without consent. The military judge sentenced the accused to reduction to E-1, 35 years confinement, and a dishonorable discharge. Pursuant to a pretrial agreement, the convening authority agreed to suspend all confinement in excess of 17 years. |
| 7/5/2017 | MCAS Kaneohe Bay, MCB Hawaii | At a Special Court-Martial at Kaneohe Bay, Hawaii, Sergeant S. R. Swanson was convicted by a military judge of disrespect to a staff noncommissioned officer, violating a lawful order, destruction of government property, and disorderly conduct. The military judge sentenced the accused to 89 days confinement and reduction to E-3. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 7/7/2017 | WWBn-W, WWR, Camp Pen, CA | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal K. W. Carlson was convicted by a military judge of violating a lawful general order and wrongful use of a controlled substance. The military judge sentenced the accused to reduction to E-1. The pre-trial agreement had no effect on the sentence. |
| 7/12/2017 | 3dMRSB, MRSG, MARSOC | At a General Court-Martial at Camp Lejeune, North Carolina, Staff Sergeant B. R. Wollin was convicted by a military judge of conspiracy to sell military property, conspiracy to commit larceny, larceny, and wrongful sales of military property. The military judge sentenced the accused to 18 months confinement, reduction to E-1, and a dishonorable discharge. The pre-trial agreement had no effect on the sentence. |

201

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 7/12/2017 | VMA 211, MAG 13, 3d MAW | At a Special Court-Martial at Marine Corps Air Station Yuma, Arizona, Lance Corporal P. E. Lekeuneuatonfack was convicted by a panel of officer and enlisted members of assault and drunk and disorderly conduct. The members sentenced the accused 60 days restriction and reduction to E-1. |
| 7/14/2017 | 2dLEBn, IIMEFHQGrp, IIMEF | At General Court-Martial at Camp Lejeune, North Carolina, Corporal D. W. Watt was convicted by a military judge of violation of a lawful general order, fleeing apprehension, reckless operation of a vehicle, and wrongful use, introduction, distribution, and possession with intent to distribute of a controlled substance. The military judge sentenced the accused to 18 months confinement, reduction to E-1, and a bad conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 7/17/2017 | 2dBn, 1stMar, 1stMarDiv | At a Special Court-Martial at Camp Pendleton, California, Lance Corporal B. K. Patton was convicted by a military judge of unauthorized absence and missing a movement. The military judge sentenced the accused to 73 days confinement, reduction to E-1, and a bad conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 7/17/2017 | MCI-W, MCB Camp Pen, CA | At a Special Court-Martial at Camp Pendleton, California, Corporal R. L. Spencer was convicted by a military judge of assault. The military judge sentenced the accused to 8 months confinement, reduction to E-1, and a bad conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |
| 7/18/2017 | 2dBn, 2dMar, 2dMarDiv | At a Special Court-Martial at Camp Lejeune, North Carolina, Sergeant J. R. Gresham was convicted by a military judge of larceny of military property and wrongful sale of military property. The military judge sentenced the accused to 335 days confinement, reduction to E-1, and a bad conduct discharge. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 120 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 7/19/2017 | 1stBn, 3dMar, 3d MarDiv | At a General Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal J. L. Closna was convicted by a military judge of violating a lawful order, sexual assault of a child, and possession of child pornography. The military judge sentenced the accused to 24 months confinement, reduction to E-1, and a dishonorable discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 15 months. |
| 7/19/2017 | 2dSupBn, CLR25, 2dMLG | At a General Court-Martial at Camp Lejeune, North Carolina, Private J. L. Townsend was convicted by a military judge of wrongful appropriation, reckless operation of a motor vehicle, fleeing apprehension, and breaking restriction. The military judge sentenced the accused to 18 months confinement and a bad conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 12 months. |
| 7/20/2017 | MALS 11, MAG 11, 3dMAW | At a General Court-Martial at Marine Corps Air Station Miramar, California, Lance Corporal G. E. Botts was convicted by a military judge of conspiracy, wrongful use of a controlled substance, and wrongful possession of a controlled substance. The military judge sentenced the accused to reduction to 179 days confinement, reduction to E-1, a $500 fine, and a bad conduct discharge. The pre-trial agreement had no effect on the sentence. |
| 7/24/2017 | HQBN, MCB Hawaii | At a Special Court-Martial at Kaneohe Bay, Hawaii, Lance Corporal M. R. Horne was convicted by a military judge of attempting to wrongfully dispose of military property, conspiracy to steal, failure to obey a lawful general order, false official statements, larceny, and disrespect to a staff noncommissioned officer. The military judge sentenced the accused to 8 months confinement and reduction to E-1. Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 60 days. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 7/25/2017 | MCAGCC, MAGTFTC, 29 Palms | At a Special Court-Martial at Camp Pendleton, California, Private First Class C. A. Cruzhernandez was convicted by a military judge of attempting to wrongfully possess a controlled substance and wrongful possession of a controlled substance. The military judge sentenced the accused to reduction to E-1, 12 months confinement, forfeiture of $1,000.00 pay per month for 12 months, and a bad-conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 4 months. |
| 7/25/2017 | Trng Cmd, TECOM | At a Special Court-Martial at Marine Corps Base Quantico, Lance Corporal J. A. Archuleta was convicted by a military judge of wrongfully using cocaine. The military judge sentenced the accused to forfeitures of $500.00 pay per month for 4 months, reduction to E-2, and a reprimand. |
| 7/25/2017 | MCAS Iwakuni | At a Special Court-Martial at Okinawa, Japan, Corporal D. R. Westbrook was convicted by a military judge of unauthorized absence, failure to obey a lawful general order, wrongful use of a controlled substance, and larceny. The military judge sentenced the accused to 10 months confinement, reduction to E-1, forfeiture of $1,000.00 per month for 10 months, and a bad conduct discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 6 months. |
| 7/26/2017 | MALS 12, MAG 12, 1st MAW | At a General Court-Martial at Okinawa, Japan, Lance Corporal D. W. Sorrells was convicted by a military judge of attempted sexual abuse of a child. The sentenced the accused to 3 years confinement, forfeitures of all pay and allowances, and a dishonorable discharge. Pursuant to the pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 6 months. |
| 7/27/2017 | MWSS 373, MAG 11, 3d MAW | At a General Court-Martial at Marine Corps Air Station Miramar, California, Master Sergeant R. Armendariz was convicted by a panel of officer and enlisted members of violating a lawful general order, sexual assault, and adultery. The members sentenced the accused to 18 months confinement and a bad conduct discharge. |

| Marine Corps General and Special Court-Martial Dispositions: | | |
|---|---|---|
| Date | Unit | Description |
| 7/28/2017 | 1st MLG, Camp Pen, CA | At a Special Court-Martial at Camp Pendleton, California, Corporal R. E. Velasco II was convicted by a military judge of disobeying a superior commissioned officer, false official statement, wrongfully endeavoring to influence witness testimony, and violating a lawful general order.  The military judge sentenced the accused to 9 months confinement, reduction to E-1, and a bad conduct discharge.  Pursuant to a pre-trial agreement, the convening authority agreed to suspend all confinement in excess of 4 months. |