PC-G-17.3 (Rev. 1-2010)

## PROBATE COURT OF FRANKLIN COUNTY, OHIO
### JEFFREY D. MACKEY, JUDGE

IN THE MATTER OF GUARDIANSHIP OF ___Eddie Van Oliver III aka Eddie Oliver III___

CASE NO. ___633904___

# NOTICE TO PROSPECTIVE WARD OF APPLICATION AND HEARING

**To:** ___Eddie Van Oliver III aka Eddie Oliver III___

An application has been filed by ___Tracy Hairston___ asking to be appointed as your guardian.  If the court finds that you are incompetent and in need of a guardian, the court may appoint the applicant, a different applicant, or an independent attorney as your guardian.

If the guardianship is granted, the guardian will be able to make decisions for you concerning your personal life and/or your estate.  (Estate means money and property.)

A hearing on the application for guardianship will be held on ___November 26___ 20 ___24___ at ___3:30___ ___P___M. in the Probate Court of Franklin County, 22nd Floor, 373 South High Street, Columbus, Ohio 43215. At that hearing the applicant must prove by clear and convincing evidence that, because of mental impairment, you are unable to handle your own affairs.

You have the right to be present at the hearing, to contest the application, and to be represented by an attorney of your choice.  For more information on your rights, see the back of this Notice.

FRANKLIN COUNTY FORM 17.3 - NOTICE TO PROSPECTIVE WARD OF APPLICATION AND HEARING

633904

**Additional rights of an alleged incompetent are:**

* **The right to have a friend or family member of your choice present at the hearing;**

* **The right to have evidence of an independent expert evaluation introduced at the hearing;**

* **If you are indigent, upon your request, an attorney and an independent expert evaluator will be appointed at court expense;**

* **If you are indigent, and you appeal the guardianship decision, you have the right to have an attorney appointed and necessary transcripts prepared at court expense.**