**UNITED STATES DISTRICT COURT**
**FOR THE Southern District of Ohio**
**Eastern Division**

| | | |
|---|---|---|
| Eddie Van Oliver, III | : | Case No. 2:25−cv−00748−SDM−EPD |
| | : | |
| Plaintiff(s), | : | Chief District Judge Sarah D. Morrison |
| v. | : | |
| | : | |
| State Of Ohio, et al. | : | |
| | : | |
| Defendant(s). | : | |

## NOTICE OF DEFICIENCY

The above−referenced civil action has been received and filed in this Court without the required filing fee or motion for leave to proceed in forma pauperis.

Please correct this deficiency **within 30 days** by filing a motion for leave to proceed in forma pauperis (located on the Court's website) or tendering the required filing fee to the Clerk.

Payment by a permanent member of the bar of this Court can be remitted electronically by using the "Pay Fees Via Pay.gov" filing event in CM/ECF.

Checks or money orders made payable to "Clerk, U.S. District Court" should include the above−referenced case number and should be sent to the address below.

The Clerk's Office also accepts cash, credit, and debit payments at the courthouse located below.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Jospeh P. Kinneary U.S. Courthouse
85 Marconi Blvd., Rm. 121
Columbus, OH 43221
614−719−3000
Clerks_Office@ohsd.uscourts.gov

July 7, 2025

**Richard W. Nagel**
**Clerk of Court**

s/ Bailey E Williams

Deputy Clerk

Eddie Van Oliver, III
2302 Middlehurst Dr.
Columbus, OH			43219