# UNITED STATES DISTRICT COURT
## FOR THE Southern District of Ohio
### Eastern Division

| | | |
|---|---|---|
| Eddie Van Oliver, III | : | Case No. 2:25−cv−00748−SDM−EPD |
| Plaintiff(s), | : | Chief District Judge Sarah D. Morrison |
| v. | : | |
| State Of Ohio, et al. | : | |
| Defendant(s). | : | |

## NOTICE OF DEFICIENCY

The above−referenced civil action has been received and filed in this Court without the required Civil Cover Sheet.

Please correct this deficiency **within 30 days** by filing the attached Civil Cover Sheet.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Jospeh P. Kinneary U.S. Courthouse
85 Marconi Blvd., Rm. 121
Columbus, OH 43221
614−719−3000
Clerks_Office@ohsd.uscourts.gov

July 7, 2025

**Richard W. Nagel**
**Clerk of Court**

s/ Bailey E Williams
Deputy Clerk

Eddie Van Oliver, III
2302 Middlehurst Dr.
Columbus, OH        43219