**UNITED STATES DISTRICT COURT**
**FOR THE Southern District of Ohio**
**Eastern Division**

| | | |
|---|---|---|
| Eddie Van Oliver, III | : | Case No. 2:25–cv–00748–SDM–EPD |
| | : | |
| Plaintiff(s), | : | Chief District Judge Sarah D. Morrison |
| v. | : | |
| | : | |
| State Of Ohio, et al. | : | |
| | : | |
| Defendant(s). | : | |

## NOTICE OF NON–ISSUANCE OF SUMMONS

You have requested the clerk to issue the attached summons.

The submitted summons does not comply with Rule 4(a) for the following reason(s):

**X** The summons does not identify the parties in the complaint/amended complaint.
**X** The summons is not directed to the defendant.
**X** The summons does not contain the name/address of the plaintiff.
**X** The summons does not contain the address of the defendant.

Please correct the above deficieny(ies) and resubmit the summons.

Fed.R.Civ.P. 4(a) governing the issuance of summons by the clerk states the following:

**(a) Form.** The summons shall be signed by the clerk, bear the seal of the court, identify the court and the parties, be directed to the defendant, and state the name and address of the plaintiff's attorney or, if unrepresented, the plaintiff. It shall also state the time within which the defendant must appear and defend and notify the defendant that failure to do so will result in judgment by default against the defendant for the relief demanded in the complaint. The court may allow a summons to be amended.

If you have questions, please contact the Clerk's Office.

Office of the Clerk
Jospeh P. Kinneary U.S. Courthouse
85 Marconi Blvd., Rm. 121
Columbus, OH 43221
614–719–3000
Clerks_Office@ohsd.uscourts.gov

July 7, 2025

**Richard W. Nagel**
**Clerk of Court**

<u>s/ Bailey E Williams</u>
Deputy Clerk

Eddie Van Oliver, III
2302 Middlehurst Dr.
Columbus, OH        43219