UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**EDDIE VAN OLIVER, III,**

      **Plaintiff,**   :

                                          Case No. 2:25-cv-748
  v.                                    Chief Judge Sarah D. Morrison
                                          Magistrate Judge Elizabeth P.
                                          Deavers

**STATE OF OHIO,** *et al.***,**   :

      **Defendants.**

## ORDER

This matter is before the Court on the Magistrate Judge's August 28, 2025 Report and Recommendation. (ECF No. 9.) There, the Magistrate Judge performed an initial screen of Plaintiff Eddie Van Oliver, III's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Complaint be dismissed for lack of subject matter jurisdiction. (*Id.*) The time for filing objections has passed, and no objections have been filed. The Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 9) and **DISMISSES** the Complaint (ECF No. 1). The Court further **CERTIFIES** that any appeal of the above-captioned action would not be taken in good faith.

    The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    **IT IS SO ORDERED.**

                                          /s/ Sarah D. Morrison
                                          **SARAH D. MORRISON, CHIEF JUDGE**
                                          **UNITED STATES DISTRICT COURT**